# **EXHIBIT B**

Steele Declaration

|  |  |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF BENJAMIN J. STEELE IN SUPPORT
OF DEBTORS' APPLICATION FOR APPOINTMENT OF
KROLL RESTRUCTURING ADMINISTRATION LLC AS
CLAIMS, NOTICING AND SOLICITATION AGENT**

I, Benjamin J. Steele, under penalty of perjury, declare as follows:

1.      I am a Managing Director of Kroll Restructuring Administration LLC ("Kroll"), a chapter 11 administrative services firm whose headquarters are located at 1 World Trade Center, 31st Floor, New York, New York 10007. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This Declaration is made in support of the above-captioned debtors' (collectively, the "Debtors") *Application for Appointment of Kroll Restructuring Administration LLC as Claims,*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

*Noticing and Solicitation Agent*, which was filed contemporaneously herewith (the "Application").[2]

3. Kroll is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases. Kroll's professionals have experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity. Kroll's professionals have acted as debtor's counsel or official claims and noticing agent in many large bankruptcy cases in various districts nationwide. Kroll's active and former cases include: *Zips Car Wash LLC*, No. 25-80069 (MVL) (Bankr. N.D. Tex.); *Party City Holdco Inc.*, No. 24-90621 (ARP) (Bankr. S.D. Tex.); *H.Food Holdings, LLC*, No. 24-90586 (ARP) (Bankr. S.D. Tex.); *Biora Therapeutics, Inc.*, No. 24-12849 (BLS) (Bankr. D. Del.); *Oya Renewables Development LLC*, No. 24-12574 (KBO) (Bankr. D. Del.); *Franchise Group, Inc.*, No. 24-12480 (JTD) (Bankr. D. Del.); *Exactech, Inc.*, No. 24-12441 (LSS) (Bankr. D. Del.); *FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del); *Acorda Therapeutics, Inc.*, No. 24-22284 (DSJ) (Bankr. S.D.N.Y.); *GOL Linhas Aéreas Inteligentes S.A.*, No. 24-10118 (MG) (Bankr. S.D.N.Y.); *SVB Financial Group*, No. 23-10367 (MG) (Bankr. S.D.N.Y.); *Presperse Corporation*, No. 24-18921 (MBK) (Bankr. D.N.J.); and *Vobev, LLC*, No. 24-26346 (JTM) (Bankr. D. Utah).

4. As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c), Kroll will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "Clerk"), the services specified in the Application and the Engagement Agreement, and, at the Debtors' request, any related administrative, technical, and support services as specified in the Application and the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

4932-9126-0459.4

Engagement Agreement.  In performing such services, Kroll will charge the Debtors the rates set

forth in the Engagement Agreement, which is attached as **Exhibit C** to the Application.

5. Kroll represents, among other things, the following:

(a) Kroll, its members, and employees are not and were not, within two years before the date of the filing of these Chapter 11 Cases, creditors, equity security holders, insiders, or employees of the Debtors;

(b) Kroll will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

(c) By accepting employment in these Chapter 11 Cases, Kroll waives any rights to receive compensation from the United States government in connection with these Chapter 11 Cases;

(d) In its capacity as the Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not be an agent of the United States and will not act on behalf of the United States;

(e) Kroll will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

(f) Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

(g) In its capacity as Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not intentionally misrepresent any fact to any person;

(h) Kroll shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

(i) Kroll will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j) None of the services provided by Kroll as Claims and Noticing Agent in these Chapter 11 Cases shall be at the expense of the Clerk's office.

6. In accordance with 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure

2014, I caused to be submitted for review by our conflicts system the names of all known potential

parties in interest (the "Potential Parties in Interest") in these Chapter 11 Cases, attached hereto as

4932-9126-0459.4

**Schedule 1**.  The list of Potential Parties in Interest was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, current and former directors and officers of the Debtors, significant stockholders, secured creditors, lenders, the Debtors' 30 largest unsecured creditors on a consolidated basis, contract counterparties, landlords, vendors, insurers, utilities, governmental authorities, the United States Trustee and persons employed in the office of the United States Trustee, and other parties.  The results of the conflict check were compiled and reviewed by Kroll professionals under my supervision.  At this time, and as set forth in further detail herein, Kroll is not aware of any connection that would present a disqualifying conflict of interest.  Should Kroll discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Kroll will use reasonable efforts to file promptly a supplemental declaration.

7.     To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Kroll, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties.  Kroll may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Kroll serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for another chapter 11 debtor.

8.     Certain of Kroll's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these Chapter 11 Cases.  Such firms include Kirkland & Ellis LLP; Weil, Gotshal & Manges LLP; O'Melveny & Myers LLP; Mayer Brown LLP; Fried, Frank, Harris, Shriver & Jacobson LLP; Bracewell LLP; Willkie Farr & Gallagher LLP; Jones Day; Shearman & Sterling LLP; Baker & Hostetler LLP; Togut, Segal & Segal LLP; KPMG LLP; PricewaterhouseCoopers LLP ("PwC"); Epiq Bankruptcy

4932-9126-0459.4

Solutions, LLC; Donlin, Recano & Company, Inc. and Kurtzman Carson Consultants LLC. Except as may be disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed.

9. Kroll hereby discloses the following connections, each of which Kroll believes does not present an interest adverse to the Debtors and is disclosed solely out of an abundance of caution:

- Heidi Stern, Chief Financial Officer for Kroll and its divisional affiliates, and Diana Shih, Controller at Kroll, were formerly associates at PwC, one of the Debtors' Vendors. Ms. Stern and Ms. Shih left PwC in 2011. Neither Ms. Stern nor Ms. Shih worked on any matters involving the Debtors during their time at PwC.

- Kroll has a banking relationship with Citibank, N.A., including (i) Citibank maintaining various bank accounts established by Kroll in the name of and as agent for its clients to facilitate distributions pursuant to chapter 11 plans or other transactions and (ii) Kroll receiving fees and other compensation from Citibank as part of such relationship.

10. Kroll has and will continue to represent clients in matters unrelated to these Chapter 11 Cases. In addition, Kroll and its personnel have and will continue to have relationships personally or in the ordinary course of its business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases. Kroll may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

11. Kroll, and its personnel in their individual capacities, regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Kroll or its personnel may appear in chapter 11 cases

representing the Debtor or parties in interest.  All engagements where such firms represent Kroll or its personnel in their individual capacities are unrelated to these Chapter 11 Cases.

12.     Kroll is an indirect subsidiary of Kroll, LLC ("Kroll Parent").  Kroll Parent is the world's premier provider of services and digital products related to governance, risk, and transparency. Within the Kroll Parent corporate structure, Kroll operates independently from Kroll Parent. As such, any relationships that Kroll Parent and its affiliates maintain do not create an interest of Kroll that is materially adverse to the Debtors' estates or any class of creditors or security holders.  Kroll Parent is not currently identified on the Potential Parties in Interest list, but Kroll makes this disclosure out of an abundance of caution.

13.     As part of its conflicts check process, Kroll submitted for review by each of its employees the list of Potential Parties in Interest provided by the Debtors to determine whether any employee holds an adverse interest to any of the Debtors and/or is a "disinterested person," as such term is defined in the Bankruptcy Code.  In addition, the employees of Kroll were asked to review their investment holdings, to the extent possible, to determine whether they have any direct or indirect ownership of the Debtors' securities.  Upon information and belief, and upon such reasonable inquiry by Kroll and the results thereof, Kroll is not aware that any of its employees directly or indirectly own any debt or equity securities of a company that is a Debtor or of any of its affiliates.  Moreover, Kroll has a policy prohibiting its employees from using confidential information that may come to their attention in the course of their work.  In this regard, subject to non-discretionary Investment Funds (as defined below), all Kroll employees are barred from trading in securities with respect to matters in which Kroll is retained.

14.     As a general matter, in the infrequent case when a Kroll employee may, directly or indirectly, own a debt or equity security of a company which may become or becomes a debtor or

a debtor affiliate, such ownership would be substantially less than one percent of any such debtor or debtor affiliate. Additionally, from time to time, Kroll employees may personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals may indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors or their affiliates. Any employee who has made any such investment does not manage or otherwise control such Investment Fund. The Investment Funds are managed by third parties, and Kroll employees that may invest in the particular Investment Fund have no influence, discretion, or control over the Investment Fund's decision to buy, sell, or vote any particular debt or equity securities comprising the particular Investment Fund and in certain instances, employees may not be aware of the particular debt or equity securities comprising the particular Investment Fund.

15.     Based on the foregoing, I believe that Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. Moreover, to the best of my knowledge and belief, neither Kroll nor any of its employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Kroll is to be engaged.

16.     Kroll further declares that Kroll does not now have nor has it ever had any contract or agreement with XClaim Inc. or with any other party under which Kroll provides, provided, or will provide exclusive access to claims data and/or under which Kroll would be compensated for claims data made available by Kroll.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on March 31, 2025

/s/ Benjamin J. Steele

Benjamin J. Steele
Managing Director
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007

# SCHEDULE 1

**Potential Parties in Interest**

## PARTIES IN INTEREST LIST

### Debtors
Alamo Wings, LLC
Derby Wings Holdings, LLC
Derby Wings, LLC
DW Restaurant Holder, LLC
Elf Owl Investments, LLC
Hawk Parent, LLC
HI Limited Partnership
HOA Franchising, LLC
HOA Funding, LLC
HOA Gift Cards, LLC
HOA Holdco, LLC
HOA Holdings, LLC
HOA IP GP, LLC
HOA Kansas Restaurant Holder, LLC
HOA Laurel, LLC
HOA Maryland Restaurant Holder, LLC
HOA Restaurant Group, LLC
HOA Restaurant Holder, LLC
HOA Systems, LLC
HOA Towson, LLC
HOA Waldorf, LLC
Hooters of America, LLC
HOOTS Franchising, LLC
HOOTS Restaurant Holder, LLC
Night Owl, LLC
Owl Holdings, LLC
Owl Restaurant Holdings, LLC
Owl Wings, LLC
TW Lonestar Wings, LLC
TW Restaurant Holder, LLC

### Directors & Officers
Bruce K. Skala
Cary A. Hudson
Deborah J. Livesay
Elizabeth F. Piarulli
Fredrick D. Sigmund Jr.
Jeffrey Caplan

Joakim Bergander
Joel L. Pounds
Kim R. Payne
Lawrence T. Linen II
Lee Dillehay
Salvatore J. Melilli Jr.
Timothy E. Baum

**<u>Equity Holders</u>**
Albert Kotite (Board Member)
Alisa Cleek (Former Chief Legal Officer)
Benjamin Benson (Former General Counsel)
Beth Van Loon (Current VP Human Resources)
Big Wings Holdings II, LLC
Big Wings Holdings, LLC
Blair Pender (Current Director of Operations)
Bruce Skala (Management Member)
Chanticleer Investors, LLC
Cheryl Kish (Former Management Member)
Chuck Markovic (Former Controller)
Claudia Levitas (Former Management Member)
Cole Plummer (Former Sr. Director, Learning & Culture)
Cory Conrad (Former Sr. Director, Human Resources)
Fred Sigmund (Current VP Development Services)
Hawk Acquisitions LLC
Jeff Caplan (Current Chief Information Officer)
Jeff Spraker (Current Director of Operations)
Jim Parrish (Former Management Member)
John Williams (Current Director of Operations)
Juan Garcia (Current IT Member)
Karen Bird (Former Management Member)
Kevin Vandiver (Former Management Member)
Kim Payne (Current Chief Financial Officer)
Kyle Schellenberg (Former Member of Finance)
Lawrence T. Linen (Management Member)
Marc Butler (Former Management Member)
Mark Whittle (Former Management Member)
Matt Nisbet (Former Management Member)
Odin
Patricia Farley (Former Management Member)
Salvatore Melilli (Management Member)

Scott Weber (Board Member)
Sidney Feltenstein (Board Member)
Tampa Franchise Brands #6, LLC
Terrance Marks (Former Management Member)
Thornton Howard (Former VP Finance)
Tim Baum (Current VP Operations)
Tony Voudrie (Current Director of Operations)
William Pepper (Board Member/Head of Audit Committee)

**<u>Debt/Lienholders</u>**
Amundi Asset Management
Barclays
Bracebridge
Celtic Master Fund LP
Kentucky Wings Inc
Lags Equipment LLC
Marathon Asset Management
TCW
TPG/ Angelo Gordon
XYQ Cayman Ltd.

**<u>Banks</u>**
Bank of America
US Bank

**<u>Trustee</u>**
Citibank

**<u>Landlords</u>**
2109 SE 74TH ST LLC
2128 MEDWAY ROAD LLC
4400 BASS PRO DRIVE LLC
860 DULUTH HIGHWAY GA LLC
AF & KG INVESTMENTS LLC
AL NF CREAIN LIMITED LIABILITY CO
ALI SAFAI
AMF BOWLINGS CENTERS
ANDREW LI REALTY LLC
AO OF FLORIDA LLC
ARBII LLC
ARC CAFEUSA001 LLC

ARISTOTLE INVESTMENTS INC
AUDELIA GROUP PARTNERSHIP LTD
AUGUSTA NATIONAL PROPERTY LLC
B & O Warehouse Co.
B&C ENTERPRISES INC
B.P.H. INVESTMENTS, LLC
BELTLINE AND GRANDE LP
BENCHMARK PHB LLC
BERNARD LEVITON
BLANCHARD AND CALHOUN REAL ESTATE CO. INC
BOHN PROPERTIES LLC
Brockway Investments
BUFORD OWLS LLC
Cata View Corp
CFT INVESTMENTS LLC
CIELO VISTA MA
City of Tallahassee
CLEAR LAKE CENTER, LP
COLONIAL CORP
CRAVER REALITY CORPORATION
CRITERION MARKET PLACE COMMONS
CTO REALTY GROWTH, INC
DANIEL FELDMAN
DAVIS BROS LLC
DERMODY FAMILY LIMITED PARTNERSHIP I
DIAMOND A LEASING LLC
DORBET, INC
DORE REAL ESTATE, LLC
DRUMLOARD LTD
FK PROPERTIES LLC
FOURCORNERSTONES III, LTD
FOURCORNERSTONES IV, LTD
FOURCORNERSTONES IX LTD
FOURCORNERSTONES XI, LTD
FOURCORNERSTONES XV, LTD
FOURCORNERSTONES XVI, LTD
FOURCORNERSTONES XXI, LTD
FOURCORNERSTONES, LTD.
FSLRO 4950 SOUTH LOOP LUBBOCK LP
GARY OTTO VAN EIK
GARY R BERNARD

GLENSTONE I LIMITED PARTNERSHIP

GOLDEN BROOK, LLC

GONZALEZ INVESTMENTS

Goodbys Lake Management, LLC

H&D EQUITIES, INC

HABERSHAM PROPERTIES INC

Hachmann LLC

HAGOP KOUYOUMDJIAN

HANN & VOS, LLC

HANN & VOS, LLC

HARK INVESTMENTS LLC

HCP RRF CAVE SPRINGS LLC

HCP TULSA LLC

HEINRICH J ABERLE

Herbert K Hommel

HOOTERS HOLDING 1 LLC

HOOTERS HOLDINGS 2 LLC

HOUSER HOLDINGS, LLC

INTERPARK

J & F Capital LLC

JAJYA928 LP

JAMES E STALKER

JEERAN BRAINERD, LLC

JLV KENNESAW CROSSING, LLC

JOHN CREEKMUR

JORDAN ONE LLP

JOSEPH BERMAN

JOSEPH F DEDONA JR IRREVOCABLE TRUST

JTF EAST GRAND SPRINGS LLC

JULIUS GARRY GREEN

KATE LLC

KD9LIVES LLC

KIMCO PROPERTIES

KINGS HIGHWAY PARTNERS I LLC

KJD HOOT, LLC

LAKE COUNTY TRUST AS TRUSTEE UNDER TRUST 1437

LAS COLCHAS LLC

Lindbergh Plaza Owner

LUI CONCEPTS INC

MAMOS SANFORD LLC

MAN O WAR PLACE LLC

MANNAT HOTEL INC
MARJORIE E GUILIANO EXEMPTION TRUST RAYMOND J GUILIANO
MARX REALTY & IMPROVEMENT CO INC
MCB HP BALTIMORE LLC
MERCHANT WINGS B INC
MGBL PROPERTIES LLC
MIAMI CORE VISTA LLC
MICROPROPERTIES CORNER LLC
Millennium Properties, LLC
MING ZHOU
MZL PROPERTIES LLC
NADG NNN HTRS IN LP
NADG NNN HTRS KY LP
NADG NNN HTRS LP
NADG NNN HTRS OH LP
NDF LLC
Net Leased Management
NEW PEACH PARTNERS LP
NEW RIVERCENTER MALL II LP
NORLE INVESTMENTS INC
Normandie Capital LLC
NORMANDIE CAPITAL, LLC
NORTHWEST BANK & TRUST COMPANY
NRH INVESTORS LLC
OLIVER & EVELYN SMITH IRRV TRUST
OLP CONCORD LLC
PACHECO PASS PROPERTIES LP
PAIR DICE PROPERTIES, LLC
PALMER SOUTH BLVD., LLC
Park & Sol, LLC
PAUL W RUTTER
PEABODY PLACE CENTRE GP
PLATO INVESTMENSTS INC
PLUS FOUR DEGREES INVESTMENT LLC
POSSUM GROUP LTD
POSTAGE DEVELOPMENT LLC
POURLOS PROPERTIES LLC
PRIME REAL ESTATE US II PROPERTIES INC
RADIUS GROUP LLC
RDV RENTALS LLC
RINEHART PROPERTY MANAGEMENT INC

RKL 3701 LITTLE OWL LLC
ROBERT E STAFFORD SR & ASSOC LLLP
ROSSMORE ENTERPRISES
ROUND ROOM REAL ESTATE HOLDINGS LLC
RP Properties
S & N REALTY, INC. AND NORMA J. BEAVER, TRUSTEE
S W Global
SAINT MINA REAL ESTATE LLC
SAKI 5 MONTGOMERY PROPERTIES LLC
SANTA TERESA CAPITAL LLC
SB REAL ESTATE HOLDINGS LLC
SCHOENBACHLER ENTERPRISES LLC
SCOTT LITTLE
Selby Family Trust
SERGEI REBRIK
SHERATON LOUISVILLE RIVERSIDE
SHERMAN H SAWIN
Sibelius Realty
Silver Lake Investment Inc.
SILVER PEARL CORPORATION
SNAKE 2 TUSCALOOSA PROPERTIES, LLC
SONSY LLC
SOUTHFORK PROPERTIES LTD
SREP CITYPLACEFWTX LLC
STANLEY SCHWARTZ-ALABAMA LLC
STATION PLACE HOLDINGS LLC
Stellar One Bank
STEVE VEAL
STEVEN J VEAL/YUKON ONE LLC
STORE MASTER FUNDING II LLC
SUBURBAN MOTEL % RENT ONLY
SUNBEAM DEVELOPMENT CORPORATION
SUNNY BLUE, LLC
SVC ABS LLC
TAC HOA RESTAURANTS COLUMBIA EAST LP
TARR FARMS INC
The Baltusrol Corporation
THE HO FAMILY TRUST
THE SHOPPES AT V.G., LTD., LLC
THE SHOPPES AT VG LTD LLC
THROCKMORTON FW2 LLC

TIMOTHY M TARR
Two Joes, LLC
UGP-KIENER/STADIUM PARKING, LLC
US 41 & I 285 Company
Venture Properties
VERA CRUZ PROPERTIES
VILLAGE WEST ASSOCIATION INC
VINSUE CORP
VNG ENTERPRISES
WEST TRADE REALITY LLC
WESTERN BLVD LLC
WILLOWBROOK I SHOPPING CENTER LLC
WINBROOK MANAGEMENT, LLC as MANAGING AGENT FOR TWO RIVERS CENTER
WINGLORD, LTD
WINTHAN PROPERTIES, INC.
W-LD LEDGENDS OWNERS VII LLC
WPB CONCOURSE PLAZA LLC
YS & LS & LS PARTNERSHIP LTD

**Competitors**
Applebee's
BombShells (RCI Hospitality)
Buffalo Wild Wings
Chili's
Longhorn Steakhouse
Ojos Locos
Olive Garden
Red Robin
Texas Roadhouse
The WingHouse
Tilted Kilt
Twin Peaks
Wingstop

**Contract Counterparties**
Accordion Partners LLC
AccSys, LLC
ACE Microtechnology Inc
Adentro Inc
ADT Commercial LLC
Advised Assets Group LLC

AHEAD Inc

All About Lawns LLC

Allen Harim Foods LLC

American Express Travel Related Services Company Inc

American Society of Composers, Authors and Publishers

ARCO Abogados y Asesores Tributarios SLP

ArrowStream Software LLC

Arthur J Gallagher & Co

Arthur J Gallagher Brokerage & Risk Management Services LLC

Arthur J Gallagher Risk Management Services LLC

Arthur J. Gallagher Risk Management Services, Inc.

AT&T Corp.

Averus Fire Services

Bacarai Inc

BDO

Beam Insurance Administrators LLC

Beazley Insurance Company Inc

Bell Landscaping Inc

Bickford Senior Living

Bill's Lawns Care

Blue Cross Blue Shield Healthcare Plan of Georgia Inc

Bluewater Learning, Inc.

BMI

Brand Mark Franchising LLC

Broadcast Music, Inc.

BullsEye Telecom Inc

Bullseye, Inc.

Bynder LLC

Campbell Security and Service Company LLC

Campbell Security and Service Group

CBRE Inc

CDW Logistics LLC

Chase Elliott Endorsements, LLC

Cintas Corporation No. 2

Clifton Larson Allen LLP

Compsych Corporation

ConnectYourCare LLC

Cookerly Public Relations, Inc.

CoreTrust Purchasing Group

CoreTrust, a division of HealthTrust Purchasing Group LP by HPG Enterprises LLC its general partner

Corrigo Inc
Coterie Advisory Group Inc
Cozzini Bros Inc
CTI Media
Custom Craft Poultry
Customer Expressions Corporation d/b/a i-Sight
CVS Health
Dionne Foster
DIRECTV, LLC
Docusign, Inc.
DoorDash, Inc.
Dr Pepper Snapple Group
Dr Pepper/Seven Up, Inc.
Ebberts Enterprises LLC
Ecolab Inc.
Ed Foster
Edward Don & Company, LLC
Empower Retirement LLC
Enterprise
Enviro-Master Services
Evans Lawn & Snow
ezCater Inc
Farraro Foods Inc
Fieldale Farms Corporation
Firehouse, LTD.
First Insurance Funding
FishEye Media Productions Inc
Foodbuy
Fosters
FranConnect LLC
FRS UP LLC
FTI Consulting, Inc
FW Bryce Inc
G&K Services Inc
Gates Lawn Care
George's Inc
GetTattle Inc
Global Music Rights
Golden West Trading, Inc.
Granite Telecommunications, LLC
Great Lakes Bar Control Inc

Great Lakes Cheese
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY
Great-West Trust Company LLC
GrubHub Holdings Inc.
Guardian of Georgia Inc d/b/a Ackerman Security Systems
GuardServices USA
Health Advocate Solutions Inc
Helmsman Management Services LLC
Heritage Lawn & Landscape
HMS Holdings Limited Partnership
HMS Holdings LLC
Home of Training, Inc.
Houlihan Lokey Capital Inc
Image Meetings and Events
Insight Energy LLC
Insight Sourcing Group, LLC
ivision 2024
Jackson Cross Partners, LLC
JNP Lawn Care Landscaping & Snow Removal LLC
John Daly Enterprises, LLC
John Daly II
Jones 1C Design Inc
Jotform Inc
Kansas Department of Transportation
Kansas Logos LLC
Ken's Foods Inc
Killer Merch, LLC
KNJ Inc
Kroll Ontrack
Lamb Weston Sales Inc
LandCare USA LLC
LegalEASE Group
LexisNexis
Lima Allen County Chamber of Commerce Inc
LinkedIn
LoneStar Logos Management Company LLC
Mahoney Environment Solutions LLC
Mallory and Evans Service Corporation Inc
Mayfield Landscaping & Lawn Care LLC
Mercer Health & Benefits LLC
Microsoft

Mimeo Inc

Mimeo.com, Inc.

Mimeocom Inc

Mobo Systems, Inc.

Mosaic Consulting Group LLC

Mt Hawley Insurance Company

National Restaurant Association Solutions, LLC

NCR Corporation

NCR Voyix Corporation

NeighborFavor Inc.

Newly Weds Foods Inc

NSF International Food Safety LLC

NuCO2 LLC

Nutrition Made Simple LLC

Olo Inc

Ozark

Pacific Coral Seafood Co Inc

Palo Alto Networks, Inc.

Pant Saggin, LLC

ParTech, Inc.

Parts Town LLC

Pennsylvania Manufacturers' Association Insurance Company

Pennsylvania Manufacturers' Association Insurance Company, Manufacturers Alliance

Pennsylvania Manufacturers Indemnity Company

PepsiCo Sales Inc

PJB Enterprises LLC

Postmates

PricewaterhouseCoopers LLP

Protiviti Inc

Provident Merchandise Sourcing LLC

Punchh Inc.

PwC US Tax LLP

Quick Internet Software Solutions

Rarefied Atmosphers, Inc.

Rational Cooking Systems Inc d/b/a Rational USA

Red Bull North America, Inc.

Reily Foods Company

ReliaStar Life Insurance Company

RELX Inc. (LexisNexis)

Restaurant Technology Solutions LLC

Retrievex Inc

Robert Half

Sability LP

Safe Secure Worldwide d/b/a Guard Service

SafetyCulture Pty Ltd

Schmidt Show Tiki Tours LLC

Schoox LLC

Schoox, Inc.

Sedgwick Claims Management Services, Inc.

SESAC LLC

Sheakley

Sheakly

Smartsheet Inc

SOCI Inc

Springhill Suites Fort Worth Historic Stockyards

SS Tiki Tours

Stability LP

Stored Value Solutions

Stout Risius Ross LLC

Strategic Equipment LLC

SunTrust Bank

SunTrust Merchant Services LLC, successor to Unified Merchant Services

Supplier Allen Harim Foods, LLC

Synq3 Restaurant Solutions, LLC

Sysco Corporation Inc

Tac Compliance, Inc.

Tango Analytics, LLC

Tax Compliance Inc

The BARS Program

The Distribution Group Inc d/b/a Van Eerden Food Service of Grand Rapids Michigan

The Icebox Cool Stuff, LLC

The Ultimate Software Group Inc

Thomas & Company

Thomas & Thorngren Inc

TMP Worldwide Advertising & Communications LLC d/b/a Radancy

Topgolf Events

Touch Tunes Music Corporation

TouchTunes Music Corporation

TraQtion LLC

TXU Energy Retail Company LLC

Uber Technologies Inc

UberEats

Ultimate Software Group Inc
Unified Merchant Services
United HealthCare Services Inc
Van Eerden Foodservice
Verinext
Veristor Systems
Verizon Business Network Services LLC
Vision Service Plan Insurance Company
Voya Financial
VSP Vision Care
Wasserman Media Group
Waste Management National Services Inc
XYQ Cayman Ltd

**Litigation Counterparties**
463 Western BLVD LLC
AACHP Realty LLC
Abril Camacho
Adams, Sam
Aften Bartee et al
ALMOND, CRYSTEN
Alyssa Young
Amber Bell
Archibald, Andrila
Aristotle Investments, Inc.
Arlene Garcia and Brandi Smith
Ascencio, Jessica
ASHLEY, KIMBERLY D
Atwood, Ariel
Bachman Glen Joint Venture
Bailey, Bill
Barnett, Amber
Bean, Madison
Bear, Cameron
Billings, Taylor
Brandy Livingsotn
Branscomb, Anlli
Brenes, Arrianna
Bridges, Christalyn
BROOKSHIRE, THOMAS
Brown, Felicia

BurGess, Franklin
CABALLERO, LAURA
Camp, Denise
Casper, Rick
Castillo, Taliah
Chandyn Redmond
Chavez, Marisol
Cogburn, John
Cole, Cornelius
Collins, Kennedi
Concha Bringas, Ray
CONDE, CARLOS
Cruz, Camryn
Cunningham, Mario
CURET, NATALIE
Dade, Dillion
Daniel & Belinda Trejo
Davis, Chelsea
DAVIS, DYLAN
Davis, Jason
Davis, Jordan
Desert Palace LLC
DOWELL, RODNEY P
DUNCAN, REGINA
EEOC Commissioner (Florida)
EEOC Commissioner (National)
Escareno, Abraham
Ethan Turnbull
FETTE, ALEAHA
Flynn, Sierra
Fortin, Ali
FSLRO 4950 S. Loops, LP
Gallop, Amelia
Gant, Gary
Garcia, Antonio
GARCIA, MARIO
George (Chris) Ramirez
George, Brandy
Gilbert, Terrance (Megan Hackett on Behalf)
Gilbert, Tiyjah
GOLOVAN THOMPSON, ALEXIS

Gomez, Ana
Gonzalez, Mayra
Green, Amy
Guadarrama Jesus Navarro
HASSAN, FARHIYO
HERNANDEZ, CHARLEEN
Hicks, Ronald
Hilakos, Billie
HINSON, DAYNA
HMS Holdings, LLC f/k/a/ HMS Holdings Limited Partnership
Hooker, Amy
Houser Holdings, LLC
HRONEC, SHARON
ICKES, CARL
Icon International, Inc.
Ines Ocura De Rodriguez
Irish, Dennis
Jackson, Moses
Jade Fairchild
JAZLYN SANTOS ESTATE
Jesi Robbins
Johnson, Rivion
Jones, Sandra
Kathryn Hallberg
Kean, Mike
King, Melissa
Krystle Helser
Lewis, Kharielle
Londono, Carolina
Lowery, Gerald (John)
Lucacos, John
MANNING, CHARLES
Markham, Donna
MARRON,BONNIE
Martinez, Ariel
Martinez, Belinda
Matthew Goulden
Matthews, Ryland
Mattison, Arianna
McClanahan, Tom
McDuffie, Antoine

McKinney, Jeffery
MCP HP Baltimore LLC
Medina, Ruth
Meredith, Roxanne
Metcalf, Robert
MGBL Properties, LLC
Michael Arrowsmith
Michael S. Selby and Mary A. Selby, as Trustees of the Selby Family Trust
Michoe Johnson
Miller, Charlotte
Miller, Eric
Miller, Landaris
Miller, Tanya
Miyah Goodwin
Molton, Da,Nekai (OBM)
Monroy, Elena
MONTANO, EDUARDO "WALDO"
Montes, Kenyata
Moore, James
MORENO, GEMMA ARROYOA (as parent & guardian of Juan Jose Arroyo Moreno, a minor)
MORRIS, BRANDON A
Mueller, Kevin
Munoz, Ilianna; Villa, Jr., Marcos; Villa, Moises
NADG NNN HTRS (IL) LP
NADG NNN HTRS (IN) LP
NANCE, PATRICIA
Naquajah Mack
Narang, Shweta
NDF, LLC
New Rivercenter Mall II, LP
Newman, Cynthia
NEXT OF KIN OF CHRISTOPHER FUENTES
NEXT OF KIN OF JOSE LOUIS CAZARES
NEXT OF KIN OF WILBURN CLARENCE SIMMS
Nieto, Juan
OCURA DE RODRIGUEZ O/B/O JAMES RODRIGUEZ
Ortiz Maler, Ricardo
Ovalle, Jonathan
Pardo, Eric
Pasley, Sheila
Paul, Zoie

PEREZ, HUGO
Phil Pitchford
PHILLIPS, MADISON
Plus Four Degrees Investment, LLC
Powell, Dylan
QUINTERO, MELINDA
Ray, Shani
Rincon, Nancy
RIVERA, MATTISEN
RKL 3701 Little Owl, LLC
Roberts, Steve
Rodriguez, Jimmili
Rospert, Dawn
Ross Davis Trustee
Ross, Nathan
Rouse, Joseph
Sanchez, Anna
Santa Teresa Capital, LLC
Santana, Graciela
Santiago, Jose
Santiago-Bassit, Carmen
Satterfield, Kevin
SCHELL, BENJAMIN
Schoonover, Mark
Schumacher, Dylan (on behalf of minor)
Shahid, Zubair
Shannon, Faren
SIMMS, NATE
Skylar Sweat
SMITH, CHRISTOPHER
Smith, Greg
Soto, Gilbert
Souvanna, Cindara
SREP-CPCFWTX, LLC
St Louis, Chanice
Sterling, Melissa
Stolmeier, Martin
Taria Daughtridge
Taylor, Bobbie
Terezie Harazin Livengood
Thomas J. Holland, III

Tinajero, Eduardo
TRM 14 LLC
Turner, Lashawn
Turner, Leshawn
Vandale Killings
Vides Escoto, Digna
Vinsue Corporation
Wachira, Moses
WALSH, NICOLE E
Ware, Sarah
Whitney, Alyssa
Widener, Jim
WILLIAMSON, NICOLE
WPB Concourse Plaza, L.C.
YANEZ, GILBERTO
Yezmine King
YOUNG, DEBORAH
Zambrano, Maria

## Litigation Parties

Abraham Escareno
Adeira Hunter
Aleaha Fette
Alex Teplyakov (aka Underwood, Alex)
Alexa Cameen Bryant
Alyssa Whitney
Amanda Hesler
Amber Barnett
Amy Green
Andrila Archibald
Anlli Branscomb
Anna Sanchez
Antonio Garcia
Arianna Mattison
Ariel Martinez
Ashlee Bland
Ashley Rivens
Belinda Martinez
Benjamin Schell
Billie Hilakos
Bobbie Taylor

Bonnie Marron
Brandon A Morris
Brandy George
Bree Monet Shipp
Brionna Washington
Brown, Felisha
Carl Ickes
Carlos Conde
Carmen Santiago-Bassit
Charleen Hernandez
Charles Manning
Charlotte Miller
Chelsea Moyer
Chisomeje Oguama
Christalyn Bridges
Christopher Haroun
Cindara Souvanna
Conserve Debt Collection Agency
Cornelius Cole
Crysten Almond
Cynthia Newman
Dawn Rospert
Deborah Young
Denise Camp
Depart of Treasury - IRS
Dylan Davis
Eduardo "Waldo" Montano
Eduardo Tinajero
EEOC Commissioner
Elena Monroy
Faren Shannon
Felisha Brown
Frankie Unknown
Gemma Arroyoa Moreno (As Parent & Guardian Of Juan Jose Arroyo Moreno, A Minor)
Gerald (John) Lowery
Gilbert Soto
Gilberto Yanez
Graciela Santana
Hailey Jaynes
HOA Franchising LCC and HI Limited Partnership HOA IP GP, LLC
Hugo Perez Rodriquez

Jaida Palanque
Janiah Hall
Jasmine Riley
Jayla Barnes
Jazlyn Santos Estate
Jeffery Mckinney
Jessica Argueta
Jesus Navarro Guadarrama
Jim Widener
Jimmili Rodriguez
Jimmy Sheppard
John Cogburn
John Lucacos
Joli Hunsley
Jose Santiago
Joseph Rouse
Joyous Hawkins
Kelsea Moyer
Kennedi Collins
Kenyata Montes
Kevin Satterfield
Kharielle Lewis
Kiana Vincent
Kimberly D Ashley
Lakeisha Bryant
Landaris Miller
Laura Caballero
Leshawn Turner
Lisa Bolton
Lynnette I. Massie Hartwig
Madison Bean
Madison Phillips
Makaylah Elliott
Mansoor Virani
Maria Zambrano
Mario Garcia
Mark Schoonover
Marshall Braddes
Martin Stolmeier
Mary Beth Coolidge
Mattisen Rivera

Mayra Gonzale

MCP HP Baltimore LLC (Counter-Plaintiff), AACHP Realty LLC (Defendant)

Melinda Quintero

Melissa King

Melissa Sterling

Michael Tyronne Hinnant

Mike Kean

MIlianna Munoz; Marcos Villa, Jr.; Moises Villa

Moses Jackson

Moses Wachira

Natalie Curet; Victor Agosta

Nate Sims

NEIDIG, DEANNA

Nicole Williamson

Patricia Nance

Regina Duncan

Rivion Johnson

Robert Metcalf

Rodney P Dowell

Russell Brown

Ruth Medina

Sajoya Jasper

Sakna Bahaa Hussein, Alessandra Darrigo, Daniela Arielle Darrigo

Sandra Jones

Sasha Ayana

Sharon Hronec

Sheila Pasley

Sherri Unknown

Shweta Narang

Steve Roberts

Tanya Miller

Terrance Gilbert (Megan Hackett on Behalf)

Thomas Brookshire

Tiyjah Gilbert

Vandale Killing

Whitney Gabrielle Mitchell

Wings of South Florida, LLC

Yasi & Yasi PC

**Benefits Providers**

Allstate

Anthem
Beam Dental
Beazley Insurance
ComPsych
CVS Caremark
Empower
Health Advocate
LegalEASE
Optum
PNC
United Healthcare
Voya
VSP

**Franchisees**
115 East Tropicana Avenue Owner Sub LP
Apple Gate Enterprises, LLC
Attila Wings
Bayou Fox
Beauvoir Developments
Chanticleer South Africa (PTY) Ltd.
Chatwoods, S.A.
DAT Wings, Inc.
Davenport Hospitality, LLC
Delmarva Wings
Destination Eats Pte Ltd
Food & Beverage S.A.
Franchisee
Franquicia Unica Nacional (FUN)
Fun Dining Ltd
Gibson, Greco & Wood, Ltd.
Gulf Coast Wings
HHH
Hoot Winc, LLC
Hooters de Mexico
Hooters, Inc.
JADA
JJ Tomas Holdings
Kirchhofer AG
LTM Management
Na Zdravi Ventures

Orange Owl Restaurant II VBA
Owling (Taipei) International Co. LTD
Owling Enterprises Pte., Ltd
Phancon, Inc.
Reef Wings
Restaurantes Lakeshore
Restaurants of America
SOCAL CHICKEN, INC
Virginia Wings
West End Wings
Wings of South Florida
World Wide Wings

**Insurers**
Allied World Assurance Co Inc.
Ascot Insurance Co.
Ascot Insurance Company
Aspen American Insurance Company
Atlantic Specialty Insurance Co
AXIS Surplus Insurance Co.
Beazley Insurance Company, Inc.
Berkley Insurance Company
Crum & Forster Specialty Ins
Endurance American Insurance Company
Houston Casualty Company
Insurance Company of the State of PA
Landmark American Insurance Co.
Manufacturers Alliance Ins Co.
Mt Hawley Insurance Co.
National Union Fire Ins Co
Palomar Excess and Surplus Ins Co
Pennsylvania Manufacturers Assoc Ins Co
RSUI Indemnity Company
Starr Indemnity & Liability Company
Travelers Property Casualty Co of America
Twin City Fire Insurance Company
Underwriters at Lloyd's, London

**Insurance Brokers**
Arthur J. Gallagher Risk Management Services, LLC
CAC

PartnerSource

**Insurance Premium Financers**

First Insurance Funding
IPFS Corporation
**Utilities Providers**
AES INDIANA
AES OHIO
ALABAMA POWER-BIRMINGHAM
AMEREN ILLINOIS
AMEREN MISSOURI
ARKANSAS OKLAHOMA GAS CORP
AT&T
ATMOS ENERGY
AUGUSTA UTILITIES DEPARTMENT
BG&E
BIRMINGHAM WATER WORKS
BLACK HILLS ENERGY
BRIGHTRIDGE
BRUNSWICK-GLYNN COUNTY JOINT
BRYAN TEXAS UTILITIES -BTU
Bullseye - Lingo Telecom
BULLSEYE TELECOM INC
CAPE FEAR PUBLIC UTILITY AUTH
CASEYVILLE TOWNSHIP SEWER SYST
CDE  -  CLARKSVILLE DEPT OF ELEC
CENTERPOINT (03) - OF OHIO
CENTERPOINT ENERGY
CENTERPOINT ENERGY TX
CHARLES COUNTY GOVERNMENT
CHARLESTON WATER SYSTEM
CHATTANOOGA GAS COMPANY
CITIZENS ENERGY GROUP
CITY OF ABILENE WATER UTILITY
CITY OF ALCOA UTILITIES
CITY OF AMARILLO
CITY OF ARLINGTON TX
CITY OF ATLANTA
CITY OF BAYTOWN TX - UTILITY
CITY OF BEAUMONT

CITY OF BROOKFIELD - UTILITIES
CITY OF BUFORD GA
CITY OF BURLINGTON
CITY OF CARTERSVILLE
CITY OF CEDAR HILL
CITY OF CHARLOTTE NC
CITY OF CHATTANOOGA TN
CITY OF COLUMBIA (SC)
CITY OF COLUMBIA, MISSOURI
CITY OF CONCORD-NC
CITY OF CORPUS CHRISTI TX
CITY OF DALLAS TX
CITY OF DAVENPORT
CITY OF DAYTONA BEACH
CITY OF DENTON
CITY OF FORT SMITH AR
CITY OF FORT WORTH WATER DEPT
CITY OF FRISCO
CITY OF GALVESTON
CITY OF GARLAND
CITY OF GASTONIA
CITY OF GOODLETTSVILLE
CITY OF GRAND PRAIRIE WATER
CITY OF GRAPEVINE
CITY OF GREENSBORO
CITY OF HICKORY
CITY OF HOUSTON
CITY OF HUMBLE
CITY OF INDEPENDENCE
CITY OF JACKSONVILLE
CITY OF KENNESAW UTILITY
CITY OF LAFAYETTE
CITY OF LAKELAND FL
CITY OF LAREDO UTILITIES
CITY OF LAWRENCEVILLE
CITY OF LEWISVILLE TX
CITY OF LUBBOCK UTILITIES
CITY OF MCKINNEY
CITY OF MELBOURNE UTILITIES
CITY OF MESQUITE TX
CITY OF MYRTLE BEACH

CITY OF OCALA
CITY OF ODESSA
CITY OF O'FALLON
CITY OF OKLAHOMA CITY
CITY OF PASADENA
CITY OF PEARLAND
CITY OF PLANO TX
CITY OF RALEIGH
CITY OF RICHMOND
CITY OF ROCK HILL - UTILITIES
CITY OF ROCKFORD
CITY OF ROSWELL UTIL
CITY OF SAN ANGELO
CITY OF SAN MARCOS
CITY OF SANFORD
CITY OF SAVANNAH
CITY OF SEABROOK
CITY OF SELMA
CITY OF ST PETERS
CITY OF TALLAHASSEE
CITY OF TAYLOR WATER DEPT
CITY OF TOLEDO UTILITIES
CITY OF TOPEKA
CITY OF TULSA
CITY OF TUSCALOOSA WATER & SWR
CITY OF VALDOSTA
CITY OF WACO (TX)
CITY OF WEBSTER (TX)
CITY OF WEST MELBOURNE
CITY OF WEST PALM BEACH
CITY OF WICHITA FALLS TX
CITY UTILITIES -SPRINGFIELD MO
CITY WATER LIGHT & POWER
CLARKSVILLE GAS & WATER DEPT
CLARKSVILLE WASTEWATER
CLAY COUNTY UTILITY AUTHORITY
CLAY ELECTRIC COOP INC
CLAYTON COUNTY WATER AUTHORITY
CNP UD
COBB COUNTY WATER SYSTEM
COLUMBIA GAS OF KENTUCKY

COLUMBIA GAS OF OHIO
COLUMBIA GAS OF VIRGINIA
COLUMBUS WATER WORKS
COM ED
CONSTELLATION GAS BOX 5473
CONSUMERS ENERGY
COUNCIL BLUFFS WATER WORK
COUNTY OF HENRICO VA-UTILITY
COWETA FAYETTE EMC
CPS ENERGY
DEKALB COUNTY FINANCE
DOMINION ENERGY NORTH CAROLINA
DOMINION ENERGY SOUTH CAROLINA
DOMINION ENERGY VA&NC POWER
DOUGLASVILLE-DOUGLAS COUNTY
DTE ENERGY
DUKE ENERGY CAROLINAS
DUKE ENERGY FLORIDA
DUKE ENERGY INDIANA
DUKE ENERGY KENTUCKY
DUKE ENERGY OHIO
DUKE ENERGY PROGRESS
EAST RICHLAND COUNTY PUBLIC
EL PASO ELECTRIC
EL PASO WATER UTILITIES
ENGIE RESOURCES LLC
ENTERGY ARKANSAS
ENTERGY MISSISSIPPI
ENTERGY TEXAS
EPB ELECTRIC POWER BOARD
EVANSVILLE WATER AND SEWER
EVERGY
EVERGY METRO
FAIRFAX WATER
FLINT TOWNSHIP
FLORENCE WATER & SEWER DEPT
FLORIDA CITY GAS
FLORIDA PUBLIC UTILITIES
FORT BEND CO WCID #2
FOUR RIVERS SANITATION
FPL

GAINESVILLE REGIONAL UTILITIES
GAS SOUTH
GEORGIA POWER
GRANITE TELECOMMUNICATIONS
GREENVILLE UTILITIES
GREENVILLE WATER SYSTEM
GREYSTONE POWER CORP
GWINNETT CO DEPT OF WATER
HARLINGEN WATERWORKS SYSTEM
HENRY COUNTY WATER AUTHORITY
HORN LAKE WATER ASSOCIATION
HUNTSVILLE UTILITIES
INDIANA AMERICAN WATER
IOWA AMERICAN WATER
JACKSON EMC (GA)
JEA - JACKSONVILLE ELECTRIC
JEFFERSON COUNTY AL
JEFFERSONVILLE WASTEWTR DEPT
JOHNSON CITY UTILITY SYSTEM
K.C. BOARD OF PUBLIC UTILITIES
KANSAS GAS SERVICE
KC WATER SERVICES
KENTUCKY AMERICAN WATER
KENTUCKY UTILITIES- PA
KISSIMMEE UTILITY AUTHORITY
KOCHVILLE TOWNSHIP
KUB- KNOXVILLE UTILITIES BOARD
LAKELAND ELECTRIC/CITY OF
LANSING BOARD OF WATER & LIGHT
LEXINGTON-FAYETTE URBAN CTY GO
LIBERTY UTILITIES GEORGIA
LOUISVILLE GAS & ELECTRIC
LOUISVILLE WATER COMPANY RPPS
MACON WATER AUTHORITY
MADISON GAS & ELECTRIC COMPANY
MADISON MUNICIPAL SERVICES
MADISON SUBURBAN UTILITY DIST
MANSFIELD POWER AND GAS
MCALLEN PUBLIC UTILITIES
MEMPHIS LIGHT GAS & H2O
MERRILLVILLE CONSERVANCY DISTR

METRO ST LOUIS SWR DIST
METRO WATER SERVICES
METROPOLITAN UTILITIES DIST
MIDAMERICAN ENERGY COMPANY
MIDDLE TENNESSEE ELECTRIC
MISHAWAKA UTILITIES
MISSOURI AMERICAN WATER
MONTGOMERY COUNTY ENV SVCS
MURFREESBORO WATER & SEWER DEP
NASHVILLE ELECTRIC SERVICE
NEWNAN UTILITIES
NEXTERA ENERGY SERVICES GA,
NICOR GAS
NIPSCO
NORTH CHARLESTON SEWER DIST.
NORTH LITTLE ROCK ELECTRIC
NORTH RICHLAND HILLS UTILITY
NORTHERN KENTUCKY WTR DISTRICT
NOVEC
OG&E
OKLAHOMA NATURAL GAS
OMAHA PUBLIC POWER DISTRICT
ORANGE COUNTY UTILITIES
ORLANDO UTILITIES COMMISSION
PAULDING COUNTY WATER SYSTEM
PELHAM WATER WORKS
PIEDMONT NATURAL GAS
PORTAGE UTILITIES IN
PUBLIC SERVICE CO OF OK
PUBLIC WORKS COMM FAYETTEVILLE
PWCSA
RICHMOND UTILITIES
ROCKDALE WATER RESOURCES
ROUND ROCK TEXAS
SAN ANTONIO WATER SYSTEMS
SANDY SPRINGS WATER DISTRICT
SANTEE COOPER
SD1
SOUTHERN MARYLAND ELECTRIC CO
SOUTHWESTERN ELECTRIC POWER
SPIRE

SPIRE/ALAGASCO
SUMMIT UTILITIES ARKANSAS INC
SYMMETRY ENERGY SOLUTIONS
TECO: PEOPLES GAS
TENNESSEE-AMERICAN WATER CO
TEXARKANA WATER UTILITIES
TEXAS GAS SERVICE
THINK UTILITY SERVICES
T-Mobile
TOHO WATER AUTHORITY -30527
TOLEDO EDISON
TOWN OF ADDISON
TOWN OF CARY
TOWN OF SCHERERVILLE
TREASURER CHESTERFIELD COUNTY
TREASURER SPOTSYLVANIA COUNTY
TRUSSVILLE GAS AND WATER
TXU ENERGY
UTILITY BILLING SERVICES-AR
Verizon
WARREN COUNTY W & S DEPT OH
WASHINGTON GAS
WATER WORKS BOARD OF THE CITY
WEST MEMORIAL MUD
XCEL-SOUTHWESTERN PUBLIC
YORK COUNTY NATURAL GAS AUTHOR

**Vendors**
AO SMITH WATER PRODUCTS CO
BARNES & THORNBURG LLP

BARSTOOL SPORTS INC
BEN E KEITH COMPANY
BRINK'S
CAESARS ENTERTAINMENT
CHASE ELLIOTT ENDORSEMENTS LLC
CHENEY BROTHERS INC
COMMERCIAL SOLUTIONS
COMMUNICATION TRENDS INC
CONTINUSERVE LLC
DAVID OLSEN
DIRECTV
EAGLE TRADING INTERNATIONAL CORP
ECOLAB INSTITUTIONAL
ECOLAB PEST ELIMINATION
EDWARD DON & COMPANY
FERRARO FINE FOODS CORP
FIREHOUSE LTD
G&K SERVICES
GEORGIA AIR AND REFRIGERATION INC
GRANITE TELECOMMUNICATIONS
HINSON SERVICES
HOME OF TRAINING INC.
HOOCEF
ICON INTERNATIONAL INC
IRIS GROUP HOLDINGS LLC
IVISION SCALE LLC
JACKSON LEWIS PC (LEGAL)

JOE HAND PROMOTIONS
MAHONEY ENVIRONMENTAL
MICROSOFT CORPORATION
MOBO SYSTEMS INC
MONOTYPE IMAGING INC
MY TECH TEXAS, LLC.
NASCAR MEDIA GROUP LLC
OTTER
PAR TECH INC
RAREFIED ATMOSPHERE INC
REGIONS FACILITY SERVICES INC
REVENUE MANAGEMENT SOLUTIONS LLC
ROBERT HALF INTERNATIONAL INC
SHEER ENTERPRISES INC
SIGNMANAGER INC
STAPLES BUSINESS ADVANTAGE
STRATEGIC EQUIPMENT & SUPPLY (aka TRIMARK)
THE DISTRIBUTION GROUP INC
THE ICEBOX COOL STUFF LLC
THE ULTIMATE SOFTWARE GROUP INC-UKG
TMP WORLDWIDE ADVERTISING & COMMUNICATIONS LL

TRINTECH INC
UPSHOW INC
US BEVERAGE NET INC
WASTE MANAGEMENT NATIONAL SERVICES, INC.

**<u>Taxing Authorities</u>**
ALABAMA DEPARTMENT OF REVENUE
ALABAMA DEPARTMENT OF REVENUE SALES/USE TAX DIVISION
ALACHUA COUNTY TAX COLLECTOR
ALAMANCE COUNTY TAX COLLECTOR
ALCOA CITY TREASURER
ANDERSON COUNTY TREASURER
ARKANSAS INDIVIDUAL INCOME TAX SECTION
ARKANSAS STATE INCOME TAX
ATLANTA, CITY OF- FOOD/ALCOHOL
AUGUSTA COUNTY- ALCOHOL
BEXAR COUNTY TAX ASSESSOR-COLLECTOR
BIRMINGHAM, CITY OF - LIQUOR
BLOUNT COUNTY TRUSTEE
BOONE COUNTY FISCAL COURT
BOONE COUNTY SHERIFF
BOONE COUNTY TAX COLLECTOR
BOWIE COUNTY TAX ASSESSOR-COLLECTOR
BRAZORIA COUNTY TAX ASSESSOR- COLLECTOR
BRAZOS COUNTY TAX ASSESSOR/COLLECTOR
BREVARD COUNTY TAX COLLECTOR
BURLINGTON CITY TAX COLLECTOR
CABARRUS COUNTY TAX COLLECTOR
CALIFORNIA FRANCHISE TAX BOARD
CAMERON COUNTY TAX ASSESSOR-COLLECTOR
CAMPBELL COUNTY SHERIFF
CAMPBELL COUNTY, KY
CANADIAN COUNTY TREASURER
CARROLLTON-FARMERS BRANCH ISD
CARTERSVILLE, CITY OF- MIXED DRINK
CATAWBA COUNTY TAX COLLECTOR
CEDAR HILL, TX- GROSS SALES REPORT
CHARLESTON COUNTY TREASURER
CHATHAM COUNTY- LIQUOR
CHATHAM COUNTY TAX COMMISSIONER
CHATTANOOGA CITY TREASURER

CHESTERFIELD COUNTY TREASURER
CITY OF CONYERS
CITY OF FLINT INCOME TAX DEPARTMENT
CITY OF GARLAND
CITY OF GOODLETTSVILLE
CITY OF GRAPEVINE, TX- GROSS SALES REPORT
CITY OF KNOXVILLE
CITY OF LAVISTA
CITY OF ROSWELL
CITY OF ST LOUIS
CITY OF ST LOUIS, MO
CLARK COUNTY TREASURER
CLARKSVILLE CITY
CLAYTON COUNTY- ALCOHOL
CLAYTON COUNTY TAX COMMISSIONER
CLEAR CREEK ISD TAX OFFICE
CNP UTILITY DISTRICT
COBB COUNTY- LIQUOR
COBB COUNTY TAX COMMISSIONER
COLLECTOR OF REVENUE
COLUMBIA, CITY OF- GROSS RECEIPTS
COLUMBUS, CITY OF- MIXED DRINK
CONYERS, CITY OF- MIXED DRINK
COUNTY OF FAIRFAX
COWETA COUNTY TAX COMMISSIONER
CUMBERLAND COUNTY- FOOD & BEV
CUMBERLAND COUNTY TAX COLLECTOR
CYPRESS-FAIRBANKS ISD TAX ASSESSOR-COLLECTOR
DALLAS COUNTY TAX ASSESSOR-COLLECTOR
DEKALB COUNTY TAX COMMISSIONER
DENTON COUNTY TAX ASSESSOR-COLLECTOR
DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE
DEPT OF ASSESSMENTS & TAXATION, STATE OF MARYLAND
DESOTO COUNTY TAX COLLECTOR
DIRECTOR OF FINANCE – BALTIMORE
DISTRICT OF COLUMBIA
DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
DOUGLAS COUNTY TAX COMMISSIONER
DOUGLASVILLE, CITY OF- ALCOHOLIC BEV
DUVAL COUNTY TAX COLLECTOR
EL PASO TAX ASSESSOR-COLLECTOR

FAIRFAX CITY
FAIRFAX, CITY OF- FOOD & BEV
FAIRVIEW HEIGHTS, CITY OF- FOOD & BEV ATTACH STATE
FAYETTE COUNTY SHERIFF OFFICE
FLINT CHARTER TOWNSHIP TAX COLLECTOR
FLORIDA DEPARTMENT OF REVENUE
FORT SMITH, CITY OF- ALCOHOL
FRANCHISE TAX BOARD
FULTON COUNTY TAX COMMISSIONER
GASTON COUNTY TAX COLLECTOR
GCTO
GEORGIA- CORPORATE OFFICE
GEORGIA DEPARTMENT OF REVENUE
GEORGIA- HRW OF PEACHTREE CORNERS
GLYNN COUNTY- ALCOHOL
GLYNN COUNTY TAX COMMISSIONER
GOOSE CREEK CISD TAX OFFICE
GREENVILLE COUNTY TAX COLLECTOR
GREENVILLE, CITY OF- FOOD & BEV
GUADALUPE COUNTY TAX ASSESSOR-COLLECTOR
GUILFORD COUNTY TAX DEPARTMENT
GWINNETT COUNTY- ALCOHOL - GWINNETT
GWINNETT COUNTY- ALCOHOL - LAWRENCEVILLE
GWINNETT COUNTY- ALCOHOL - MALL OF GEORGIA
HAMILTON COUNTY TREASURER
HAMILTON COUNTY TRUSTEE
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
HENRICO COUNTY
HENRICO COUNTY- FOOD & BEV
HENRY COUNTY TAX COMMISSIONER
HIDALGO COUNTY TAX ASSESSOR-COLLECTOR
HORRY COUNTY- FOOD & BEV #1010
HORRY COUNTY- FOOD & BEV #1036
HORRY COUNTY TREASURER
ILLINOIS DEPARTMENT OF REVENUE
ILLINOIS DEPT OF REVENUE
INDIANA DEPARTMENT OF REVENUE
INDIANA DEPARTMENT OF REVENUE-TAX
INDIANA- FOOD & BEVERAGE
IOWA DEPARTMENT OF REVENUE
IOWA -SALES

IREDELL COUNTY TAX COLLECTOR
IRVING ISD TAX OFFICE
IRVING, TX- GROSS SALES REPORT
JACKSON COUNTY COLLECTOR
JEFFERSON COUNTY- ALCOHOLIC BEV
JEFFERSON COUNTY SHERIFF'S OFFICE
JEFFERSON COUNTY TAX COLLECTOR
JOHNSON CITY RECORDER
KANSAS CITY- FOOD EST.
KANSAS CITY REVENUE DIVISION
KANSAS DEPARTMENT OF REVENUE
KANSAS DEPT OF REVENUE
KCMO CITY TREASURER
KENNESAW CITY PROPERTY TAX DEPT.
KENNESAW, CITY OF- ALCOHOL
KENTUCKY DEPARTMENT OF REVENUE
KENTUCKY DEPT OF REVENUE-INC TAX
KNOX COUNTY TRUSTEE
KNOXVILLE CITY TAX COLLECTOR
KOCHVILLE TOWNSHIP TREASURER
LAKE COUNTY TREASURER
LAREDO CITY TAX COLLECTOR
LEON COUNTY TAX COLLECTOR
LITTLE ROCK, CITY OF- FOOD SERVICE
LITTLE ROCK, CITY OF- MIXED DRINK
LOUISIANA DEPARTMENT OF REVENUE
LOUISIANA DEPT OF REVENUE
LOUISVILLE METRO, KY
LUCAS COUNTY TREASURER
MACON-BIBB COUNTY TAX COMMISSIONER
MADISON CITY TREASURER
MADISON COUNTY SHERIFF
MADISON COUNTY TAX COLLECTOR
MARION COUNTY TAX COLLECTOR
MARION COUNTY TREASURER
MARYLAND REVENUE ADMINISTRATION
MCALLEN CITY TAX OFFICE
MECKLENBURG COUNTY- FOOD & BEV
MECKLENBURG COUNTY TAX COLLECTOR
MEMPHIS CITY TREASURER
METROPOLITAN TRUSTEE (NASHVILLE & DAVIDSON)

MICHIGAN DEPARTMENT OF REVENUE
MINNESOTA DEPARTMENT OF REVENUE
MISSISSIPPI DEPARTMENT OF REVENUE
MISSISSIPPI DEPARTMENT OF REVENUE
MISSISSIPPI TAX COMMISSION
MISSOURI DEPARTMENT OF REVENUE
MISSOURI DEPARTMENT OF REVENUE
MISSOURI TAXATION DIVISION
MISSOURI-CONSUMER'S USE TAX
MISSOURI-SALES TAX
MONTGOMERY COUNTY TREASURER
MONTGOMERY COUNTY TRUSTEE
MYRTLE BEACH, CITY OF- FOOD & BEV
N CHARLESTON, CITY OF- FOOD & BEV
N LITTLE ROCK, CITY OF- FOOD SERVICE
N LITTLE ROCK, CITY OF- MIXED DRINK
N RICHLAND HILLS, TX- GROSS SALES REPORT
NEBRASKA DEPARTMENT OF REVENUE
NEBRASKA- WASTE REDUCTION AND RECYCLING FEE
NEW HANOVER COUNTY RE
NEW HANOVER COUNTY TAX OFFICE
NEW JERSEY DIVISION OF TAXATION
NEW MEXICO TAXATION & REVENUE
NEW MEXICO TAXATION & REVENUE DEPARTMENT
NEW YORK DEPARTMENT OF TAXATION & FINANCE
NEW YORK STATE INCOME TAX
NEWNAN, CITY OF- MIXED DRINK
NEWNAN, CITY OF- QUARTERLY SALES REPORT
NEWPORT- ALCOHOL
NEWPORT CITY TAX COLLECTOR
NJ DIVISION OF TAXATION
NORTH CAROLINA DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT OF REVENUE
NUECES COUNTY TAX ASSESSOR-COLLECTOR
OHIO DEPARTMENT OF REVENUE
OHIO DEPARTMENT OF TAXATION
OKLAHOMA COUNTY TREASURER
OKLAHOMA TAX COMMISSION
OKLAHOMA-MIXED BEVERAGE
OKLAHOMA-SALES
OKLAHOMA-USE

ONSLOW COUNTY TAX COLLECTOR
OSCEOLA COUNTY TAX COLLECTOR
PALM BEACH COUNTY TAX COLLECTOR
PASADENA ISD
PAULDING COUNTY TAX COMMISSIONER
PELHAM, CITY OF- LIQUOR PURCHASES
PITT COUNTY TAX COLLECTOR
POLK COUNTY TAX COLLECTOR
PORTER COUNTY TREASURER
POTTAWATTAMIE COUNTY
PRATTVILLE, CITY OF- LIQUOR PURCHASES
PRINCE GEORGE'S COUNTY TREASURY DIVISION
PRINCE WILLIAM COUNTY
PRINCE WILLIAM COUNTY- FOOD & BEV- POTOMAC
PRINCE WILLIAM COUNTY TREASURER
PULASKI COUNTY TREASURER
REVENUE ADMINISTRATION DIVISION
RICHLAND COUNTY TREASURER
RICHMOND CITY TAX COLLECTOR
RICHMOND COUNTY TAX COMMISSIONER
ROCKDALE COUNTY TAX COMMISSIONER
ROCKFORD, CITY OF- FOOD & BEV
ROCKHILL, CITY OF- FOOD & BEV
ROSWELL, CITY OF- ALCOHOL
RUTHERFORD COUNTY
RUTHERFORD COUNTY TRUSTEE
SALES/USE TAX DIVISION MICHIGAN DEPARTMENT OF TREASURY
SANGAMON COUNTY RE
SARPY COUNTY TREASURER
SCOTT COUNTY TREASURER
SEBASTIAN COUNTY TAX COLLECTOR
SEMINOLE COUNTY TAX COLLECTOR
SHAWNEE COUNTY TREASURER
SHELBY COUNTY PROPERTY TAX COMMISSIONER
SOUTH CAROLINA DEPARTMENT OF REVENUE
SOUTH CAROLINA DEPT OF REVENUE
SOUTH CAROLINA DEPT OF REVENUE
SOUTH CAROLINA DEPT OF REVENUE TAXABLE EXTENTION
SOUTH CAROLINA- LIQUOR
SPOTSYLVANIA COUNTY- MEAL TAX
SPRING ISD TAX OFFICE

ST. CHARLES COUNTY COLLECTOR
ST. JOSEPH COUNTY TREASURER
ST. LOUIS COUNTY
ST. LOUIS COUNTY COLLECTOR OF REVENUE
ST. LOUIS, CITY OF- RESTAURANT GROSS
ST. MATTHEWS CITY
STATE OF ARKANSAS
STATE OF FLORIDA
STATE OF GEORGIA
STATE OF ILLINOIS DEPARTMENT OF REVENUE RETAILERS
STATE OF INDIANA
STATE OF KENTUCKY
STATE OF MARYLAND
TARRANT COUNTY TAX ASSESSOR-COLLECTOR
TAYLOR CENTRAL APPRAISAL DISTRICT
TAYLOR CITY TREASURER
TENNESSEE DEPARTMENT OF REVENUE
TENNESSEE DEPARTMENT OF REVENUE
TENNESSEE- LIQUOR 3041
TENNESSEE- LIQUOR 3116
TENNESSEE- LIQUOR 3128
TENNESSEE- LIQUOR 3173
TENNESSEE- LIQUOR 3220
TENNESSEE- LIQUOR 3386
TENNESSEE- LIQUOR 3428
TENNESSEE- LIQUOR 3472
TENNESSEE- LIQUOR 3549
TENNESSEE- LIQUOR 3556
TENNESSEE- LIQUOR 3565
TENNESSEE- LIQUOR 3566
TEXAS-MIXED BEVERAGE GROSS RECEIPTS
TEXAS-MIXED BEVERAGE SALES TAX
TEXAS-SALES
TIPPECANOE COUNTY TREASURER
TOM GREEN COUNTY APPRAISAL DISTRICT
TRAVIS COUNTY TAX COLLECTOR
TULSA COUNTY TREASURER
TUSCALOOSA COUNTY TAX COLLECTOR
TUSCALOOSA, CITY OF- LIQUOR
UNITED ISD TAX OFFICE
VANDERBURGH COUNTY TREASURER

VIRGINIA DEPARTMENT OF REVENUE
VIRGINIA DEPARTMENT OF TAXATION
VIRGINIA LITTER TAX
VOLUSIA COUNTY TAX COLLECTOR
WAKE COUNTY- FOOD & BEV
WAKE COUNTY TAX ADMINISTRATION
WARREN COUNTY TREASURER
WASHINGTON COUNTY TRUSTEE
WEBB COUNTY TAX ASSESSOR-COLLECTOR
WEST MEMORIAL MUD
WICHITA COUNTY TAX ASSESSOR/COLLECTOR
WILLIAMSON COUNTY TAX ASSESSOR-COLLECTOR
WINNEBAGO COUNTY TREASURER
WISCONSIN DEPARTMENT OF REVENUE
WISCONSIN DEPT OF REVENUE
YORK COUNTY TREASURER

**<u>Workers Comp Claimants</u>**

Alexis Golovan Thompson
Ana Gomez
Ariel Atwood
Arrianna Brenes
Camryn Cruz
Chanice St Louis
Christopher Smith
Dayna Hinson
Digna Vides Escoto
Donna Markham
Dylan Powell
Eric Miller
Franklin Burgess
Gary Gant
Iysis Williams
Jaden Love
Juan Nieto
Kevin Mueller
Mario Cunningham
McKenzie Hill
Nancy Rincon
Nathan Ross
Nicole E Walsh

Ray Concha Bringas
Ricardo Ortiz Muler
Rick Casper
Ronald Rock
Ryland Matthews
Sarah Ware
Shani Ray
Sierra Flynn
Taima Murphy
Taliah Castillo
Taylor Billings
Zoie Paul
Zubair Shahid

**ND TX Bankruptcy Judges**
Judge Edward L. Morris
Judge Mark X. Mullin
Judge Michelle V. Larson
Judge Robert L. Jones
Judge Scott W. Everett
Judge Stacey G.C. Jernigan

**Office of the U.S. Trustee, Region 6**
Aamer Javed
Alexandria Hughes
Asher Bublick
C. Marie Goodier
Cheryl H. Wilcoxson
Elizabeth Young
Erin Schmidt
Felicia P. Palos
Fernando Garnica
Jason Russell
Kara Croop
Kendra M. Rust
Lisa L. Lambert
Marc F. Salitore
Meredyth Kippes
Nancy S. Resnick
Rafay Suchedina
Reinhard Freimuth
Susan Hersh

**Claims Agent**
Kroll Restructuring Administration LLC

**Creditor Professionals**
Houlihan Lokey
M3 Partners
Sidley Austin LLP
White & Case LLP

**Debtors' Professionals**
Accordion
C Street Advisory Group
Foley & Lardner LLP
Goldberg Kohn Ltd.
Ropes & Gray LLP
SOLIC Capital

**Other**
Drivetrain
Morrison & Foerster LLP
Seward & Kissel LLP
Sidley Austin LLP