# EXHIBIT B

## Schedule of Insurance Policies

| Line of Coverage | Insurer | Policy Number | Effective Dates | Approximate Annualized Gross Premium |
|---|---|---|---|---|
| EXKR | National Union Fire Ins Co | 16027200 | 10/1/2022 -10/1/2025 | $6,836 |
| EXPK | Starr Indemnity & Liability Company | 1000622026251 | 2/1/2025 - 2/1/2026 | $349,865 |
| EXDX | Ascot Insurance Company | MLXS2310000221-04 | 11/1/2023 - 5/1/2025 | $119,695 |
| EXDO | RSUI Indemnity Company | HS707846 | 11/1/2023 - 5/1/2025 | $90,325 |
| EXDX | Endurance American Insurance Company | DOX30001157404 | 11/1/2023 - 5/1/2025 | $90,325 |
| EXSA | Beazley Insurance Company, Inc. | V2CC2F230401 | 11/1/2023 - 5/1/2025 | $77,306 |
| EXCY | Houston Casualty Company | H25NGP23200701 | 2/1/2025 - 2/1/2026 | $73,575 |
| EXCY | Crum & Forster Specialty Ins | CYB109916 | 2/1/2025 - 2/1/2026 | $73,372 |
| EXEP | Starr Indemnity & Liability Company | 1.00062E+12 | 2/1/2025 - 2/1/2026 | $349,865 |
| CRIM | Berkley Insurance Company | BCCR4500549921 | 2/1/2025 - 2/1/2026 | $21,176 |
| LENV | Aspen American Insurance Company | 5582172 | 5/1/2024 - 5/1/2025 | $1,820 |
| MHP | Ascot Insurance Co. | MACR2410001370-05 | 5/1/2024 - 5/1/2025 | $51,850 |
| LTER | Underwriters at Lloyd's, London | UTS2569360.24 | 5/1/2024 - 5/1/2025 | $4,493 |
| PFEL | Atlantic Specialty Insurance Co | MML3534524 | 5/1/2024 - 5/1/2025 | $4,286 |
| PROP | Mt Hawley Insurance Co. | MCP0175620 | 5/1/2024 - 5/1/2025 | $1,465,000 |
| PRXS | AXIS Surplus Insurance Co. | EAF66109124 | 5/1/2024 - 5/1/2025 | $75,000 |
| PRXS | Landmark American Insurance Co. | LHD942792 | 5/1/2024 - 5/1/2025 | $55,753 |
| PRBM | Travelers Property Casualty Co of America | BME14T721692TIL24 | 5/1/2024 - 5/1/2025 | $27,915 |
| GL/LL | Twin City Fire Insurance Company | 21ECSOF0BJJ | 1/1/2025 - 1/1/2026 | $1,449,914 |
| XS LIAB | Palomar Excess and Surplus Ins Co | CEPXP25000003100 | 1/1/2025 - 1/1/2026 | $754,000 |
| XS LIAB | Allied World Assurance Co Inc. | 3132144 | 1/1/2025 - 1/1/2026 | $811,200 |
| INTL PKG | Insurance Company of the State of PA | WR10007500 | 1/1/2025 - 1/1/2026 | $3,051 |
| AUTO | Manufacturers Alliance Ins Co. | 1432624 152500 | 1/1/2025 - 1/1/2026 | $22,982 |
| WC - WI | Pennsylvania Manufacturers Assoc Ins Co | 1432624 202500 (WI) | 1/1/2025 - 1/1/2026 | $1,177 |
| WC - AOS | Pennsylvania Manufacturers Assoc Ins Co | 1432624 202575 (AOS) | 1/1/2025 - 1/1/2026 | $210,578 |

2

| Line of Coverage | Insurer | Policy Number | Effective Dates | Approximate Annualized Gross Premium |
|---|---|---|---|---|
| TX Nonsub | Crum & Forster Specialty Ins | CF098261-3 (TX) | 1/1/2025 - 1/1/2026 | $51,933 |
| | | | **Total** | **$6,243,292** |