# **EXHIBIT A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

**ORDER (I) AUTHORIZING REJECTION OF CERTAIN
NONRESIDENTIAL REAL PROPERTY LEASES (II) ABANDONING
CERTAIN PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) authorizing the rejection of the Leases set forth on **Exhibit 1** hereto, (b) authorizing the abandonment of any *de minimis* equipment, furniture, and other personal property at the premises of the Leases, (c) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Leases set forth on **Exhibit 1** hereto are rejected effective as of the Petition Date.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

3.      The Debtors are authorized, after consultation with the Ad Hoc Group of Noteholders and the DIP Lender, to abandon personal property of their bankruptcy estates, if any, that may be located at the Closed Locations and if so determined, all such property shall be deemed abandoned, effective as of the Petition Date. The applicable counterparty to each Lease may effectuate its rights and remedies with respect to such property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

4.      Claims arising out of the rejection of the Leases, if any, must be filed on or before the later of (a) the deadline for filing proofs of claim established in these Chapter 11 Cases, and (b) thirty (30) days after the date of entry of this order.

5.      Approval of this Order will not prevent the Debtors from seeking to assume or reject an executory contract and/or unexpired lease by separate motion or pursuant to a chapter 11 plan.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Lease rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any Lease is terminated and is no longer an unexpired lease, respectively.

8.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any

3

claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, except as expressly approved herein; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

9. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

11. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # **End of Order** # # #

Order submitted by:

*/s/ Holland N. O'Neil*

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

**ROPES & GRAY LLP**
Ryan Preston Dahl (*pro hac vice* pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

-and-

**ROPES & GRAY LLP**
Chris L. Dickerson (*pro hac vice* pending)
Rahmon J. Brown (*pro hac vice* pending)
Michael K. Wheat (*pro hac vice* pending)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

*Proposed Counsel for the Debtors and Debtors in Possession*

5

# **EXHIBIT 1**

**Rejected Leases**

| Store | Address | City | State | Zip | Tenant/Debtor | Landlord | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| Independence | 19850 E. Valley View Parkway | Independence | MO | 64055 | HOA Restaurant Holder, LLC | 40 Highway Restaurant Investors, LLC | Sandy Fisher / Stephen Ehrhart 14372 Equestrian Way Wellington, FL. 33414 |
| Jacksonville NC | 463 Western Blvd. | Jacksonville | NC | 28546 | HOA Restaurant Holder, LLC | 463 Western Blvd., LLC | David Morris 2235 Gateway Access Point, Ste. 201 Raleigh, NC, 27607 |
| Harborplace II | 301 Light Street Suite 1445 | Baltimore | MD | 21202 | HOA Maryland Restaurant Holder, LLC | Aac Hp Realty, LLC | Stephanie Mineo 150 E. 58th Street New York, NY, 10155 |
| Orange Park | 1740 Wells Road | Orange Park | FL | 32073 | HOA Restaurant Holder, LLC | Arbii, LLC | Dari Gale 1207 SW 52nd Terrace Cape Coral, FL, 33914 |
| Oklahoma City (Penn Ave) | 13320 N. Pennsylvania Ave. | Oklahoma City | OK | 73120 | HOA Restaurant Holder, LLC | Aristotle Investments, Inc. | Effie Tauber c/o Kaufman, Rossin and Co. Att: S. Demar, 3310 Mary Street, Suite 501 Miami, FL, 33133 |
| Greenville NC | 316 SW Greenville Blvd. | Greenville | NC | 27834 | HOA Restaurant Holder, LLC | Bl Hooter's Greenville, LLC | Bernard Leviton 1839 North Lincoln Avenue Chicago, IL, 60614 |

| Store | Address | City | State | Zip | Tenant/Debtor | Landlord | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| McDonough | 1858 Jonesboro Road | McDonough | GA | 30153 | HOA Restaurant Holder, LLC | Dale L. Tabata Trust and Jerry And Christina Tabata Trust Et Al | Net Leased Management 10951 Sorrento Valley Rd, Ste. 2A San Diego, CA, 92121 |
| Baytown | 4710 I-10 East | Baytown | TX | 77521 | TW Restaurant Holder, LLC | Davis Bros., L.L.C. | Lance Davis One Houston Center, 1221 McKinney Street, #3100 Houston, TX, 77010 |
| Lubbock | 4950 South Loop 289 | Lubbock | TX | 79414 | TW Restaurant Holder, LLC | Fslro 4950 South Loop Lubbock, LP, C/O Lincoln Property Company | Patricia Sullivan 2000 McKinney Ave, Suite 1000 Dallas, TX, 75201 |
| Madison Yards | 935 Memorial Drive, Suite 310 | Atlanta | GA | 30316 | Hoots Restaurant Holder, LLC | Fuqua Bcdc Madison Yards Project Owner, LLC | Leilani Jones Fifteen Piedmont Center, 3575 Piedmont Road NE, Suite 800 Atlanta, GA, 30305 |
| Houston Memorial | 2200 S Hwy 6. | Houston | TX | 77077 | TW Restaurant Holder, LLC | Houser Holdings, LLC | Teresa Thurman 2764 N. Green Valley Pkwy # 802 Henderson, NV, 89014 |
| Brunswick | 10355 Canal Crossing | Brunswick | GA | 31525 | HOA Restaurant Holder, LLC | Kjd Hoot, LLC | John Gorman 412 SE 18th St. Fort Lauderdale, FL, 33316 |
| Beaumont | 850 Interstate 10 | Beaumont | TX | 77707 | TW Restaurant Holder, LLC | Mansoor Virani | Mansoor Virani 98 Zenith Lane Sugarland, TX, 77478 |

2

| Store | Address | City | State | Zip | Tenant/Debtor | Landlord | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| San Angelo, TX | 4384 Sherwood Way | San Angelo | TX | 76901 | TW Restaurant Holder, LLC | Mgbl Properties LLC | 3058 Wentworth Way<br>Tarpon Springs FL, 34688 |
| Huntsville | 4729 University Drive NW | Huntsville | AL | 35816 | HOA Restaurant Holder, LLC | Millennium Properties, LLC | Susan Farbenbloom<br>20929 Ventura Blvd, Suite 47-350<br>Woodland Hills, CA, 91364 |
| Bryan | 960 N. Earl Rudder Freeway | Bryan | TX | 77802 | TW Restaurant Holder, LLC | Mzl Properties, LLC | Zita Liebermensch<br>5918 Overlake Avenue<br>San Diego, CA, 92120 |
| Springfield, IL | 3241 Horizon Drive | Springfield | IL | 62703 | HOA Restaurant Holder, LLC | Nadg Nnn Htrs (IL) LP | D. Rampy<br>3131 McKinney Avenue, Suite L-10<br>Dallas, TX, 75204 |
| Clarksville | 941 Lewis & Clark Pkwy | Clarksville | IN | 47130 | DW Restaurant Holder, LLC | Nadg Nnn Htrs (IN) LP | Drew Ireland<br>3131 McKinney Avenue, Suite 3131<br>Dallas, TX, 75204 |
| Waco | 3921 S. Jack Kultgen Expwy | Waco | TX | 76711 | TW Restaurant Holder, LLC | Ndf LLC | Peter Cho<br>2799 E Tropicana Ave, Suite H<br>Las Vegas, NV, 89121 |
| Riverwalk | 849. E. Commerce Street, #105 | San Antonio | TX | 78205 | TW Restaurant Holder, LLC | New Rivercenter Mall II, LP | Anna Rios<br>849 E. Commerce St #895<br>San Antonio, TX, 78205 |
| Riverwalk - Storage | 849. E. Commerce Street, #105 | San Antonio | TX | 78205 | TW Restaurant Holder, LLC | New Rivercenter Mall II, LP | Anna Rios<br>849 E. Commerce St #895<br>San Antonio, TX, 78205 |

| Store | Address | City | State | Zip | Tenant/Debtor | Landlord | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| Florissant | 2765 N. Highway 67 | Florissant | MO | 63033 | HOA Restaurant Holder, LLC | Norle Investments, Inc. And 4262 West 38th Street, LLC | Kim Rexroat 238 S. Meridian Street, Suite 501 Indianapolis, IN, 46225 |
| Memphis (Winchester Rd) | 7535 Winchester Road | Memphis | TN | 38125 | DW Restaurant Holder, LLC | Pacheco Pass Properties, L.P. | Todd Mathis 3275 Lakeshore Drive Washoe Valley, NV, 89704 |
| Richmond KY | 241 Eastern Bypass | Richmond | KY | 40475 | DW Restaurant Holder, LLC | Plus Four Degrees Investment, LLC | Mose Levi 2525 Embassy Drive Cooper City, FL, 33026 |
| Wichita Falls | 3701 Call Field Road | Wichita Falls | TX | 76308 | TW Restaurant Holder, LLC | Rkl 3701 Little Owl, LLC | Ron Lee Little 3007 Virginia Street Santa Monica, CA, 90404 |
| Homewood | 1278 Oak Grove Road | Birmingham | AL | 35209 | HOA Restaurant Holder, LLC | Saki 5 Montgomery Properties, LLC | Nathan Chow 2700 S. Las Vegas Blvd, Suite 1811 Las Vegas, NV, 89109 |
| Macon | 112 Riverside Parkway | Macon | GA | 31210 | HOA Restaurant Holder, LLC | Selby Family Trust | Michael Selby, Trustee P.O. Box 14539 Bradenton, FL, 34280 |
| Castleton | 6426 E 82nd Street | Indianapolis | IN | 46250 | DW Restaurant Holder, LLC | Sunbeam Development Corporation | Chad Lindley 9200 East 116th Street Fishers, IN, 46037 |
| Galveston | 6028 Heards Lane | Galveston | TX | 77551 | TW Restaurant Holder, LLC | Talley Culebra 2017, LLC | Diana Batres 993 IH 10 W #102 San Antonio, TX, 78230 |

| Store | Address | City | State | Zip | Tenant/Debtor | Landlord | Landlord Contact Info |
|---|---|---|---|---|---|---|---|
| Fort Worth Downtown | 150 Throckmorton St., Ste. 132 | Fort Worth | TX | 76102 | TW Restaurant Holder, LLC | Throckmorton Fw 2, LLC | Campbell Henry 2001 Bryan Street, Suite 1550 Dallas, TX, 75201 |
| Columbia East | 7711 Two Notch Road | Columbia | SC | 29223 | HOA Restaurant Holder, LLC | Trm 14 LLC | Michael Bayley 301 71st Street, Ste 620 Miami Beach, FL, 33141 |
| Laredo | 5706 San Bernardo Ave | Laredo | TX | 78041 | TW Restaurant Holder, LLC | Vinsue Corp. | Robert Lonzak 5 Glenmare Mews Nyack, NY, 10960 |
| West Palm Beach | 2020 Palm Beach Lakes Blvd | West Palm Beach | FL | 33409 | HOA Restaurant Holder, LLC | Wpb Concourse Plaza, LLC | c/o Reichel Realty Investments Inc. - Jack Bicknell 8845 n. Military Tr. Palm Beach Gardens, FL, 33410 |
| Irving | 2522 Beltline Road | Irving | TX | 75062 | TW Restaurant Holder, LLC | Beltline And Grande LP | Khanie Nomichit 3102 Maple Avenue, Ste. 350 Dallas, TX, 75201 |
| Oklahoma City | 3025 N.W. Expressway | Oklahoma City | OK | 73112 | HOA Restaurant Holder, LLC | The Baltrusol Corporation | Tim Dorsey 5335 Spring Valley Road Dallas, TX, 75254 |
| Hermitage | 4119 Lebanon Pike | Hermitage | TN | 37076 | DW Restaurant Holder, LLC | Mannat Hotels, LLC | Nick Patel 2637 Sequoya Trace, Murfreesboro, TN 37127 |

5