

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 9, 2025**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-80078-SWE |
| | § | |
| **HOOTERS OF AMERICA, LLC,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4

UPON CONSIDERATION of the [Unopposed] *Motion to Waive the Local Counsel Requirement of Local Rule 2090-4* ("Motion") (Dkt. 124) filed by STORE Master Funding II, LLC and ARC CafeUSA 001, LLC (collectively, the "Landlords"), and their counsel Ballard Spahr LLP, and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Motion and all relief requested therein is GRANTED as provided herein;

2. Ballard Spahr LLP may represent the Landlords in this case without local counsel.

3. This Order is subject to the Court's decision to later require Ballard Spahr LLP to retain local counsel.

### End of Order ###

Respectfully submitted,

By: */s/ Joel F. Newell*
Craig Solomon Ganz (TX Bar No. 24127203)
Joel F. Newell (TX Bar No. 24137409)
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: 602-798-5400
Facsimile: 214-798-5595
ganzc@ballardspahr.com
newellj@ballardspahr.com
*Attorneys for STORE Master Funding II, LLC and ARC CafeUSA001, LLC*