# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (DALLAS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re** :       **Chapter 11**
:
**HOOTERS OF AMERICA, LLC,** *et al.,* :       **Case No. 25-80078 (SWE)**
:
**Debtors.**[1] :       **(Jointly Administered)**
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## HOOTERS OF AMERICA, LLC (CASE NO. 25-80078)

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

- and -

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
Michael K. Wheat (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

*Proposed Counsel for the Debtors*

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

*Proposed Co-Counsel for the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America., *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules")
and the Statements of Financial Affairs (collectively with attachments, the "Statements," and
together with the Schedules, the "Schedules and Statements"), filed by the above-captioned
debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to
section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors with the
assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers
Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs*
(the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of,
the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed
in connection with any review of the Schedules and Statements. To the extent that the Schedules
and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy
or completeness of the data that is provided herein and shall not be liable for any loss or injury
arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring,
compiling, collecting, interpreting, reporting, communicating, or delivering the information
contained herein. While diligent and reasonable efforts have been made to provide accurate and
complete information in the Schedules and Statements based on information that was available at
the time of preparation, inadvertent errors or omissions may exist. In no event shall the Debtors
or their professionals be liable to any third party for any direct, indirect, incidental, consequential,
or special damages (including damages arising from the disallowance of a potential claim against
the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable
or not and however caused, even if the Debtors or their professionals are advised of the possibility
of such damages.

The Schedules and Statements have been signed by Keith Maib, Chief Restructuring
Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Maib
necessarily relied upon the efforts, statements, and representations of the Debtors' management,
other personnel, and advisors. Mr. Maib has not (and could not have) personally verified the
accuracy of each such statement and representation, including statements and representations
concerning the reason behind certain payments.

The Global Notes supplement and are in addition to any specific notes contained in each
Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules,
one or more Statements, or one or more exhibits or attachments to the Schedules or Statements,
even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements,
exhibits, or attachments.

## Global Notes and Overview of Methodology

1.  ***Description of Cases***.  On March 31, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Hooters of America., et al.*, Case No. 25-80078-SWE (Bankr. N.D. Tex. 2025) [Docket No. [91]].  The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 15, 2025, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket Nos. 187, 189].

2.  ***"As Of" Information Date***.  The information provided herein represents the data of the Debtors as of the Petition Date, unless otherwise indicated.  Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of the Petition Date.  Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.  ***General Reservation of Rights***.  Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to (a) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

    Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or nonbankruptcy laws to recover assets or avoid transfers.

    Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

4.      ***Basis of Presentation.***  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared under GAAP.  Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would otherwise be prepared under GAAP.

To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

5.      ***Causes of Action***.  Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in the Schedules and Statements, including causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtors.

6.      ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA claimants, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements or listed as undetermined amounts where appropriate. Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

7.    ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

8.    ***Excluded Assets and Liabilities***.  Certain immaterial or *de minimis* assets and liabilities may have been excluded.  The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.

9.    ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.    ***Property and Equipment***.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

11.    ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

12.    ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

13.    ***Fiscal Year***.  Unless otherwise indicated, each Debtor's most recent fiscal year ended on December 29, 2024.

14. ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

15. ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

The Debtors have historically performed under certain executory contracts between non-debtors.  The Debtors have listed such contracts on Schedule G and indicated the parties to such contracts in these Global Notes.

16. ***Insiders***.  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

17. ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18. ***Unliquidated Claim Amounts***.  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

19.  ***Undetermined Amounts***.   The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20.  ***Credits and Adjustments***.   The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.   The Debtors reserve all of their rights respecting such credits, allowances and other adjustments, including the right to assert Claim objections and/or setoffs with respect to the same.

21.  ***Guaranties and Other Secondary Liability Claims***.   The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.   Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.   The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H.

22.  ***Mechanics' Liens***.   The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens.   Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

23.  ***Entity Classification Issues.***   The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

In particular, due to the Debtor's ordinary course practices of keeping their books and records, it is not possible to independently report the financial results of five of the subsidiary entities.   Consequently, the consolidated financial reports of HOA Maryland Restaurant Holder, LLC (46-5591608) and HOA Kansas Restaurant Holder, LLC (46-5553883) are consolidated with their respective immediate parent company, HOA

Restaurant Holder, LLC (46-5553883).  The financial results of three direct subsidiaries of HOA Maryland Restaurant Holder, LLC, which are HOA Towson LLC (46-5711942), HOA Laurel, LLC (46-5725010), and HOA Waldorf, LLC (46-5735425) are consolidated with HOA Restaurant Holder, LLC, the immediate parent of HOA Maryland Restaurant Holder, LLC.

### Specific Disclosures with Respect to the Debtors' Schedules

24.   ***Schedule A/B.***  Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

25.   ***Schedule A/B 3.***  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion").

26.   ***Schedule A/B 7.***  The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

27.   ***Schedule A/B 8.***  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to identify any prepayments.  The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided.  The Debtors reserve their rights, but undertake no obligation, to amend the Schedules and Statements if prepayments are incorrectly identified.

28.   ***Schedule A/B 21.***  The Debtors' inventory on the balance sheet consists of food and beverage products.  Paper products are expensed upon acquisition and not recorded in inventory on the balance sheet.  The Debtors take inventory every two-weeks.  As such, the finished good inventory reported in response to Question 21 is as of March 23, 2025, the last inventory recorded prior to the Petition Date.  The Debtors reviewed inventories

taken as of April 6, 2025 and the amounts were not materially different than the March 23, 2025 inventories.

29.     ***Schedule A/B 55.*** Leasehold interests that have been rejected pursuant to the rejection procedures set forth in the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 158] are not included in Schedule A/B 55.

30.     ***Schedule A/B 60–62.*** The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. Values are listed as undetermined where appropriate.

31.     ***Schedule A/B 72.*** The Debtors believe, but have been unable to verify, that they may hold interests in unused net operating losses. The Debtors will amend this Schedule to the extent necessary as the Debtors receive additional information.

32.     ***Schedule A/B 73.*** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief* [Docket No. 8] (the "Insurance Motion"). The Debtors believe that there is little or no cash value to the vast majority of such insurance policies and therefore such policies are not listed on Schedule A/B but may be found in Exhibit A to the Insurance Motion.

33.     ***Schedule A/B 75.*** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

34.     ***Schedule A/B 77.*** The Debtors continue to review intercompany receivables and payables and, for the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

35.     ***Schedule D.*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization

of the structure of any such transaction or any document or instrument related to such creditor's claim.    Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien.    The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.    Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.    The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

36.    ***Schedule E/F, Part 1:  Creditors Holding Priority Unsecured Claims.***    The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.    The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.    Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

37.    ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor.    Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts.    The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.    Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F.    The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves, such as accrued tax or wage related obligations.

Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.  Additionally, the Debtors have excluded wage claims that have been paid or will be paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 93], and certain trade claims that qualify as PACA/PASA Claims pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief* [Docket No. 258].

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors, but not any potential litigation that has been threatened but not commenced.  In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined.  To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor.  Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation.  The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that may be rejected, to the extent such damage claims exist.  Further, Schedule E/F may include certain mechanics or materialmen's liens against non-debtor property leased by the Debtors.  The Debtors believe these are general unsecured claims, if and to the extent they are valid Claims, which the Debtors reserve the right to dispute, and the inclusion of such Claims should not be construed as an admission that such Claims are valid.

38.   ***Schedule G.***  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard,

including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

39.    ***Schedule H.***   The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

## Specific Disclosures with Respect to the Debtors' Statements

40.    ***Statements 3***. Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $7,575, except for regular employee compensation and those made to insiders, which are reflected on Statements 4.

41.    ***Statements 4 & 30.***   The Debtors have included responses to Statement 30 in Statement 4.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

Payments to the Chief Restructuring Officer are not included on Statement 4 and instead are included on Statement 11.

42.    ***Statement 5.***   In the one year before the Petition Date, certain of the Debtors' landlords at the leased properties where the Debtors operated restaurants exercised contractual rights to terminate the leases. The Debtors did not own those leased properties, so the value associated with such property was not attributable to the Debtors' estates prior to the Petition Date.

43.    ***Statement 7***. The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. Statement 7 does not include potential litigation that has been threatened but not yet commenced. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question

7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

Despite reasonable efforts, the Debtors may not have identified all current causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

44.     *Statement 9*.  In the ordinary course of business, the Debtors host fundraising events at various stores to raise money for certain charities.  Payments to charitable organizations listed on this response to Question 9 may include fundraiser proceeds collected by Debtor and non-Debtor participants.  More information about the Debtors' fundraising activities can be found in the *Cash Management Motion*.

45.     *Statement 11.*  The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date.  The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.  The Debtors have listed all such payments on the Statement of Hooters of America, LLC.  Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

46.     *Statement 13*.  The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties.  These types of ordinary course transfers have not been disclosed.  The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party.  These types of transfers have not been disclosed.

47.     *Statement 14.*  To the extent that the Debtors vacated store locations during the three years immediately preceding the Petition Date, information on those former store locations is contained in the Debtors' response to Statement 14.

48.     *Statement 26(d).*  From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  Financial statements may have also been provided to other parties as requested, subject to

customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement 26.

49.    ***Statement 28.***    For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 5% of the ownership interests in the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Debtor **Hooters of America, LLC**                              Case number (if known) **25-80078**
_____Name_____

| Fill in this information to identify the case: |
|---|

Debtor name    **Hooters of America, LLC**

United States Bankruptcy Court for the:   **Northern District of Texas (Dallas)**

Case number (if known)   **25-80078**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B...............................................................  $ **45,601.14 plus undetermined amounts**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...............................................................  $ **65,714,913.32 plus undetermined amounts**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B...............................................................  $ **65,760,514.46 plus undetermined amounts**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................  $ **69,363,089.72 plus undetermined amounts**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ **1,713,116.13 plus undetermined amounts**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................  +$ **12,832,585.18 plus undetermined amounts**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   | $ **83,908,791.03 plus undetermined amounts** |
   |---|

**Fill in this information to identify the case:**

Debtor name    **Hooters of America, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80078**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.

     ■ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on Hand** | |
| 2.1 | $0.00 |

| Debtor | **Hooters of America, LLC** | | Case number (*if known*) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | BANK OF AMERICA | MISCELLANEOUS CORPORATE ACCOUNT | 1340 | $12,954.77 |
| 3.2 | BANK OF AMERICA | MISCELLANEOUS CORPORATE ACCOUNT | 4747 | $0.00 |
| 3.3 | BANK OF AMERICA | CORPORATE MARKETING ACCOUNT | 4640 | $150,424.48 |
| 3.4 | BANK OF AMERICA | CORPORATE MARKETING ACCOUNT | 7316 | $4,214.32 |
| 3.5 | US BANK | MAIN CORPORATE ACCOUNT | 6465 | $1,131,943.85 |
| 3.6 | US BANK | CORPORATE PAYROLL ACCOUNT | 7826 | $0.00 |
| 3.7 | US BANK | CORPORATE INVESTMENT | 1850 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

**4.** **Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,299,537.42** |

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | | $0.00 |
|---|---|---|---|

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | | | $0.00 |

| 9. | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | **$0.00** |
|---|---|---|

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 11. | **Accounts receivable** | | | | |
| | 11a. 90 days old or less: | $340,776.50 | - | ($1,212.10) | $339,564.40 |
| | | face amount | | doubtful or uncollectible accounts | = |
| | 11b. Over 90 days old: | $381,953.63 | - | ($132,674.77) | $249,278.86 |
| | | face amount | | doubtful or uncollectible accounts | = |

| 12. | **Total of Part 3.** Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$588,843.26** |
|---|---|---|

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | | $0.00 |

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    **Page 3**

Debtor    **Hooters of America, LLC**_____    Case number (*if known*) **25-80078**
           Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| | Name of entity: | % of ownership | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 15.1 | HGC MANAGEMENT, INC. | 100% | % | N/A | UNDETERMINED |
| 15.2 | HOA HOLDCO, LLC | 100.00% | % | N/A | UNDETERMINED |
| 15.3 | HOOTER'S MAGAZINE, LLC | 100% | % | N/A | UNDETERMINED |
| 15.4 | HOOTERS MARKETING, LLC | 100% | % | N/A | UNDETERMINED |
| 15.5 | HOOTERS NATIONAL ADVERTISING FUND, LLC | 100% | % | N/A | UNDETERMINED |
| 15.6 | HOOTERS OF CANTON, LLC | 100% | % | N/A | UNDETERMINED |
| 15.7 | HOOTERS OF LAKE UNDERHILL, LLC | 100% | % | N/A | UNDETERMINED |
| 15.8 | HOOTERS OF MELBOURNE, LLC | 100% | % | N/A | UNDETERMINED |
| 15.9 | HOOTERS OF MURRELLS INLET, LLC | 100% | % | N/A | UNDETERMINED |
| 15.10 | HOOTERS OF PORT HURON, LLC | 100% | % | N/A | UNDETERMINED |
| 15.11 | INFOHAMMER, LLC | 100% | % | N/A | UNDETERMINED |
| 15.12 | LAKELAND INTERCHANGE DEVELOPMENT, LLC | 100% | % | N/A | UNDETERMINED |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| 16.1 | | | $0.00 |

| 17. | **Total of Part 4.** | |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | **Undetermined** |

**Part 5:    Inventory, excluding agriculture asset**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes. Fill in the information below

Debtor    **Hooters of America, LLC**                                    Case number (*if known*)    **25-80078**
         Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** | **Work in progress** | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 | | | | $0.00 |

23.    **Total of Part 5.**
       Add lines 19 through 22. Copy the total to line 84.                                    **$0.00**

24.    **Is any of the property listed in Part 5 perishable?**

       ☐ No.
       ☐ Yes.

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

       ☐ No.
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|--------|-----------|-----|-----|

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No.

    ☐ Yes.

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

■ Yes. Fill in the information below

Debtor  **Hooters of America, LLC** _____  Case number (*if known*) **25-80078**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1  FURNISHINGS | $11,303.05 | NET BOOK VALUE | $11,303.05 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| 40.1  FIXTURES, SIGNAGE | $3,124.17 | NET BOOK VALUE | $3,124.17 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  COMPUTER HARDWARE, SOUND/VIDEO, COMMUNICATION EQUIPMENT | $696,634.52 | NET BOOK VALUE | $696,634.52 |
| 41.2  COMPUTER SOFTWARE | $800,282.21 | NET BOOK VALUE | $800,282.21 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

$1,511,343.95

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☒ Yes.

Debtor    **Hooters of America, LLC**                                    Case number (*if known*) **25-80078**
_____Name_____

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | | $0.00 |

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **48.** | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | | $0.00 |

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **49.** | **Aircraft and accessories** | | | |
| 49.1 | | | | $0.00 |

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | OFFICE EQUIPMENT | $81,603.25 | NET BOOK VALUE | $81,603.25 |
| 50.2 | STORE EQUIPMENT | $279.99 | NET BOOK VALUE | $279.99 |

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|---|---|---|---|
| | Name | | |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$81,883.24

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1  (CORPORATE HEADQUARTERS) HOA CORP OFFICE 1815 1815 THE EXCHANGE ATLANTA, GA 30339 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2  LEASEHOLD IMPROVEMENTS | LEASED | $45,601.14 | NET BOOK VALUE | $45,601.14 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.2 and entries from any additional sheets.
Copy the total to line 88

$45,601.14
**plus undetermined amounts.**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

■ Yes.

Official Form 206A/B          Schedule A/B: Assets - Real and Personal Property          **Page 10**

| Debtor | Hooters of America, LLC | Case number (*if known*) | 25-80078 |
|--------|------------------------|--------------------------|----------|
|        | Name                   |                          |          |

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.


**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **61.** | **Internet domain names and websites** | | |
| 61.1 | 1STRESPONDERSDAY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2 | 1STRESPONDERSDAY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.3 | BROOKSMGT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.4 | EHOOT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.5 | EHOOT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.6 | EHOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7 | FLYHOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8 | HOABRANDS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9 | HOACORP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.10 | HOAPOS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.11 | HOARESTAURANTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.12 | HOOTERFRANCHISE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.13 | HOOTERFRANCHISING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.14 | HOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15 | HOOTERS.COM.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.16 | HOOTERS.NETWORK | UNDETERMINED | N/A | UNDETERMINED |
| 61.17 | HOOTERS-AIR.COM | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Hooters of America, LLC | Case number (*if known*) | 25-80078 |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **61.** | **Internet domain names and websites** | | |
| 61.18 | HOOTERSAPP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.19 | HOOTERSATHOME.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.20 | HOOTERSDELIVERY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.21 | HOOTERSFLEAMARKET.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.22 | HOOTERSFRANCHISE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.23 | HOOTERSFRANCHISING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.24 | HOOTERSGEAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.25 | HOOTERSGETAWAYS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.26 | HOOTERSGIFTCARD.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.27 | HOOTERSGIRLS.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.28 | HOOTERSGIRLS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.29 | HOOTERSHOLIDAYS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30 | HOOTERSHOTLINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.31 | HOOTERSMAGAZINE.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.32 | HOOTERSMARKETING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.33 | HOOTERSMONEYBALL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.34 | HOOTERSNET.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.35 | HOOTERSNETWORK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.36 | HOOTERSOFAMERICA.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.37 | HOOTERSOFAMERICA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.38 | HOOTERSONLINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.39 | HOOTERS-ONLINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.40 | HOOTERSONTHEFLY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.41 | HOOTERSRESTAURANT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.42 | HOOTERSRESTAURANTS.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.43 | HOOTERSSCRAMBLE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.44 | HOOTERSSPIRITS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.45 | HOOTERSSPIRITS.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.46 | HOOTERSSPORTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.47 | HOOTERSSTORE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.48 | HOOTERSSUCKS.COM | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Hooters of America, LLC | Case number (*if known*) | 25-80078 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | |
| 61.49 | HOOTERSTORE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.50 | HOOTERSTOYOU.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.51 | HOOTERSUCKS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.52 | HOOTERSUSA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.53 | HOOTERSVACATIONS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.54 | HOOTERSVIP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.55 | HOOTERSWINGS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.56 | HOOTIESBAITANDTACKLE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.57 | HOOTIESBURGERBAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.58 | HOOTIESBURGERBARS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.59 | HOOTIESCHICKENTENDERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.60 | HOOTSFRANCHISE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.61 | HOOTSTAFF.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.62 | HOOTSWINGS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.63 | INFOHAMMER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.64 | ITSLOYAL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.65 | LILHOOTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.66 | OWNAHOOTER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.67 | OWNAHOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.68 | RIGHTEOUSBIRD.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.69 | RIGHTEOUSWING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.70 | TALKTOHOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1 | | | | $0.00 |

Debtor    **Hooters of America, LLC**                                              Case number (*if known*) __25-80078__

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** **Goodwill** | | | |
| 65.1 | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☒ No.

☐ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No.

☐ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  |  | | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 71.1 | | | $0.00 |
| | Total face amount | doubtful or uncollectible amount | |

|  |  | | **Current value of debtor's interest** |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| 72.1 | | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
| | Name | | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | | $0.00 |

| | | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | INTERCOMPANY RECEIVABLE - DW RESTAURANT HOLDER, LLC | UNDETERMINED |
| 77.2 | INTERCOMPANY RECEIVABLE - HOA FRANCHISING, LLC | $96,136.74 |
| 77.3 | INTERCOMPANY RECEIVABLE - HOA FUNDING, LLC | $11,432,895.19 |
| 77.4 | INTERCOMPANY RECEIVABLE - HOA GIFT CARDS, LLC | $82,629.81 |
| 77.5 | INTERCOMPANY RECEIVABLE - HOA RESTAURANT HOLDER, LLC | $49,087,398.06 |
| 77.6 | INTERCOMPANY RECEIVABLE - HOA SYSTEMS, LLC | $48,674.58 |
| 77.7 | INTERCOMPANY RECEIVABLE - HOOTS RESTAURANT HOLDER, LLC | $738,437.35 |
| 77.8 | INTERCOMPANY RECEIVABLE - TW RESTAURANT HOLDER, LLC | $747,133.72 |
| 77.9 | RIGHT OF USE ASSET | UNDETERMINED |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$62,233,305.45 plus undetermined amounts.** |
|---|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **Hooters of America, LLC** | Case number (*if known*) | **25-80078** |
|---|---|---|---|
| | Name | | |

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,299,537.42** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$588,843.26** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **Undetermined** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,511,343.95** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$81,883.24** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................................> | | **$45,601.14 plus undetermined amounts.** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Undetermined** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$62,233,305.45 plus undetermined amounts.** | |
| 91. **Total. Add lines 80 through 90 for each column** | **$65,714,913.32 plus undetermined amounts.** +91b. | **$45,601.14 plus undetermined amounts.** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$65,760,514.46 plus undetermined amounts.** |

**Fill in this information to identify the case:**

Debtor name    **Hooters of America, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80078**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|
| 2.1 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
| | CAMARO REPRESENTATIVE LLC<br>C/O H.I.G.<br>600 5TH AVE<br>24TH F<br>NEW YORK NY 10020 | CERTAIN EQUIPMENT<br>**Describe the lien**<br>UCC LIEN NO. 060-2020-004369 | | |
| | **Secured creditor's email address** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date debt was incurred**<br>7/6/2020 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)* | | |
| | **Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | | | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

HANMI BANK
201 O MAIN STREET, SUITE 590
IRVINE CA 92614

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT AND OTHER PERSONAL PROPERTY SUBJECT TO SPECIFIC AGREEMENT NUMBER 2498-005

**Secured creditor's email address**

**Describe the lien**

UCC LIEN NO. 007-2019-055858

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

12/18/2019

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

LAGS EQUIPMENT, LLC
2035 COLONIAL BOULEVARD
FORT MYERS FL 33907

**Describe debtor's property that is subject to a lien**

COLLATERAL AS DESCRIBED IN EXHIBIT A TO UCC-1 FINANCING STATEMENT DATED 3/2/23

**Secured creditor's email address**

**Describe the lien**

UCC LIEN NO. 060-2023-001648

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

3/7/2023

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>Amount of claim<br><br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|

| 2.4 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

LEAF CAPITAL FUNDING, LLC
ONE COMMERCE SQUARE
2005 MARKET STREET
14TH FLOOR
PHILADELPHIA PA 19103

**Secured creditor's email address**

**Date debt was incurred**

8/8/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

Pari Pasu Co-Creditors: 1a) LEAF Capital Funding, LLC;  1b) VERINEXT CAPITAL, LLC

**Describe debtor's property that is subject to a lien**

CERTAIN EQUIPMENT/LICENSED SOFTWARE PURSUANT TO INSTALLMENT PAYMENT AGREEMENT

**Describe the lien**

UCC LIEN NO. 007-2023-005189

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>Amount of claim<br><br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|

| 2.5 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**2.5**

**Secured creditor name and mailing address**

TECHNOLOGY FINANCE CORPORATION
16430 N. SCOTTSDALE RD
STE 170
SCOTTSDALE AZ 85254

**Secured creditor's email address**

**Date debt was incurred**

11/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT AND OTHER PERSONAL PROPERTY SUBJECT TO SPECIFIC AGREEMENT NUMBER #A–_2498-001

**Describe the lien**

UCC LIEN NO. 007-2023-054824

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

---

**2.6**

**Secured creditor name and mailing address**

U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT
ONE FEDERAL STREET
3RD FLOOR
BOSTON MA 02110

**Secured creditor's email address**

**Date debt was incurred**

3/9/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL ASSETS OF THE LOAN PARTIES INCLUDING THE PRIORITY RIGHT TO REIMBURSEMENT OF MANAGER ADVANCES

**Describe the lien**

FIRST PRIORITY LIEN PURSUANT TO TERM LOAN CREDIT AGREEMENT AND MANAGER ADVANCE CREDIT AGREEMENT

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $69,363,089.72
Column B: UNDETERMINED

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.7 | **Secured creditor name and mailing address**<br><br>VERINEXT CAPITAL, LLC<br>4850 RIVER GREEN PKWY<br>DULUTH GA 30096 | **Describe debtor's property that is subject to a lien**<br>CERTAIN EQUIPMENT/LICENSED SOFTWARE PURSUANT TO INSTALLMENT PAYMENT AGREEMENT | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | **Secured creditor's email address** | **Describe the lien**<br>UCC LIEN NO. 007-2023-040349 | | |
| | **Date debt was incurred**<br>8/8/2023 | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)* | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Pari Pasu Co-Creditors: 1a) LEAF Capital Funding, LLC;  1b) VERINEXT CAPITAL, LLC | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$69,363,089.72**<br>**plus undetermined amounts** |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US BANK<br>ROGER PLOTT, VP GLOBAL TREASURY MANAGEMENT<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | Line  2.6 | |
| US BANK<br>ROGER PLOTT, VP GLOBAL TREASURY MANAGEMENT<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | Line  2.6 | |

**Fill in this information to identify the case:**

Debtor name    **Hooters of America, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80078**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,000.00 | $11,565.95 |
| | ABIOLA OLIVACCE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,900.00 | $3,900.00 |
| | AMBER LEE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No ☐ Yes | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,355.94 | $5,355.94 |
|---|---|---|---|---|

ANDY NUNCIO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,000.00 | $11,001.50 |
|---|---|---|---|---|

ANNA MCCORMICK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,325.72 | $9,325.72 |
|---|---|---|---|---|

ANTHONY ROSS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,194.38 | $11,616.94 |
|---|---|---|---|---|

ANTHONY VOUDRIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80078** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.7** | **Priority creditor's name and mailing address**

ASHLEY PORTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,750.00      $11,874.51

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.8** | **Priority creditor's name and mailing address**

BLAIR PENDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,246.09      $11,548.51

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.9** | **Priority creditor's name and mailing address**

BRUCE SKALA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,500.00      $15,150.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.10** | **Priority creditor's name and mailing address**

CAROLINE PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,115.10      $8,115.10

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.11** | **Priority creditor's name and mailing address**

CARTER KERR
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,248.00    Priority amount: $1,248.00

---

**2.12** | **Priority creditor's name and mailing address**

CARY HUDSON
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $28,687.50    Priority amount: $9,627.38

---

**2.13** | **Priority creditor's name and mailing address**

CHELSEA COFFMAN
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,931.25    Priority amount: $4,931.25

---

**2.14** | **Priority creditor's name and mailing address**

CHRISTINE RALPH
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $28,000.00    Priority amount: $12,067.98

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $7,382.81 | $7,382.81

CHRISTOPHER SHOCKLEY
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $30,437.80 | $11,665.99

COLE BASTIAN
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $990.00 | $990.00

COLLECTOR OF REVENUE
EARNINGS TAX DIVISION
1200 MARKET STREET, RM 410
ST LOUIS MO 63103

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.18** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $4,250.00 | $4,250.00

COURTNEY DUDLEY
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**

DANIELLE SWARNES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $3,000.40  Priority amount: $3,000.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.20** | **Priority creditor's name and mailing address**

DARIUS PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $7,710.94  Priority amount: $7,710.94

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.21** | **Priority creditor's name and mailing address**

DARRELL KUNST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $7,280.00  Priority amount: $7,280.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.22** | **Priority creditor's name and mailing address**

DARRIN BEDOSKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $21,806.55  Priority amount: $11,818.19

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.23** | **Priority creditor's name and mailing address**

DAVID SHETSKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,726.56
Priority amount: $6,726.56

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.24** | **Priority creditor's name and mailing address**

DAYLE PLEMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $22,725.00
Priority amount: $11,552.86

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.25** | **Priority creditor's name and mailing address**

DAYNA HINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,527.29
Priority amount: $7,527.29

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.26** | **Priority creditor's name and mailing address**

DEANDRA LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $12,000.00
Priority amount: $12,000.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.27** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$16,562.50      $8,920.37

DEBORAH LIVESAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.28** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$128,392.97      $128,392.97

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
1973 RULON WHITE BLVD.
OGDEN UT 84201-0039

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACA CIVIL PENALTY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.29** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,925.00      $2,925.00

DEREKA PARRILLA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.30** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$5,800.00      $5,800.00

DEVYN GASKIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)   **25-80078**

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.31 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,125.00 | $3,125.00 |
|---|---|---|---|---|
| | DIEMELEOU BOUA KOUAO BILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.32 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,711.19 | $10,152.23 |
|---|---|---|---|---|
| | ELIZABETH PIARULLI ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.33 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,143.31 | $6,143.31 |
|---|---|---|---|---|
| | FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO CA 94527-0531 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.34 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,116.75 | $10,097.51 |
|---|---|---|---|---|
| | FREDRICK SIGMUND ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.35** **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
PO BOX 740239
ATLANTA GA 30374-0239

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,930.00    Priority amount: $4,930.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
TAX

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.36** **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
GEORGIA DEPARTMENT OF REVENUE,
PROCESSING CENTER
P.O. BOX 740239
ATLANTA GA 30374-0239

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.37** **Priority creditor's name and mailing address**

GREGORY BROOKSHIRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $24,000.00    Priority amount: $11,900.27

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.38** **Priority creditor's name and mailing address**

GREGORY SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $25,723.60    Priority amount: $11,695.81

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $6,242.40 | $6,242.40 |

HEATHER GEOGHAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.40** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $3,800.00 | $3,800.00 |

INDIANA DEPARTMENT OF REVENUE
PO BOX 6032
INDIANAPOLIS IN 46206-6032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.41** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $18,034.95 | $12,263.58 |

JAMES HOWSE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.42** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $32,787.40 | $11,021.02 |

JAMES MARR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,218.75 | $7,218.75

JAMIE RODGERS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.44** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,500.00 | $7,500.00

JANET COPOUS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.45** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,500.00 | $11,500.00

JAY OVERSTREET
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.46** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47,250.00 | $15,150.00

JEFFREY CAPLAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.47**

**Priority creditor's name and mailing address**

JEFFREY SPRAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $18,337.50    Priority amount: $11,259.53

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.48**

**Priority creditor's name and mailing address**

JESSICA CARROLL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,900.00    Priority amount: $2,900.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.49**

**Priority creditor's name and mailing address**

JOEL POUNDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $12,890.63    Priority amount: $12,890.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.50**

**Priority creditor's name and mailing address**

JOHN BAGWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $33,000.00    Priority amount: $10,779.73

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.51** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $23,941.41    Priority amount: $11,662.76

JOHN WILLIAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.52** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $6,750.00    Priority amount: $6,750.00

JOSHUA BRAXTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.53** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $13,863.86    Priority amount: $10,921.01

JUAN GARCIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.54** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $3,125.00    Priority amount: $3,125.00

KADIJAH MILLER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.55 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $9,800.00 | $9,800.00 |
|---|---|---|---|---|

KANITRA BROWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.56 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $760.00 | $760.00 |
|---|---|---|---|---|

KANSAS DEPT OF REVENUE
PO BOX 750680
TOPEKA KS 66625-0680

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.57 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,891.14 | $1,891.14 |
|---|---|---|---|---|

KAREN ABDUL-SABOOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.58 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,010.00 | $1,010.00 |
|---|---|---|---|---|

KCMO CITY TREASURER
REVENUE DIVISION
PO BOX 843322
KANSAS CITY MO 64184-3322

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **25-80078** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,656.25 | $6,656.25 |
|---|---|---|---|---|

KELLY KNIGHT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.60 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,240.00 | $5,240.00 |
|---|---|---|---|---|

KENTUCKY DEPT OF REVENUE
PO BOX 1190
FRANKFORT KY 40620-1190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.61 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,587.50 | $3,587.50 |
|---|---|---|---|---|

KERRY MOORE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.62 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,125.00 | $7,125.00 |
|---|---|---|---|---|

KEVIN MORRISON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | **25-80078** | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.63**  **Priority creditor's name and mailing address**

KEVIN TRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,080.00    Priority amount: $2,080.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.64**  **Priority creditor's name and mailing address**

KIM PAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $50,781.25    Priority amount: $15,150.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.65**  **Priority creditor's name and mailing address**

LAUREN AMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,600.00    Priority amount: $2,600.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.66**  **Priority creditor's name and mailing address**

LAWRENCE LINEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $65,000.00    Priority amount: $15,150.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.67** | **Priority creditor's name and mailing address**

LEE DILLEHAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $26,775.00
Priority amount: $10,178.84

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.68** | **Priority creditor's name and mailing address**

LIAM DEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,080.00
Priority amount: $2,080.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.69** | **Priority creditor's name and mailing address**

LINDA CARSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,784.60
Priority amount: $2,784.60

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.70** | **Priority creditor's name and mailing address**

LISA FONT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,250.00
Priority amount: $8,250.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.71** | **Priority creditor's name and mailing address**

MACK MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,615.00     Priority amount: $6,615.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.72** | **Priority creditor's name and mailing address**

MARYAM BAHRAINY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,180.00     Priority amount: $6,180.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.73** | **Priority creditor's name and mailing address**

MATTHEW DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,063.75     Priority amount: $5,063.75

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.74** | **Priority creditor's name and mailing address**

MATTHEW PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $9,266.72     Priority amount: $9,266.72

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.75** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,312.50 | $4,312.50

MEGAN HINKLE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.76** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,500.00 | $11,293.09

MELISSA FRY
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.77** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,507.50 | $11,698.44

MELISSA SALBERT
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.78** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,000.00 | $11,838.51

MICHAEL HASHIMOTO
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79** **Priority creditor's name and mailing address**

MICHAEL WEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $9,262.50    Priority amount: $9,262.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.80** **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
PO BOX 3400
JEFFERSON CITY MO 65105-3400

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,750.00    Priority amount: $1,750.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.81** **Priority creditor's name and mailing address**

NEIL MOWERY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,441.88    Priority amount: $7,441.88

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.82** **Priority creditor's name and mailing address**

NEW JERSEY DIVISION OF TAXATION
PO BOX 642
TRENTON NJ 08646-0642

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,370.00    Priority amount: $1,370.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80078** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.83** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $50.00  Priority amount: $50.00

NEW MEXICO TAXATION
PO BOX 25127
SANTA FE NM 87504-5128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.84** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $150.00  Priority amount: $150.00

NEW YORK STATE INCOME TAX
W. A. HARRIMAN CAMPUS
ALBANY NY 12227-0866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.85** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $18,523.98  Priority amount: $18,523.98

OHIO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE OFFICE TOWER
30 E. BROAD ST., 14TH FLOOR
COLUMBUS OH 43266-0410

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OHIO WITHHOLDING TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.86** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

OHIO DEPARTMENT OF TAXATION
OHIO DEPARTMENT OF TAXATION ATTN:
BUSINESS COMPLIANCE DIVISON
PO BOX 2678
COLUMBUS OH 43216-2678

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.87** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,270.00 | $4,270.00

OHIO TREASURER OF STATE
OHIO DEPT OF TAXATION
PO BOX 2476
COLUMBUS OH 43216-2476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,750.00 | $7,750.00

OKLAHOMA TAX COMMSSION
INCOME TAX
PO BOX 26890
OKLAHOMA CITY OK 73126-0890

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.89** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,000.00 | $9,000.00

PIERRETTA WINGFIELD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.90** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,711.70 | $11,944.25

REBECCA MOORE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.91 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $3,825.00 | $3,825.00 |
|---|---|---|---|---|---|
| | REBEKAH LAFAUCI ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | | |

| 2.92 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $11,615.00 | $11,615.00 |
|---|---|---|---|---|---|
| | ROBERT ROBINSON ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | | |

| 2.93 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $7,367.34 | $7,367.34 |
|---|---|---|---|---|---|
| | RONALD HARPER ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | | |

| 2.94 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $243,750.00 | $15,150.00 |
|---|---|---|---|---|---|
| | SALVATORE MELILLI ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.95** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |

| | | | **$4,400.00** | **$4,400.00** |

SARITA BHANDARI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.96** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |

| | | | **$7,577.34** | **$7,577.34** |

SHELBI FONSECA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.97** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |

| | | | **$6,250.00** | **$6,250.00** |

SHERA HAYES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.98** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |

| | | | **$700.00** | **$700.00** |

SOUTH CAROLINA DEPT OF REVENUE
IIT VOUCHER
PO BOX 100123
COLUMBIA SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **25-80078** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.99** | **Priority creditor's name and mailing address**

STEPHEN CUDD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,750.00    Priority amount: $6,750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.100** | **Priority creditor's name and mailing address**

STEVEN BIRKHEAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,165.63    Priority amount: $1,165.63

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.101** | **Priority creditor's name and mailing address**

STEVEN LIERSAPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,985.94    Priority amount: $2,985.94

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.102** | **Priority creditor's name and mailing address**

STEVEN MCCARTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,125.00    Priority amount: $7,125.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,299.10 | $7,299.10 |
|---|---|---|---|---|

SUMMER MELTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,500.00 | $12,049.70 |
|---|---|---|---|---|

THOMAS CONROY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.105 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,372.80 | $1,372.80 |
|---|---|---|---|---|

THOMAS ROBINSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.106 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,158.00 | $3,158.00 |
|---|---|---|---|---|

TIFFANY HALEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | | | |

| | | | Case number (if known) | **25-80078** |
|---|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.107** | **Priority creditor's name and mailing address**

TIMOTHY BAUM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $105,905.50    Priority amount: $15,150.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.108** | **Priority creditor's name and mailing address**

TYLER GABLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,617.19    Priority amount: $7,617.19

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.109** | **Priority creditor's name and mailing address**

VICTOR PRAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $9,726.56    Priority amount: $9,726.56

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.110** | **Priority creditor's name and mailing address**

VICTORIA WHITAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,000.00    Priority amount: $8,000.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.111 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |
| | VIRGINIA DEPARTMENT OF TAXATION<br>DEPARTMENT OF TAXATION<br>P.O. BOX 1103<br>RICHMOND VA 23218-1103 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.112 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
|---|---|---|---|---|
| | | | $5,520.00 | $5,520.00 |
| | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 1478<br>RICHAMOND VA 23218-1478 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.113 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
|---|---|---|---|---|
| | | | $1,248.00 | $1,248.00 |
| | WILL TRICE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.114 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
|---|---|---|---|---|
| | | | $4,942.60 | $4,942.60 |
| | WILLIAM INGRAM<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **Hooters of America, LLC** | | | Case number (if known) | **25-80078** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.115 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,906.25 | $5,906.25 |

YOLYN HOLLINGSWORTH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.116 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,599.06 | $3,599.06 |

ZACHARY MCCRADY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

24 HOUR EMERGENCY PLUMBING
PO BOX 5935
C/O CRESTMARK BANK
TROY MI 48007-5935

**$2,043.51**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

463 WESTERN BLVD LLC
NICHOLLS & CRAMPTON, P.A.
W. SIDNEY ALDRIDGE
PO BOX 1823
RALEIGH NC 27619

**UNDETERMINED**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** LITIGATION

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

A HEAD FOR PROFITS LLC
909 DIVISION ST, STE 100
NASHVILLE TN 37203

**$14,929.06**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address

ABIOLA OLIVACCE
ADDRESS ON FILE

**$2,434.05**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address

ACCESS INFORMATION HOLDINGS LLC
PO BOX 101048
ATLANTA GA 30392-1048

**$6,418.71**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|---|

$2,025.00

ADVANCED REFIRGERATION & AIR
2805 CHECKER DRIVE
CEDAR PARK TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|---|

UNDETERMINED

AFTEN BARTEE, ET AL
JAVANMARDI LAW
PETER A. JAVANMARDI
1875 CENTURY PARK EAST, SUITE 2250
LOS ANGELES CA 90067

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|---|

UNDETERMINED

AL NF CRAIN LLC
NICHOLAS J. PANOS
PO BOX 310
LA PLATA MD 20646

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|---|

UNDETERMINED

AL NF CRAIN LLC
NICHOLAS J. PANOS MUDD, MUDD &
FITZGERALD, P.A.
P.O. BOX 310
LA PLATA MD 20246

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|---|

$100.00

AMBER DIAZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$100.00

AMBER HOLT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim: TRADE

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$91,373.23

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim: TRADE

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$7,906.98

AMERICAN SERVICES (USE ASE421)
4212 SHORELINE DR
EARTH CITY MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim: TRADE

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

ANLLI BRANSCOMB
C/O LEO & OGINNI TRIAL LAWYERS, PLLC
ATTN: GEORGE OGINNI; JOHN A. LEO
3701 KIRBY
STE 1184
HOUSTON TX 77098

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim: LITIGATION

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$100.00

ANNA GARRISON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim: TRADE

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

**3.16** **Nonpriority creditor's name and mailing address**

ANNA MCCORMICK
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim** $4,998.50

---

**3.17** **Nonpriority creditor's name and mailing address**

ANTHONY VOUDRIE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim** $1,577.44

---

**3.18** **Nonpriority creditor's name and mailing address**

AO SMITH WATER PRODUCTS
12024 COLLECTION CENTER DR.
CHICAGO IL 60693

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim** $61,668.52

---

**3.19** **Nonpriority creditor's name and mailing address**

APOGEE
15305 DALLAS PARKWAY 12TH FLOOR
SPACES THE COLONNADE
ADDISON TX 75001

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim** $1,200.00

---

**3.20** **Nonpriority creditor's name and mailing address**

ARGUETA, JESSICA
PACIFIC TRIAL ATTORNEYS SCOTT FERRELL
VICTORIA C. KNOWLES
4100 NEWPORT PLACE DR, STE. 800
NEWPORT BEACH CA 92660

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim** UNDETERMINED

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| | | **UNDETERMINED** |
| ARLENE GARCIA AND BRANDI SMITH<br>C/O PERONA, LANGER, BECK, SERBIN &<br>HARRISON, APC<br>ATTN: TODD H. HARRISON; BRENNAN S. KAHN;<br>JENNIFER BASKARON<br>300 EAST SAN ANTONIO DRIVE<br>LONG BEACH CA 90807-0948 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>LITIGATION</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| | | **$11,980.00** |
| ARROWSTREAM INC<br>PO BOX 6640<br>CAROL STREAM IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| | | **$100.00** |
| ASHLEIGN ELIZABETH MEADE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| | | **$1,875.49** |
| ASHLEY PORTER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>EMPLOYEE COMPENSATION</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| | | **$100.00** |
| ASTRYN WILSON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $100.00 |

AVEREY TRESSLER
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $46,014.82 |

BARNES & THORNBURG LLP
11 S MERIDIAN STREET
INDIANAPOLIS IN 46204

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $1,238,000.01 |

BARSTOOL SPORTS INC
333 7TH AVENUE 2ND FLOOR
NEW YORK NY 10001

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | UNDETERMINED |

BENJAMIN SCHELL
C/O LAW OFFICE OF AMBER RUSSELL, PLLC
ATTN: AMBER RUSSELL, JEAN PHILLIPS
6101 W. COURTYARD DR., 1-150
AUSTIN TX 78730

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**  **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $7,697.59 |

BLAIR PENDER
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**  **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $80,478.28 |

BOARD AMERICAS INC
18 TREMONT ST 7TH FL
BOSTON MA 02108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,174.72 |

BOSE MCKINNEY & EVANS LLP
111 MONUMENT CIRCLE SUITE 2700
INDIANAPOLIS IN 46204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,757.50 |

BOYD RICHARD PARKER & COLONNELLI P L
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,173.43 |

BRACKINSCHWARTZ & ASSOCIATES
511 W 7TH STREET
AUSTIN TX 78701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |

BRANDY LIVINGSOTN
C/O GENDER EQUALITY LAW CENTER
ATTN: GABRIEL M. RENDON; VICO FORTIER;
ALLEGRA L. FISHEL
157 13TH ST.
BROOKLYN NY 11215

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

BROOKE BOLLING
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.37** **Nonpriority creditor's name and mailing address**

BRUCE SKALA
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE COMPENSATION

Is the claim subject to offset? ■ No ☐ Yes

**$22,350.00**

---

**3.38** **Nonpriority creditor's name and mailing address**

C STREET ADVISORY GROUP
880 THIRD AVENUE 11TH FLOOR
NEW YORK NY 10022

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$53,635.00**

---

**3.39** **Nonpriority creditor's name and mailing address**

CAESARS ENTERTAINMENT
PO BOX 96118
LAS VEGAS NV 89193

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$663,966.00**

---

**3.40** **Nonpriority creditor's name and mailing address**

CAIOLA & ROSE LLC
125 CLAIREMONT AVENUE
SUITE 240
DECATUR GA 30030

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**$1,276.00**

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

CARIELLE ENGLAND
ADDRESS ON FILE

Date(s) debt was incurred VARIOUS

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.42** Nonpriority creditor's name and mailing address

CARLOS CONDE
C/O LAW OFFICE OF ZACHARY VON ROENN, P.A.
1054 KINGS AVENUE
JACKSONVILLE FL 32207

Date(s) debt was incurred VARIOUS

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

UNDETERMINED

---

**3.43** Nonpriority creditor's name and mailing address

CARLTON FIELDS
PO BOX 3239
TAMPA FL 33601-3239

Date(s) debt was incurred VARIOUS

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset? ■ No ☐ Yes

$9,056.25

---

**3.44** Nonpriority creditor's name and mailing address

CARY HUDSON
ADDRESS ON FILE

Date(s) debt was incurred VARIOUS

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: EMPLOYEE COMPENSATION

Is the claim subject to offset? ■ No ☐ Yes

$19,060.12

---

**3.45** Nonpriority creditor's name and mailing address

CASSIDY KEENE
ADDRESS ON FILE

Date(s) debt was incurred VARIOUS

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.46** Nonpriority creditor's name and mailing address

CERPANGHA COMMERCIAL GROUP
600 E BROAD
TEXARKANA AR 71854

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,514.71**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

CHAIN STORE MAINTENANCE LLC
350 HIGHLAND DR ST 100
LEWISVILLE TX 75037

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,450.50**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

CHANDYN REDMOND
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

CHRISTINE RALPH
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,932.02**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

CITY OF DAYTON
PO BOX 643700
CINCINNATI OH 45264-3700

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$18,771.81**

COLE BASTIAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$990.00**

COLLECTOR OF REVENUE
EARNINGS TAX DIVISION
1200 MARKET STREET, RM 410
ST LOUIS MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1,144.00**

COLVIN SAENZ RODRIGUEZ & KENNAMER LLP
1201 EAST VAN BUREN STREET
BROWNSVILLE TX 78520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$375.00**

COMCAST
PO BOX 71211
CHARLOTTE NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$3,891.12**

COMMERCIAL PARTS & SERVICE
10671 TECHWOOD CIRCLE
CINCINNATI OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$71,621.00**

COMMERCIAL SOLUTIONS
5511 W 79TH STREET
INDIANAPOLIS IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,025.46**

COMMERCIAL SOLUTIONS INC
21 INDUSTRIAL DRIVE
SMITHFIELD RI 02917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,240.00**

COMPSYCH CORPORATION
455 N CITYFRONT PLAZA DRIVE NBC TOWER
13TH FLOOR
CHICAGO IL 60611-5322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,536.20**

CONCUR TECHNOLOGIES INC
601 108TH AVENUE NE SUITE 1000
BELLEVUE WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$700.39**

CONNECTYOURCARE
3003 TASMAN DRIVE
SANTA CLARA CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>CONSTANGY BROOKS SMITH PROPHETE LLP<br>230 PEACHTREE ST SUITE 2400<br>ATLANTA GA 30303 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $731.50 |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>CONTINUSERVE LLC<br>1 MIFFLIN PLACE<br>SUITE 400<br>CAMBRIDGE MA 02138 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $55,374.00 |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>COOLERS INCORPORATED<br>6922 ALDER DR<br>HOUSTON TX 77081 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,700.50 |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>CORNELIUS COLE<br>C/O MORGAN & MORGAN LLC<br>MOHAMMED FARRAJ<br>80 MONROE AVE.,. 9TH FLOOR<br>MEMPHIS TN 38102 | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | UNDETERMINED |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** LITIGATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>CROWL MECHANICAL INC<br>10324 E. 47TH PLACE<br>TULSA OK 74146 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,250.00 |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

| | | | Amount of claim |
|---|---|---|---|

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
|---|---|---|
| CYNTHIA NEWMAN<br>C/O FARAH & FARAH, P.A.<br>ATTN: SAVANNAH COOLEY<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred VARIOUS | Basis for the claim:LITIGATION | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

**3.67**

| Nonpriority creditor's name and address | As of the petition filing date, the claim is: Check all that apply | $3,039.62 |
|---|---|---|
| DAN CONE GROUP<br>2408 40TH AVENUE<br>MOLINE IL 61265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred VARIOUS | Basis for the claim:TRADE | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

**3.68**

| Nonpriority creditor's name and address | As of the petition filing date, the claim is: Check all that apply | $1,428.90 |
|---|---|---|
| DANNY DEJONG<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred VARIOUS | Basis for the claim:TRADE | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

**3.69**

| Nonpriority creditor's name and address | As of the petition filing date, the claim is: Check all that apply | $9,988.36 |
|---|---|---|
| DARRIN BEDOSKY<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred VARIOUS | Basis for the claim:EMPLOYEE COMPENSATION | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

**3.70**

| Nonpriority creditor's name and address | As of the petition filing date, the claim is: Check all that apply | $3,050.00 |
|---|---|---|
| DAVID SMITH<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred VARIOUS | Basis for the claim:TRADE | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

|  | | Amount of claim |
|---|---|---|

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $11,172.14 |
|---|---|---|

DAYLE PLEMMONS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
|---|---|---|

DEANNA NEIDIG
C/O ORIHUELA & ASSOCIATES, PLLC
JOSE LUIS ORIHUELA, PAGE BROWN
P.O. BOX 569
LEQGUE CITY TX 77574

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,642.13 |
|---|---|---|

DEBORAH LIVESAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
|---|---|---|

DEBORAH YOUNG
C/O MARK JUSTIN JOSEPHS
4206 RIVER OAKS DRIVE
UNIT 3
MYRTLE BEACH SC 29579

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,954.15 |
|---|---|---|

DELL MARKETING LP
PO BOX 534118
C O DELL USA LP
ATLANTA GA 30353-4118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| | | | **$3,000.00** |
| | DIANNA LYNNE AUSTIN-LACEY<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | **$179.11** |
| | DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348-5249 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | **$13,866.34** |
| | DRAFTTEX DRAWGHT SERVICES INC<br>1364 TRACTOR PASS<br>SCHERTZ TX 78154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | **$87,684.99** |
| | DRIVETRAIN AGENCY SERVICES LLC<br>410 PARK AVENUE SUITE 900<br>NEW YORK NY 10022-9444 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | **$32,333.57** |
| | DRUMMOND<br>2472 DENNIS STREET<br>JACKSONVILLE FL 32204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.81**

Nonpriority creditor's name and mailing address

DW RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ■ No ☐ Yes

**$260,053.72**

---

**3.82**

Nonpriority creditor's name and mailing address

E L WALTERS A/C & HEATING INC
124 20 N GREEN RIVER RD
EVANSVILLE IN 47725

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,919.65**

---

**3.83**

Nonpriority creditor's name and mailing address

EAGLE REPAIR AND SERVICES INC
PO BOX 276424
SAN ANTONIO TX 78227

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,500.09**

---

**3.84**

Nonpriority creditor's name and mailing address

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$494.79**

---

**3.85**

Nonpriority creditor's name and mailing address

EDUARDO "WALDO" MONTANO
C/O LAW OFFICE OF AMBER RUSSELL, PLLC
ATTN: AMBER RUSSELL, JEAN PHILLIPS
6101 W. COURTYARD DR., 1-150
AUSTIN TX 78730

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ■ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

EEOC COMMISSIONER
ATLANTA DISRICT OFFICE
100 ALABAMA ST. SW
SUITE 4R30
ATLANTA GA 30303

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**    ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

EEOC COMMISSIONER
MIAMI DISTRICT OFFICE
100 SE 2ND STREET
SUITE 1500
MIAMI FL 33131

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**    ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

EICHHOLTZ LAWN & PROPERTY
MAINTENANCE
7129 GLEN MEADOW DR
LAKELAND FL 33810

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**    ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$26,558.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

ELIZABETH PIARULLI
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**    ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

EMILLY MCLEAN
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**    ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 48 of 91

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

EMMA BAILEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,505.40**

EVERON LLC - FEIN-90-0008456
PO BOX 872987
KANSAS CITY MO 64187-2987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,250.00**

EXPRESS MARKETS INC
PO BOX 1450
NW 6454
MINNEAPOLIS MN 55485-6454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,232.19**

FACILITIES MANAGEMENT LLC
8505 ZIONSVILLE ROAD
INDIANAPOLIS IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$31,771.63**

FEDEX
PO BOX 660481
DALLAS TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $421,496.07 |
|---|---|---|---|

FIREHOUSE LTD
14860 LANDMARK BLVD
SUITE 247
DALLAS TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,468.75 |
|---|---|---|---|

FOSTERMADE LLC
6151 BURLINGTON AVE N
ST PETERSBURG FL 33710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $6,143.31 |
|---|---|---|---|

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94527-0531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $4,861.60 |
|---|---|---|---|

FRANCONNECT, INC
11800 SUNRISE VALLEY DR
SUITE 900
RESTON VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $22,019.24 |
|---|---|---|---|

FREDRICK SIGMUND
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Hooters of America, LLC** _____  Case number (if known)  **25-80078**

Name

|  |  | Amount of claim |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$338,739.50** |
| | FTI CONSULTING INC<br>PO BOX 418178<br>BOSTON MA 02241-8178 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$77.00** |
| | G&K SERVICES<br>PO BOX 877057<br>DALLAS TX 75267-7057 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$392.09** |
| | GAGAIN SCAZ GROUP PLLC<br>410 S WARE BLVD SUITE 830<br>TAMPA FL 33619 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$25,656.50** |
| | GALLIVAN WHITE & BOYD PA<br>PO BOX 10589<br>GREENVILLE SC 29603 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$81,823.57** |
| | GEORGIA AIR AND REFRIGERATION INC<br>135 STANLEY CT<br>LAWRENCEVILLE GA 30047 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,930.00**

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
PO BOX 740239
ATLANTA GA 30374-0239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,727.50**

GORDON REES SCULLY MANSUKHANI
100 PRINGLE AVENUE SUITE 300
WALNUT CREEK CA 94596-3580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

GRACE MARIE BURROSS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

GRACIE WESTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$149,583.96**

GRANITE TELECOM
PO BOX 983119
BOSTON MA 02298-3119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$12,099.73

GREGORY BROOKSHIRE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$14,027.79

GREGORY SMITH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$450.00

GWYNETH JOHNSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$18,199.99

HARTLINE BARGER LLP
8750 N CENTRAL EXPRESSWAY
SUITE 1600
DALLAS TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$900,000.00

HENDRICK MOTORSPORTS
4400 PAPA JOE HENDRICK BLVD
CHARLOTTE NC 28262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,457.56**

HI LIMITED PARTNERSHIP
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$24,271.88**

HINSON SERVICES
1412 HENRY SMITH RD
MONROE NC 28110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

HMS HOLDINGS, LLC F/K/A/ HMS HOLDINGS
LIMITED PARTNERSHIP
JAMES, MCELROY & DIEHL, P.A.
ADAM L. ROSS; JENNIFER M. HOUTI
525 N. TRYON STREET, SUITE 700
CHARLOTTE NC 28202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$492,374.34**

HOA RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

HOLLY DIAZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
| --- | --- | --- | --- |
| | Name | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

HOLLY MICHELLE WILLIAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,619.00**

HOLT PLUMBING CO LLC
2608 MURFREESBORO RD STE 100
NASHVILLE TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

HOUSER HOLDINGS, LLC
HUGHES WATTERS ASKANASE, L.L.P.
DAVID LODHOLZ
1201 LOUISIANA, 28TH FL
HOUSTON TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

HUGO PEREZ RODRIQUEZ
C/O THE LAW OFFICE OF JOHN D. GARCIA,
PLLC
ATTN: JOHN D. GARCIA
710 N. MESQUITE ST.
CORPUS CHRISTI TX 78401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$204,372.75**

ICON INTERNATIONAL INC
107 ELM STREET
FOUR STAMFORD PLAZA
STAMFORD CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

|  |  | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

ICON INTERNATIONAL, INC.
COHN BIRNBAUM & SHEA, PC NICHOLAS P.
VEGLIANTE CITYPLACE II, 15TH FLOOR
185 ASYLUM STREET
HARTFORD CT 06103-3408

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,800.00** |
|---|---|---|---|

INDIANA DEPARTMENT OF REVENUE
PO BOX 6032
INDIANAPOLIS IN 46206-6032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,182.60** |
|---|---|---|---|

INFOMART
1582 TERRELL MILL RD
MARIETTA GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$87,731.20** |
|---|---|---|---|

IVISION SCALE LLC
800 BATTERY AVENUE SE SUITE 100
ATLANTA GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,647.29** |
|---|---|---|---|

IW TECHNOLOGIES
2790 PINNACLE DRIVE
ELGIN IL 60124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.131**  Nonpriority creditor's name and mailing address

JACKSON CROSS PARTNERS, LLC
151 SOUTH WARNER ROAD SUITE 110
WAYNE PA 19087

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.132**  Nonpriority creditor's name and mailing address

JACKSON LEWIS PC
PO BOX 416019
BOSTON MA 02241-6019

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$42,286.84**

---

**3.133**  Nonpriority creditor's name and mailing address

JAHZAHRIA IVERSON
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.134**  Nonpriority creditor's name and mailing address

JAMEE LEE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.135**  Nonpriority creditor's name and mailing address

JAMES HOWSE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>EMPLOYEE COMPENSATION</u>

Is the claim subject to offset? ■ No ☐ Yes

**$5,771.37**

| Debtor | **Hooters of America, LLC** | | Case number (if known) | 25-80078 |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $21,766.38 |
| | JAMES MARR<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $28,800.00 |
| | JAMS INC<br>PO BOX 845402<br>LOS ANGELES CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $700.00 |
| | JAX LANDSCAPING & LIGHTING LLC<br>12508 TWILIGHT LANE<br>JACKSONVILLE FL 32225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |
| | JAZZLYN GLOVER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $32,100.00 |
| | JEFFREY CAPLAN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,077.97** |
|---|---|---|---|

JEFFREY SPRAKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,850.00** |
|---|---|---|---|

JGI PLUMBING SERVICES
4954 DONALD DRIVE
LOGANVILLE GA 30052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,750.00** |
|---|---|---|---|

JIMMY DAY PLUMBING INC
964 PLANTATION WAY
MIONTGOMERY AL 36117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$22,220.27** |
|---|---|---|---|

JOHN BAGWELL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

JOHN COGBURN
C/O VICE HENLEY DILBECK, PLLC
ATTN: KEVIN W. VICE; J. SCOTT DILBECK,
JULIAN R. ESCAMILLA
5368 STATE HIGHWAY 276
ROYSE CITY TX 75189

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $56,250.00 |
|---|---|---|---|

JOHN DALY ENTERPRISES LLC
351 PALM ISLAND
CLEARWATER FL 33767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,278.65 |
|---|---|---|---|

JOHN WILLIAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |
|---|---|---|---|

JOLI HUNSLEY
C/O MULLEN AND ASSOCIATES, PC
ATTN: LLOYD P. MULLENS
113 W. JOLIET STREET
CROWN POINT IN 46307

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,942.84 |
|---|---|---|---|

JUAN GARCIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |
|---|---|---|---|

JUDEA BODDIE CHAPMAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|

Name

|  |  | Amount of claim |
|---|---|---|

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,436.25**

K2 DISCOVERY
9903 SANTA MONICA BLVD SUITE 637
BEVERLY HILLS CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

KAITLYN MORGAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$760.00**

KANSAS DEPT OF REVENUE
PO BOX 750680
TOPEKA KS 66625-0680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

KARLI BLAIR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,010.00**

KCMO CITY TREASURER
REVENUE DIVISION
PO BOX 843322
KANSAS CITY MO 64184-3322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $30,000.35 |
|---|---|---|---|

KD GLOBAL SOLUTIONS LLC
18247 LANDS END DR
WESTFIELD IN 46074

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $100.00 |
|---|---|---|---|

KENDALL RYAN CALVIN
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $5,240.00 |
|---|---|---|---|

KENTUCKY DEPT OF REVENUE
PO BOX 1190
FRANKFORT KY 40620-1190

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $35,631.25 |
|---|---|---|---|

KIM PAYNE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|

KIMBERLY D ASHLEY
C/O GRIFFIN, REYNOLDS & ASSOCIATES
ATTN: JASON B. REYNOLDS, BILLY D. GRIFFIN
210 S.E. 89TH STREET
OKLAHOMA CITY OK 73149

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | **Amount of claim** |
|---|---|---|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $39,818.16 |
|---|---|---|---|---|

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $41,556.07 |
|---|---|---|---|---|

KROLL RESTRUCTURING ADMINISTRATION LLC
285 FULTON ST 31ST FLOOR
NEW YORK NY 10007

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $100.00 |
|---|---|---|---|---|

KYNDALL MASTERSON
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **UNDETERMINED** |
|---|---|---|---|---|

LANID J HOMMEL AS TRUSTEE FOR THE
HOMMEL FAMILY TRUST
HENDERSON LAW FIRM
THOMAS J. HENDERSON
2001 S. HANLEY RD.
SUITE 100
ST. LOUIS MO 63144

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $5,702.46 |
|---|---|---|---|---|

LATHROP & GAGE
2345 GRAND BOULEVARD
KANSAS CITY MO 64108-2612

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor  **Hooters of America, LLC**_____  Case number (if known)  **25-80078**_____
Name

| | | Amount of claim |
|---|---|---|

3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$100.00** |

LAURYN GARDNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim:TRADE

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$49,850.00** |

LAWRENCE LINEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim:EMPLOYEE COMPENSATION

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,339.00** |

LEAHY EISENBERG & FRAENKEL LTD
33 WEST MONROE STREET SUITE 1100
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim:TRADE

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$21,067.00** |

LEE COMPANY
4057 RURAL PLAINS CIRCLE
FRANKLIN TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim:TRADE

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$16,596.16** |

LEE DILLEHAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred VARIOUS

Basis for the claim:EMPLOYEE COMPENSATION

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $58.71 |

LEGALBILL.COM LLC DBA QUOVANT
13301 GALLERIA CIRCLE
BLDG B SUITE 200
BEE CAVE TX 78738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $300,539.00 |

M3 ADVISORY PARTNERS LP
1700 BROADWAY 19TH FLOOR
NEW YORK NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |

MADISAN RUTHERFORD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |

MADISON PHILLIPS
C/O WEBB CASON & MANNING, P.C.
ATTN: CHARLES C. WEBB; PARKER S. WEBB,
BENNY M. CASON, PATRICK L. BEAM;
MATTHEW MANNING
710 MESQUITE STREET
CORPUS CHRISTI TX 78401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,376.70 |

MAJESTIC PLUMBING AND ELECTRIC LLC
1634 ATLANTA ROAD SE
MARIETTA GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor **Hooters of America, LLC** _____ Case number (if known) **25-80078**
Name

| | | Amount of claim |
|---|---|---|

**3.176** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MANNING,CHARLES
SARKISIAN LAW OFFICES
A. JAMES SARKISIAN
3893 E. U.S. HIGHWAY
MERRILLVILLE IN 46410

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim:LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MARISOL CHAVEZ
C/O FASIG BROOKS, PLLC
ATTN: CHRISTOPHER NICHOLAS
3522 THOMASVILLE RD
STE 200
TALLAHASSEE FL 32309

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim:LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$1,740.50**

MARSHALL DENNEHEY P.C
2000 MARKET STREET SUITE 2300
PHILADELPHIA PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim:TRADE

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MARTIN STOLMEIER
C/O STOLMEIER LAW
ATTN: PATRICK J. STOLMEIER
219 E. CRAIG PLACE
SAN ANTIONIO TX 78212

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim:LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MELINDA QUINTERO
C/O WILLIAMS LAW GROUP, PLLC
ATTN: JOHN WASHINGTON; FREDERICK
WILLIAMS
1717 N. AKARD STREET, #180
DALLAS TX 75201

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim:LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,206.91** |

MELISSA FRY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,809.06** |

MELISSA SALBERT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

MICHAEL ARROWSMITH
C/O THORPELAW, P.A.
ATTN: SHAINA THORPE
100 S. ASHLEY DRIVE
STE 600
TAMPA FL 33602

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,161.49** |

MICHAEL HASHIMOTO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

MICHOE JOHNSON
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $69,096.48 |
|---|---|---|---|

MICROSOFT CORPORATION
PO BOX 842103
DALLAS TX 75282-2103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,310.00 |
|---|---|---|---|

MIDSOUTH ELECTRIC CONTRACTORS INC
3869 NEW GETWELL ROAD
MEMPHIS TN 38118-6016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |
|---|---|---|---|

MIKAYLA TORTORELLI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |
|---|---|---|---|

MIMEO COM INC
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,600.00 |
|---|---|---|---|

MINT CONDITION OF GEORGIA
5755 NORTH POINT PARKWAY
SUITE 235
ALPHARETTA GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
| --- | --- | --- | --- |
| | Name | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$21,057.00**

MIRROR LAWN TURF DOCTOR INC
PO BOX 1000 DEPT 213
MEMPHIS TN 38148-0213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,600.00**

MIRUS INFORMATION TECHNOLOGY
SERVICES INC
820 GESSNER ROAD SUITE 1600
HOUSTON TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,750.00**

MISSOURI DEPARTMENT OF REVENUE
PO BOX 3400
JEFFERSON CITY MO 65105-3400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

MIYAH GOODWIN
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$95,004.00**

MONOTYPE IMAGING INC
600 UNICORN PARK DRIVE, 3RD FLOOR
WOBURN MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MORRIS,BRANDON A
BENJAMEN W. MURPHY
426 N. BROAD STREET
GRIFFITH IN 46319

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MOSES JACKSON
C/O LAW OFFICES OF RICHARD J PRESUTTI
ATTN: RICHARD J. PRESUTTI; MEREDITH SMITH;
ANTHONY T. PRESUTTI
525 NORTH SAM HOUSTON PKWY E STE 600
HOUSTON TX 77060

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MOSES WACHIRA
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,199.08** |
|---|---|---|---|

MY GROUT GUYS INC
135 E ST CHARLES RD L1
CAROL STREAM IL 60188

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,602.55** |
|---|---|---|---|

MY TECH TEXAS LLC
2201 LONG PRAIRIE ROAD #107-153
FLOWER MOUND TX 75022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

|  | | **Amount of claim** |
|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50,000.00** |
|---|---|---|---|

NASCAR DIGITAL MEDIA LLC
1 DAYTONA BLVD
DAYTONA BEACH FL 32114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,370.00** |
|---|---|---|---|

NEW JERSEY DIVISION OF TAXATION
PO BOX 642
TRENTON NJ 08646-0642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00** |
|---|---|---|---|

NEW MEXICO TAXATION CRS-02-442715-00-2
PO BOX 25127
SANTA FE NM 87504-5128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00** |
|---|---|---|---|

NEW YORK STATE INCOME TAX
W. A. HARRIMAN CAMPUS
ALBANY NY 12227-0866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,230.00** |
|---|---|---|---|

NICOLE KUNST
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | _Case number (if known)_ | **25-80078** | |

| | | **Amount of claim** |
|---|---|---|

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$36,465.00** |
|---|---|---|---|

NSF INTERNATIONAL FOOD SAFETY LLC
PO BOX 77000
DEPT LOCKBOX # 771380
DETROIT MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$23,544.87** |
|---|---|---|---|

NUCO2 INC
PO BOX 9011
STUART FL 34995

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$336.00** |
|---|---|---|---|

OASIS WOODSTOCK LLC
4958 WINTERS CHAPEL ROAD
DORAVILLE GA 30360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$31,941.65** |
|---|---|---|---|

OGLETREE DEAKINS NASH SMOAK &
STEWART PC
191 PEACHTREE ST NE - STE 4800
ATLANTA GA 30303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,270.00** |
|---|---|---|---|

OHIO TREASURER OF STATE
OHIO DEPT OF TAXATION
PO BOX 2476
COLUMBUS OH 43216-2476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$7,750.00**

OKLAHOMA TAX COMMSSION
INCOME TAX
PO BOX 26890
OKLAHOMA CITY OK 73126-0890

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$11,888.52**

OLSEN AIR
519 EAST I 30
SUIT 728
ROCKWALL TX 75087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$700.00**

ON THE MOVE MEDIA LLC
1224 CABOTS DRIVE
AUBURN GA 30011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$567.16**

ONE CALL REPAIR CORP OF FLORIDA
8321 FORT THOMAS WAY
ORLANDO FL 32822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$100.00**

PARIS TOOTLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | | Case number (if known) | 25-80078 |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,421.82

PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

PATRICIA NANCE
C/O KING, BRENNAN & ALBIN, LLC
ATTN: MATHIAS E. CROOK; SEAN C. BRENNAN
833 N. WACO AVE.
WICHITA KS 67203

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,719.81

PAVECON LTD
3022 ROY ORR BLVD
GRAND PRAIRE TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,573.87

PAVION CORP
4151 LAFAYETTE CENTER DRIVE SUITE 700
CHANTILLY VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

PHIL PITCHFORD
C/O HKM EMPLOYMENT ATTORNEYS LLP
ATTN: ARTUR G. DAVIS
2024 3RD AVE NORTH
STE 212
BIRMINGHAM AL 35203

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

| | | **Amount of claim** |
|---|---|---|

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,001.00**
---|---|---|---

PLURALSIGHT LLC
42 FUTURE WAY
DRAPER UT 84020

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18,168.31**

PRIORITY U INC
14111 W 95TH STREET
LENEXA KS 66215

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$763.82**

PROVIDENT MERCHANDISE SOURCING
107 HAMPTON ROAD SUITE 120
CLEARWATER FL 33762

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,566.16**

QUALITY KITCHEN SERVICE INC
418 WOODBRIDGE DR
LOWELL IN 46356

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,125.87**

QUARLES & BRADY LLP
101 EAST KENNEDY BOULEVARD
SUITE 3400
TAMPA FL 33602

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.226** **Nonpriority creditor's name and mailing address**

RADANCY
PO BOX 2310
HICKSVILLE NY 11802

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$328,858.00

---

**3.227** **Nonpriority creditor's name and mailing address**

RE MOORE CONSTRUCTION INC
1817 BLUE GRANITE COURT
MARIETTA GA 30066

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$38,710.19

---

**3.228** **Nonpriority creditor's name and mailing address**

REBECCA MOORE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE COMPENSATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$5,767.45

---

**3.229** **Nonpriority creditor's name and mailing address**

REGIONS FACILITY SERVICES INC
2314 CIRCUIT WAY
BROOKSVILLE FL 34604

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$721,831.10

---

**3.230** **Nonpriority creditor's name and mailing address**

RELX INC DBA LEXISNEXIS
PO BOX 733106
DALLAS TX 75373-3106

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$1,364.00

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,710.02** |

REMCO INC
195 HEMPT ROAD
MECHANICSBURG PA 17050

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,109.21** |

RESTAURANT EQUIPMENT MAINTENANCE CO
LLC
995 YEAGER PARKWAY
PELHAM AL 35124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$460,279.85** |

RESTAURANT MAGIC
8383 SENECA TURNPIKE
NEW HARTFORD NY 13413

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$144,668.00** |

REVENUE MANAGEMENT SOLUTIONS LLC
777 S. HARBOUR ISLAND BLVD
SUITE 890
TAMPA FL 33602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,597.00** |

REYCO ELECTRICAL SERVICES INC
7 JAY GOULD CT STE 6
WALDORF MD 20602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|

Name

| | | | **Amount of claim** |
|---|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |

**$42,075.69**

RICHARDS LAYTON & FINGER
920 NORTH KING STREET
ONE RODNEY SQUARE
WILMINGTON DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |

**$52,860.00**

ROBERT HALF TECHNOLOGY
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |

**UNDETERMINED**

RODNEY P DOWELL
C/O CUSTY LAW FIRM, LLC
ATTN: BRIAN N. CUSTY, ANDREW G. BROWN, MEGAN A. BEARDSLEY
4004 CAMPBELL ST. STE 4
VALPARAISO IN 46385

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |

**$9,567.53**

ROLL-A-SHADE
12101 MADERA WAY
RIVERSIDE CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |

**$480.00**

RONALD A ROBERTS ASSOCIATES INC
2948 N STEMMONS FREEWAY
DALLAS TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,600.00** |
| | | ☐ Contingent | |
| | RONNIES MAINTENANCE LLC | ☐ Unliquidated | |
| | 8925 PEBBLE BEACH PLACE | ☐ Disputed | |
| | CLERMONT FL 34711 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$34,308.37** |
| | | ☐ Contingent | |
| | ROOFINGSOURCE | ☐ Unliquidated | |
| | 6255 W HOWARD ST | ☐ Disputed | |
| | NILES IL 60714 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,029.98** |
| | | ☐ Contingent | |
| | RUCKER MECHANICAL | ☐ Unliquidated | |
| | 5209 N COUNCIL RD | ☐ Disputed | |
| | OKLAHOMA CITY OK 73132 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$228,600.00** |
| | | ☐ Contingent | |
| | SALVATORE MELILLI | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE COMPENSATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,137.95** |
| | | ☐ Contingent | |
| | SAM SERVICE INC | ☐ Unliquidated | |
| | 1021 WORTH ST | ☐ Disputed | |
| | ALBANY GA 31705 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | Amount of claim |
|---|---|---|---|

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

SAMANTHA SCARLETT KNIGHT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

SARA VRATANINA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

SAVANNAH L WICKS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$146.00**

SEDGEFIELD INTERIOR LANDSCAPES INC
3062 KINGSTON COURT
MARIETTA GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$122,418.75**

SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $78,304.71 |
|---|---|---|---|

SHEER ENTERPRISES INC
6250 N MILITARY TRAIL STE 204
WEST PALM BEACH FL 33407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,888.47 |
|---|---|---|---|

SHOFFNER MECHANICAL SERVICES
PO BOX 10048
KNOXVILLE TN 37939-0048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $673,855.00 |
|---|---|---|---|

SIDLEY AUSTIN LLP
ONE S DEARBORN ST
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $47,090.42 |
|---|---|---|---|

SIGNMANAGER INC
129 W JACKSON AVE
UNIT 104
KNOXVILLE TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $11,528.84 |
|---|---|---|---|

SOCI INC
8605 SANTA MONICA BLVD PMB 47149
WEST HOLLYWOOD CA 90069-4109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.256** **Nonpriority creditor's name and mailing address**

SOEFKER REFRIGERATION INC
1568 PANAMA STREET
MEMPHIS TN 38108

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$3,325.11**

---

**3.257** **Nonpriority creditor's name and mailing address**

SOPHIA ZULLO
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$100.00**

---

**3.258** **Nonpriority creditor's name and mailing address**

SOPHIE STOCKLEIN
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$100.00**

---

**3.259** **Nonpriority creditor's name and mailing address**

SOUNDWAVES AUDIO VIDEO INTERIORS INC
2107 EAST EDGEWOOD DRIVE
LAKELAND FL 33803

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$633.33**

---

**3.260** **Nonpriority creditor's name and mailing address**

SOUTH CAROLINA DEPT OF REVENUE
IIT VOUCHER
PO BOX 100123
COLUMBIA SC 29202

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$700.00**

---

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|

Name

| | | | Amount of claim |
|---|---|---|---|

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$1,188.00** |
| | SOUTHEASTERN SECURITY PROFESSIONALS LLC | ☐ Unliquidated | |
| | 1025 PROGRESS CIRCLE | ☐ Disputed | |
| | LAWRENCEVILLE GA 30043 | | |
| | **Date(s) debt was incurred** VARIOUS | Basis for the claim: TRADE | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$9,634.25** |
| | STAR REMODELING OF TEXAS | ☐ Unliquidated | |
| | 55 LOST OAK CT | ☐ Disputed | |
| | MISSOURI CITY TX 77459 | | |
| | **Date(s) debt was incurred** VARIOUS | Basis for the claim: TRADE | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$268,970.68** |
| | STRATEGIC EQUIPMENT & SUPPLY | ☐ Unliquidated | |
| | PO BOX 535427 | ☐ Disputed | |
| | ATLANTA GA 30353-5427 | | |
| | **Date(s) debt was incurred** VARIOUS | Basis for the claim: TRADE | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$1,828.34** |
| | SUMMIT COMPANIES | ☐ Unliquidated | |
| | 2500 LEXINGTON AVE S | ☐ Disputed | |
| | MENDOTA HEIGHTS MN 55120 | | |
| | **Date(s) debt was incurred** VARIOUS | Basis for the claim: TRADE | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$397.50** |
| | SUN PRINT MANAGEMENT | ☐ Unliquidated | |
| | 5441 PROVOST DR | ☐ Disputed | |
| | HOLIDAY FL 34690 | | |
| | **Date(s) debt was incurred** VARIOUS | Basis for the claim: TRADE | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $13,805.00 |
|---|---|---|---|

TATTLE
10900 RESEARCH BLVD STE 160C
#1130
AUSTIN TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $566.21 |
|---|---|---|---|

TAX COMPLIANCE INC
10089 WILLOW CREEK ROAD
SUITE 300
SAN DIEGO CA 92131-1699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $38,499.54 |
|---|---|---|---|

TAYLOR ENGLISH DUMA LLP
1600 PARKWOOD CIRCLE - STE 400
ATLANTA GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $4,562.74 |
|---|---|---|---|

TDINDUSTRIES INC
13850 DIPLOMAT DRIVE
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $195,622.10 |
|---|---|---|---|

THE ULTIMATE SOFTWARE GROUP INC
PO BOX 930953
ATLANTA GA 31193-0953

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 25-80078 |

| | | | Amount of claim |
|---|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
| | THOMAS BROOKSHIRE<br>C/O OEB LAW, PLLC<br>ATTN: MICHAEL BERNARD<br>706 WALNUT STREET<br>STE 700<br>KNOXVILLE TN 37902 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,450.30 |
| | THOMAS CONROY<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>EMPLOYEE COMPENSATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
| | THOMAS J. HOLLAND, III<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $100.00 |
| | TIA HAIRSTON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $90,755.50 |
| | TIMOTHY BAUM<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>EMPLOYEE COMPENSATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $17,698.95 |

☐ Contingent
☐ Unliquidated
☐ Disputed

TITAN VANGUARD EXCHANGE LLC
PO BOX 3127
DECATUR GA 30031

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $261.94 |

☐ Contingent
☐ Unliquidated
☐ Disputed

TMOBILE
PO BOX 742596
CINCINNATI OH 45274

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,584.50 |

☐ Contingent
☐ Unliquidated
☐ Disputed

TOTAL MECHANICAL SERVICES
200 COLLINSVILLE ROAD
TROY IL 62294

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $456.57 |

☐ Contingent
☐ Unliquidated
☐ Disputed

TRANE U.S. INC.
PO BOX 406469
ATLANTA GA 30384-6469

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,406.07 |

☐ Contingent
☐ Unliquidated
☐ Disputed

TRU COOL
3136 S PATTERSON RD
FREELAND MI 48658

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **25-80078** |

| | | **Amount of claim** |
|---|---|---|

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$732,461.26** |
|---|---|---|---|

TW RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,266.85** |
|---|---|---|---|

VALLEY REFRIGERATION SERVICE INC
627 N. WAYNE AVENUE
CINCINNATI OH 45215

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$51.70** |
|---|---|---|---|

VALLI INFORMATION SYSTEMS INC
915 MAIN STREET SUITE 1000
CALDWELL ID 83605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

VAN EERDEN FOODSERVICE COMPANY
650 IONIA AVE SW
GRAND RAPIDS MI 49503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,520.00** |
|---|---|---|---|

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1478
RICHAMOND VA 23218-1478

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $2,566.50 |
|---|---|---|---|---|

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC
3344 PEACHTREE ROAD NE SUITE 2400
ATLANTA GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $6,391.98 |
|---|---|---|---|---|

WEST TEXAS REFRIGERATION
10700 STATE HWY 191
MIDLAND TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $1,167,872.00 |
|---|---|---|---|---|

WHITE & CASE LLP
1221 AVENUE OF AMERICAS
NEW YORK NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | $3,108.00 |
|---|---|---|---|---|

WIEDNER & MCAULIFFE LTD
PO BOX 771345
CHICAGO IL 60677-1345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | UNDETERMINED |
|---|---|---|---|---|

WINTHAN PROPERTIES, INC.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
VALERIEN HENNING MOCK
17197 N. PARK DR, STE 201
LIVONIA MI 48152

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

Debtor    **Hooters of America, LLC**  _____  Case number (if known)   <u>25-80078</u>
Name

| | Amount of claim |
|---|---|

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ■ Contingent | **UNDETERMINED** |
| | WPB CONCOURSE PLAZA, L.C. | ■ Unliquidated | |
| | LOREN & KEAN LAW | ■ Disputed | |
| | MICHAEL I. KEAN | | |
| | 7111 FAIRWAY DRIVE-SUITE 302 | | |
| | PALM BEACH GARDENS FL 33418 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ■ Contingent | **UNDETERMINED** |
| | YANG, STEPHEN | ■ Unliquidated | |
| | SANDERS LAW GROUP | ■ Disputed | |
| | EUGENIA FERRERO | | |
| | 333 EARLE OVINGTON BLVD., STE 402 | | |
| | UNIONDALE NY 11553 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CONSERVE DEBT COLLECTION AGENCY<br>200 CROSSKEYS OFFICE PARK<br>FAIRPORT NY 14550 | **Line** <u>2.28</u><br><br>☐ Not listed. Explain ___ | |

Debtor   **Hooters of America, LLC** _____  Case number (if known)   **25-80078** _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,713,116.13 |
|  |  | **plus undetermined amounts** |
| **5b. Total claims from Part 2** | 5b. + $ | 12,832,585.18 |
|  |  | **plus undetermined amounts** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 14,545,701.31 |
|  |  | **plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name **Hooters of America, LLC**

United States Bankruptcy Court for the: **Northern District of Texas (Dallas)**

Case number (if known) **25-80078**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | 7NOW MERCHANT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 7-ELEVEN, INC. ATTN: GENERAL COUNSEL 3200 HACKBERRY RD IRVING TX 75063 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | 7NOW MERCHANT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 7-ELEVEN, INC. ATTN: GENERAL COUNSEL 3200 HACKBERRY RD IRVING TX 75063 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 622 - LAWRENCEVILLE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 860 DULUTH HIGHWAY GA, LLC ATTN: ABE FRANCO 1600 NW 165TH STREET MIAMI GARDENS FL 33169 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ACCORDION ENGAGEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACCORDION PARTNERS LLC ATTN: GENERAL COUNSEL ONE VANDERBILT AVE, 24TH FLOOR NEW YORK NY 10017 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | ACCORDION ENGAGEMENT LETTER (CORPORATE RESTRUCTURE) | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACCORDION PARTNERS LLC ATTN: GENERAL COUNSEL ONE VANDERBILT AVE, 24TH FLOOR NEW YORK NY 10017 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | PUNCHH ADDENDUM TO MSA | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACCSYS LLC ATTN: GENERAL COUNSEL PAR TECHNOLOGY PARK 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | PAR ADDENDUM TO INITIAL SALES ORDER #2 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACCSYS LLC ATTN: GENERAL COUNSEL ATTN: GENERAL COUNSEL PAR TECHNOLOGY PARK 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PAR ACCEPTANCE OF WORK FOR SOW 2023-HOA-002 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACCSYS LLC ATTN: GENERAL COUNSEL PAR TECHNOLOGY PARK 8383 SENECA TPKE NEW HARTFORD NY 13413 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1. (ADDS PUNCHH TO EXISTING PARTECH AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCSYS LLC<br>ATTN: GENERAL COUNSEL<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | 364 DAYS | |
| | **List the contract number of any government contract** | | ACCSYS LLC<br>ATTN: GENERAL COUNSEL<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 1 TO MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCSYS LLC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCSYS LLC<br>ATTN: GENERAL COUNSEL<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCSYS LLC<br>ATTN: GENERAL COUNSEL<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | ADENTRO MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADENTRO INC<br>ATTN: OPERATIONS<br>ONE LETTERMAN DR<br>BLDG C<br>STE 3500<br>SAN FRANCISCO CA 94129 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | ADENTRO SERVICES ORDER FORM | |
| | **State the term remaining** | 19 DAYS | |
| | **List the contract number of any government contract** | | ADENTRO INC<br>ATTN: OPERATIONS<br>ONE LETTERMAN DR<br>BLDG C<br>STE 3500<br>SAN FRANCISCO CA 94129 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | ADENTRO MUTUAL NDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADENTRO, INC. F/K/A ZENREACH, INC.<br>ATTN: OPERATIONS<br>ONE LETTERMAN DR<br>BLDG C<br>STE 3500<br>SAN FRANCISCO CA 94129 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROPOSAL AND SALES AGREEMENT | |
| | **State the term remaining** | 1,351 DAYS | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADVISED ASSETS GROUP LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD ST<br>GREENWOOD VILLAGE CO 80111 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | HOOTERS - HCL BIGFIX RENEWAL 2024 | |
| | **State the term remaining** | UNDETERMINED | AHEAD INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>401 MICHIGAN AVE<br>STE 3400<br>CHICAGO IL 60611 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL ACCOUNT APPLICATION | |
| | **State the term remaining** | UNDETERMINED | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>200 VESEY ST<br>NEW YORK NY 10285 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO ARROWSTREAM - HOOTERS OF AMERICA, LLC SYSTEM SCHEDULE - ARROWSTREAM CENTRAL | |
| | **State the term remaining** | 306 DAYS | ARROWSTREAM SOFTWARE LLC |
| | **List the contract number of any government contract** | | ATTN: LEGAL<br>100 LEXINGTON DR<br>STE 201<br>BUFFALO GROVE IL 60089 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO ARROWSTREAM - HOOTERS OF AMERICA, LLC SYSTEM SCHEDULE - ARROWSTREAM CENTRAL | |
| | **State the term remaining** | 306 DAYS | ARROWSTREAM SOFTWARE LLC |
| | **List the contract number of any government contract** | | ATTN: CEO<br>100 LEXINGTON DR<br>STE 201<br>BUFFALO GROVE IL 60089 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARTHUR J GALLAGHER BROKERAGE & RISK MANAGEMENT SERVICES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4350 WEST CYPRESS ST<br>STE 300<br>TAMPA FL 33607 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARTHUR J GALLAGHER BROKERAGE & RISK MANAGEMENT SERVICES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4350 WEST CYPRESS ST<br>STE 300<br>TAMPA FL 33607 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL OF INSURANCE (PROPERTY, EXCESS PROPERTY, EQUIPMENT BREAKDOWN, TERRORISM) | |
| | **State the term remaining** | UNDETERMINED | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4350 W CYPRESS ST<br>STE 300<br>TAMPA FL 33607 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4350 WEST CYPRESS ST<br>STE 300<br>TAMPA FL 33607 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T MASTER AGREEMENT MA REFERENCE NO. 342068 | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>ONE AT&T WAY<br>BEDMINSTER NJ 07921 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING SCHEDULE TO MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>3210 LAKE EMMA RD<br>LAKE MARY FL 32746 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING SCHEDULE TO MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AT&T CORP<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER NJ 07921 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | AVERUS SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AVERUS FIRE SERVICES<br>ATTN: GENERAL COUNSEL<br>3851 CLEARVIEW CT<br>GURNEE IL 60031 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 333 - COLUMBUS GA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | B & C ENTERPRISES, INC<br>ATTN: J.W. BRANCH<br>5696 LONG ISLAND DR.<br>ATLANTA GA 30327 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT (UNSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BACARAI INC<br>ATTN: GENERAL COUNSEL<br>100 E PINE ST<br>STE 11<br>ORLANDO FL 32801 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLFLY MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BACARAI, INC. DBA ALLFLY<br>ATTN: GENERAL COUNSEL<br>100 E PINE ST<br>STE 11<br>ORLANDO FL 32801 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | **State the term remaining** | UNDETERMINED | BARNES & THORNBURG LLP ATTN: GENERAL COUNSEL 3340 PEACHTREE RD STE 2900 ATLANTA GA 30326 |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA INC ATTN: GENERAL COUNSEL 3350 PEACHTREE RD NE PO BOX 4445 ATLANTA GA 30302 |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024 AMENDMENT TO THE ADMINISTRATIVE SERVICES AGREEMENT WITH HOOTERS OF AMERICA | |
| | **State the term remaining** | UNDETERMINED | BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA INC ATTN: GENERAL COUNSEL 3350 PEACHTREE RD NE PO BOX 4445 ATLANTA GA 30302 |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BRAND MARK FRANCHISING LLC HORNER DOWNEY & CO ATTN: GENERAL COUNSEL 10 STADIUM CT STATION RD BROMBOROUGH, WIRRAL  CH62 3RP UNITED KINGDOM |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | BYNDER LLC ATTN: GENERAL COUNSEL 321 SUMMER ST BOSTON MA 02210 |
| | **List the contract number of any government contract** | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES BETWEEN HOOTERS OF AMERICA, LLC AND CBRE, INC. | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CBRE INC<br>ATTN: NEILL KELLY, SR VICE PRESIDENT<br>58 SOUTH SERVICE RD<br>STE 410<br>MELVILLE NY 11747 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES BETWEEN HOOTERS OF AMERICA, LLC AND CBRE, INC. | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CBRE INC<br>ATTN: LAURA BARR<br>415 MISSION ST, 46TH FLOOR<br>SAN FRANCISCO CA 94105 |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | YEAR 1 TRUE UP | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CDW LOGISTICS LLC<br>ATTN: GENERAL COUNSEL<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | MICROSOFT VOLUME LICENSING - CUSTOMER PRICE SHEET - FINAL PRICING | |
| | **State the term remaining** | 11 DAYS | |
| | **List the contract number of any government contract** | | CDW LOGISTICS LLC<br>ATTN: GENERAL COUNSEL<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | |
| | **State the term remaining** | 122 DAYS | |
| | **List the contract number of any government contract** | | CHASE ELLIOTT ENDORSEMENTS LLC<br>ATTN: GENERAL COUNSEL<br>517 ALCOVE RD<br>STE 202<br>MOORESVILLE NC 28117 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CHECKPLEASE, LLC<br>ATTN: GENERAL COUNSEL<br>BROWARD BLVD.<br>FORT LAUDERDALE FL 33301 |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | PREFERRED VENDOR PROPOSAL | |
| | **State the term remaining** | 316 DAYS | CHENEY BROTHERS INC<br>ATTN: GENERAL COUNSEL<br>1 CHENEY WAY<br>RIVIERA BEACH FL 33404 |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CINTAS CORPORATION NO 2<br>ATTN: GENERAL COUNSEL<br>6800 CINTAS BLVD<br>CINCINNATI OH 45262 |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | 16 DAYS | CINTAS CORPORATION NO 2<br>ATTN: GENERAL COUNSEL<br>6800 CINTAS BLVD<br>CINCINNATI OH 45262 |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | CINTA CORPORATION CUSTOMER AGREEMENT ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | CINTAS CORPORATION NO 2<br>ATTN: GENERAL COUNSEL<br>6800 CINTAS BLVD<br>CINCINNATI OH 45262 |
| | **List the contract number of any government contract** | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL FIRE PROTECTION AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CINTAS CORPORATION NO 2<br>ATTN: GENERAL COUNSEL<br>6800 CINTAS BLVD<br>CINCINNATI OH 45262 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CLAIMS AUTHORIZATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLASS ACTION CAPITAL RECOVERY LLC<br>ATTN: GENERAL COUNSEL<br>16 E 40TH ST, 6TH FLOOR<br>NEW YORK NY 10016 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | REPRESENTATION LETTER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLIFTON LARSON ALLEN LLP<br>ATTN: GENERAL COUNSEL<br>4150 SECOND ST S<br>STE 400<br>ST CLOUD MN 56301 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICE AGREEMENT SIGNED 12232019 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONNECTYOURCARE LLC<br>ATTN: GENERAL COUNSEL<br>307 INTERNATIONAL CIR<br>STE 200<br>HUNT VALLEY MD 21030 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | COOKERLY PUBLIC RELATIONS INC<br>ATTN: GENERAL COUNSEL<br>3424 PEACHTREE RD NE<br>STE 500<br>ATLANTA GA 30326 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PARTICIPATION AGREEMENT TO ADD CATEGORY | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CORETRUST A DIVISION OF HEALTHTRUST PURCHASING GROUP LP BY HPG ENTERPRISES LLC ITS GENERAL PARTNER ATTN: GENERAL COUNSEL 601 11TH AVE N STE 700 NASHVILLE TN 37203 |
| | **List the contract number of any government contract** | | |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO ADD/REMOVE COMMITTED CATEGORY | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CORETRUST PURCHASING GROUP ATTN: GENERAL COUNSEL 601 11TH AVE N STE 700 NASHVILLE TN 37203 |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SOFTWARE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CORRIGO INC ATTN: GENERAL COUNSEL 200 EAST RANDOLPH ST CHICAGO IL 60601 |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SOFTWARE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 275 DAYS | CORRIGO INC ATTN: JLLT COUNSEL DEPT 0439, PO BOX 120439 DALLAS TX 75312 |
| | **List the contract number of any government contract** | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SOFTWARE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 275 DAYS | CORRIGO INC ATTN: GENERAL COUNSEL 200 EAST RANDOLPH ST CHICAGO IL 60601 |
| | **List the contract number of any government contract** | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR MANAGED SERVICES | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORRIGO INC<br>ATTN: JLLT COUNSEL<br>DEPT 0439, PO BOX 120439<br>DALLAS TX 75312 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA AUTHORIZATION | |
| | **State the term remaining** | 31 DAYS | |
| | **List the contract number of any government contract** | | CTI MEDIA<br>ATTN: GENERAL COUNSEL<br>6300 POWERS FERRY RD NW<br>STE 600-208<br>ATLANTA GA 30339 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA AUTHORIZATION | |
| | **State the term remaining** | 31 DAYS | |
| | **List the contract number of any government contract** | | CTI MEDIA<br>ATTN: GENERAL COUNSEL<br>6300 POWERS FERRY RD NW<br>STE 600-208<br>ATLANTA GA 30339 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | | CUSTOMER EXPRESSIONS CORPORATION D/B/A I-SIGHT<br>ATTN: GENERAL COUNSEL<br>245 LYTTON AVE<br>STE 175<br>PALO ALTO CA 94301 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER XI STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CUSTOMERX.I., INC.<br>ATTN: GENERAL COUNSEL<br>750 N ST PAUL STREET<br>3RD FLOOR<br>DALLAS TX 75219 |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER XI MASTER SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CUSTOMERX.I., INC. ATTN: GENERAL COUNSEL 750 N ST PAUL STREET 3RD FLOOR DALLAS TX 75219 |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER XI MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CUSTOMERX.I., INC. ATTN: GENERAL COUNSEL 750 N ST PAUL STREET 3RD FLOOR DALLAS TX 75219 |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER XI STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | CUSTOMERX.I., INC. ATTN: GENERAL COUNSEL 750 N ST PAUL STREET 3RD FLOOR DALLAS TX 75219 |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT REQUIREMENTS DOCUMENT | |
| | **State the term remaining** | UNDETERMINED | CVS HEALTH ATTN: GENERAL COUNSEL 1 CVS DR WOONSOCKET RI 02895 |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DIONNE FOSTER ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTV AGREEMENT FOR COMMERCIAL NATIONAL ACCOUNT USERS | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIRECTV LLC<br>ATTN: VICE PRESIDENT, COMMERCIAL SALES<br>2260 E IMPERIAL HWY<br>EL SEGUNDO CA 90245 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO DIRECTV AGREEMENT FOR COMMERCIAL NATIONAL ACCOUNTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIRECTV LLC<br>ATTN: VICE PRESIDENT, COMMERCIAL SALES<br>2260 E IMPERIAL HWY<br>EL SEGUNDO CA 90245 |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO DIRECTV AGREEMENT FOR COMMERCIAL NATIONAL ACCOUNTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIRECTV LLC<br>ATTN: VICE PRESIDENT, COMMERCIAL SALES<br>2260 E IMPERIAL HWY<br>EL SEGUNDO CA 90245 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 254 DAYS | |
| | **List the contract number of any government contract** | | DOCUSIGN INC<br>ATTN: GENERAL COUNSEL<br>221 MAIN ST<br>STE 1550<br>SAN FRANCISCO CA 94105 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUSIGN MSA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOCUSIGN INC.<br>ATTN: GENERAL COUNSEL<br>221 MAIN STREET<br>SUITE 1550<br>SAN FRANCISCO CA 94105 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO DOORDASH AGREEMENT FOR VOICE ORDERING SERVICES (UNSIGNED) | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>303 2ND ST<br>SOUTH TOWER<br>STE 800<br>SAN FRANCISCO CA 94107 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO DOORDASH AGREEMENT FOR VOICE ORDERING SERVICES | |
| | State the term remaining | 246 DAYS | |
| | List the contract number of any government contract | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>303 2ND ST<br>SOUTH TOWER<br>STE 800<br>SAN FRANCISCO CA 94107 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | PICKUP ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>901 MARKET ST<br>SAN FRANCISCO CA 94103 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO DOORDASH AGREEMENT FOR VOICE ORDERING SERVICES | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>303 2ND ST<br>SOUTH TOWER<br>STE 800<br>SAN FRANCISCO CA 94107 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT "RE: FOUNTAIN SUPPORT AGREEMENT" | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DR PEPPER SNAPPLE GROUP<br>ATTN: GENERAL COUNSEL<br>PO BOX 869077<br>PLANO TX 75086 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT "RE: FOUNTAIN SUPPORT AGREEMENT" | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DR PEPPER SNAPPLE GROUP ATTN: GENERAL COUNSEL 5301 LEGACY DR PLANO TX 75024 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT "RE: FOUNTAIN SUPPORT AGREEMENT" | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DR PEPPER/SEVEN UP INC ATTN: GENERAL COUNSEL PO BOX 869077 PLANO TX 75086 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT "RE: FOUNTAIN SUPPORT AGREEMENT" | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DR PEPPER/SEVEN UP INC ATTN: GENERAL COUNSEL 5301 LEGACY DR PLANO TX 75024 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DR PEPPER/SEVEN UP INC ATTN: GENERAL COUNSEL 5301 LEGACY DR PLANO TX 75024 |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | 275 DAYS | |
| | **List the contract number of any government contract** | | ECOLAB INC ATTN: GENERAL COUNSEL ECOLAB CENTER 370 WABASHA ST NORTH ST PAUL MN 55102 |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | |
| | List the contract number of any government contract | | ECOLAB INC<br>ATTN: JEFFREY HUNDT, CORPORATE ACCOUNT MANAGER II<br>13000 DEERFIELD PKWY<br>STE 300<br>MILTON GA 30004 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | State the term remaining | 275 DAYS | |
| | List the contract number of any government contract | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PEST ELIMINATION SERVICES AGREEMENT BETWEEN ECOLAB, INC. AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | PEST ELIMINATION SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC ATTN: PEST CORPORATE ACCOUNT CONTRACT ADMINISTRATION 1 ECOLAB PL ST PAUL MN 55102 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ED FOSTER ADDRESS ON FILE |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | EDWARD DON & COMPANY DISTRIBUTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EDWARD DON & COMPANY LLC ATTN: GENERAL COUNSEL 9801 ADAM DON PKWY WOODRIDGE IL 60517 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EMPOWER RETIREMENT LLC ATTN: GENERAL COUNSEL 8515 EAST ORCHARD RD GREENWOOD VILLAGE CO 80111 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EMPOWER RETIREMENT LLC EMPOWER RETIREMENT DIVISION ATTN: GENERAL COUNSEL 8515 EAST ORCHARD RD GREENWOOD VILLAGE CO 80111 |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPANT CUSTOMIZATION FORM AND ACKNOWLEDGMENT - TIER 1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENTERPRISE ATTN: GENERAL COUNSEL 600 CORPORATE PARK DR ST LOUIS MO 63105 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERPASS MEDIA, LLC ATTN: GENERAL COUNSEL ONE PICKWICK PLAZA SUITE 101 GREENWICH CT 06830 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERPASS MEDIA, LLC ATTN: GENERAL COUNSEL ONE PICKWICK PLAZA SUITE 101 GREENWICH CT 06830 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | EZCATER & CATERING PARTNER TERMS AND CONDITIONS DOWNLOADED FROM ONLINE SITE. NO SIGNATURE BLOCK OR ID OF COUNTERPARTY | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EZCATER INC<br>ATTN: GENERAL COUNSEL<br>40 WATER ST, 5TH FLOOR<br>BOSTON MA 02109 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIELDALE FARMS CORPORATION<br>ATTN: GENERAL COUNSEL<br>5163 THOMPSON BRIDGE RD<br>MURRAYVILLE GA 30564 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIELDALE FARMS CORPORATION<br>ATTN: GENERAL COUNSEL<br>555 BROLIER BLVD<br>BLADWIN GA 30511 |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT (UNSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIREHOUSE LTD<br>ATTN: GENERAL COUNSEL<br>14860 LANDMARK BLVD<br>STE 247<br>DALLAS TX 75254 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MARKETING SERVICES AGREEMENT | |
| | **State the term remaining** | 395 DAYS | |
| | **List the contract number of any government contract** | | FIREHOUSE LTD<br>ATTN: GENERAL COUNSEL<br>14860 LANDMARK BLVD<br>STE 247<br>DALLAS TX 75254 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRST INSURANCE FUNDING<br>ATTN: GENERAL COUNSEL<br>450 SKOKIE BLVD<br>STE 1000<br>NORTHBROOK IL 60062 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRST INSURANCE FUNDING<br>ATTN: GENERAL COUNSEL<br>450 SKOKIE BLVD<br>STE 1000<br>NORTHBROOK IL 60062 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCLOSURE LETTER & PREMIUM FINANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRST INSURANCE FUNDING<br>ATTN: GENERAL COUNSEL<br>450 SKOKIE BLVD<br>STE 1000<br>NORTHBROOK IL 60062 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FISHEYE MEDIA PRODUCTIONS INC<br>ATTN: GENERAL COUNSEL<br>1005 ALDERMAN DR<br>STUDIO 101<br>ALPHARETTA GA 30005 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: STEPPING BACK ON SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FOLEY & LARDNER LLP<br>ATTN: FOLEY GARDERE<br>3000 ONE AMERICAN CENTER<br>600 CONGRESS AVE<br>AUSTIN TX 78701 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | FOODBUY LETTER OF PARTICIPATION | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FOODBUY<br>ATTN: GENERAL COUNSEL<br>2400 YORKMONT RD<br>CHARLOTTE NC 28217 |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | POULTRY SUPPLY AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 275 DAYS | |
| | List the contract number of any government contract | | FOSTERS<br>ATTN: GENERAL COUNSEL<br>1817 13TH AVE S<br>KELSO WA 98626 |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | REFERRAL AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 7 DAYS | |
| | List the contract number of any government contract | | FRANCHISE SUPPLIER NETWORK<br>ATTN: GENERAL COUNSEL<br>3400 DUNDEE RD<br>STE 300<br>NORTHBROOK IL 60062 |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM (MARKETPLACE) | |
|---|---|---|---|
| | State the term remaining | 122 DAYS | |
| | List the contract number of any government contract | | FRANCONNECT LLC<br>ATTN: GENERAL COUNSEL<br>13865 SUNRISE VALLER DR<br>STE 150<br>HERNDON VA 20171 |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE LETTER OF AUTHORIZATION & POWER OF ATTORNEY | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FRS UP LLC<br>ATTN: GENERAL COUNSEL<br>80 WESLEY ST<br>SOUTH HACKENSACK NJ 07606 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT/AMENDED AND RESTATED | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FTI CONSULTING INC<br>ATTN: GENERAL COUNSEL<br>1500 WALNUT ST<br>STE 1515<br>PHILADELPHIA PA 19102 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FW BRYCE INC<br>ATTN: GENERAL COUNSEL<br>8 POND RD<br>GLOUCESTER MA 01930 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO NATIONAL ACCOUNT SERVICE AGREEMENT | |
| | **State the term remaining** | 16 DAYS | |
| | **List the contract number of any government contract** | | G&K SERVICES INC<br>ATTN: NATIONAL ACCOUNTS DEPARTMENT<br>5995 OPUS PKWY<br>STE 500<br>MINNETONKA MN 55343 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GEORGE'S INC<br>ATTN: GENERAL COUNSEL<br>402 W ROBINSON AVE<br>SPRINGDALE AR 72764 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | GEORGIA LOGOS CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GEORGIA LOGOS, LLC<br>ATTN: GENERAL COUNSEL<br>6597 PEACHTREE INDUSTRIAL BLVD.<br>STE A<br>NORCROSS GA 30092 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 669 - CHANTILLY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOLDEN BROOK, LLC<br>ATTN: M. ELISE KIPER<br>11708 BOWMAN GREEN DR.<br>RESTON VA 20190 |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT (NO COUNTERSIGNATURE BY GRANITE) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GRANITE TELECOMMUNICATIONS LLC<br>ATTN: LEGAL DEPARTMENT<br>100 NEWPORT AVE EXT<br>QUINCY MA 02171 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GRANITE TELECOMMUNICATIONS, LLC<br>ATTN: LEGAL DEPARTMENT<br>100 NEWPORT AVE EXT<br>QUINCY MA 02171 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | GRANITE AMENDMENT NO.1 TO MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GRANITE TELECOMMUNICATIONS, LLC<br>ATTN: LEGAL DEPARTMENT<br>100 NEWPORT AVE EXT<br>QUINCY MA 02171 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT LAKES CHEESE<br>ATTN: GENERAL COUNSEL<br>17955 GREAT LAKES PKWY<br>PO BOX 1806<br>HIRAM OH 44234 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO IMPLEMENT HARDSHIP DISTRIBUTION PROVISIONS OF THE BIPARTISAN BUDGET OF 2019 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | HOOTERS OF AMERICA, LLC 401(K) PLAN | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | SUMMARY PLAN DESCRIPTION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | NNON-STANDARDIZED DEFINED CONTRIBUTION EXECUTION PAGE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTAURANT DELIVERY AGREEMENT (NOT COUNTERSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GRUBHUB HOLDING INC<br>C/O CORPORATION SERVICE COMPANY<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTAURANT DELIVERY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GRUBHUB HOLDINGS INC<br>C/O CORPORATION SERVICE COMPANY<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AGREEMENT (ALSO INCLUDES AN ALARM SERVICE AGREEMENT) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GUARDIAN OF GEORGIA INC D/B/A ACKERMAN SECURITY SYSTEMS<br>ATTN: GENERAL COUNSEL<br>1346 OAKBROOK DR<br>STE 175<br>NORCROSS GA 30093 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF ATTORNEYS TRANSITION AND REQUEST FOR CLIENT INSTRUCTIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HARTLINE BARGER LLP ATTN: GENERAL COUNSEL 8750 N CENTRAL EXPY STE 1600 DALLAS TX 75231 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - FINANCIAL OVERVIEW FOR HOA RESTAURANT GROUP, LLC; AMENDMENT TO CLAIMS ADMINISTRATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HELMSMAN MANAGEMENT SERVICES LLC ATTN: GENERAL COUNSEL 175 BERKELEY ST BOSTON MA 02116 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HMS HOLDINGS LIMITED PARTNERSHIP ATTN: GENERAL COUNSEL 4400 PAPA JOE HENDRICK BLVD CHARLOTTE NC 28262 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO SPONSORSHIP AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HMS HOLDINGS LIMITED PARTNERSHIP ATTN: GENERAL COUNSEL 4400 PAPA JOE HENDRICK BLVD CHARLOTTE NC 28262 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SPONSORSHIP AGREEMENT (UNSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HMS HOLDINGS LLC ATTN: GENERAL COUNSEL 7202 GILES RD STE 4-134 LA VISTA NE 68128 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRADEMARK ADVICE | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HOLLAND AND KNIGHTS LLP<br>ATTN: GENERAL COUNSEL<br>100 NORTH TAMPA ST<br>STE 4100<br>TAMPA FL 33602 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | VIDEO PRODUCTION - STATEMENT OF WORK (SUPPLEMENT TO MASTER SERVICES AGREEMENT, ENTERED INTO 7/28/21) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HOME OF TRAINING INC<br>ATTN: GENERAL COUNSEL<br>23123 STATE RD 7<br>BOCA RATON FL 33428 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | [IHEART RADIO] 2024 AWAY TAILGATE SPONSOR & ORDER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IHEARTMEDIA + ENTERTAINMENT, INC.<br>ATTN: GENERAL COUNSEL<br>20880 STONE OAK PKWY<br>SAN ANTONIO TX 78258-7460 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUSIGN CERTIFICATE OF COMPLETION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IHEARTMEDIA ENTERNAINMENT INC.<br>ATTN: GENERAL COUNSEL<br>20880 STONE OAK PKWY<br>SAN ANTONIO TX 78258-7460 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | EVENT CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IMAGE MEETINGS AND EVENTS<br>ATTN: GENERAL COUNSEL<br>30715 CREST VIEW TER<br>FULSHEAR TX 77441 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | IDS CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTEGRATED DIGITAL STRATEGIES INC<br>PO BOX 666<br>CLERMONT GA 30527 |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | 51822 FORTINET (3 YEAR OPTION) | |
| | **State the term remaining** | 497 DAYS | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>800 BATTERY AVE SE<br>STE 100<br>ATLANTA GA 30339 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | 52613 FORTINET RENEWAL (2024) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | 52649 HOA BRANDS - RUBRIK EXPANSION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | 52977_VMWARE RENEWAL_QUOTE V2 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | 53071_RUBRIK RENEWAL_QUOTE V2 | |
| | **State the term remaining** | 653 DAYS | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | 53072_RUBRIK M365 RENEWAL_QUOTE V2 | |
| | **State the term remaining** | 654 DAYS | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | 53339 HOA BRANDS - TENABLE - #12210 V1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | 53781_SENTINELONE_REN EWAL_QUOTE_V2 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN SERVICE LETTER AGREEMENT FOR NETWORK SUPPORT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | 54691 MERAKI RENEWAL (2024) | |
| | State the term remaining | 20 DAYS | |
| | List the contract number of any government contract | | IVISION SCALE LLC<br>ATTN: GENERAL COUNSEL<br>788 CIR 75 PKWY<br>STE 740<br>ATLANTA GA 30339 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JACKSON CROSS PARTNERS LLC<br>ATTN: GENERAL COUNSEL<br>151 S WARNER RD<br>WAYNE PA 19087 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO STATEMENT OF WORK #1 | |
| | State the term remaining | 699 DAYS | |
| | List the contract number of any government contract | | JACKSON CROSS PARTNERS LLC<br>ATTN: GENERAL COUNSEL<br>151 S WARNER RD<br>WAYNE PA 19087 |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: CONFIRMATION OF ENGAGEMENT AND FEE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JACKSON LEWIS PC<br>ATTN: GENERAL COUNSEL<br>666 3RD AVE<br>NEW YORK NY 10017 |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | |
| | State the term remaining | 426 DAYS | |
| | List the contract number of any government contract | | JOHN DALY ENTERPRISES LLC<br>C/O WASSERMAN MEDIA GROUP<br>ATTN: GENERAL COUNSEL<br>10900 WILSHIRE BLVD<br>STE 1200<br>LOS ANGELES CA 90024 |

| Debtor | Hooters of America, LLC | Case number (if known) | 25-80078 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | ATHLETE ENDORSEMENT AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOHN DALY ENTERPRISES LLC C/O WASSERMAN MEDIA GROUP ATTN: BUD MARTIN 10900 WILSHIRE BLVD STE 1200 LOS ANGELES CA 90024 |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOTFORM INC ATTN: GENERAL COUNSEL 4 EMBARCADERO CENTER STE 780 SAN FRANCISCO CA 94111 |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | PRG-1076995-001 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | KEN'S FOODS INC ATTN: GENERAL COUNSEL ONE D'ANGELO DR MARLBOROUGH MA 01752 |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE A (UNSIGNED BY HOOTERS) | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | KNJ INC ATTN: GENERAL COUNSEL 1106-A BROADWAY SANTA MONICA CA 90401 |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | KNJ INC ATTN: KIRK CARTER 1106-A BROADWAY SANTA MONICA CA 90401 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | EDISCOVERY CONSULTING & PROFESSIONAL SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KNJ INC<br>ATTN: GENERAL COUNSEL<br>1106-A BROADWAY<br>SANTA MONICA CA 90401 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES PROPOSAL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KNJ INC<br>ATTN: GENERAL COUNSEL<br>1106-A BROADWAY<br>SANTA MONICA CA 90401 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO HERE LOCATION SUITE (HLS) LICENSE SUPPLEMENT FOR LOCATION MAPPING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KOREM CORPORATION<br>ATTN: GENERAL COUNSEL<br>6312 S FIDDLERS GREEN CIRCLE<br>GREENWOOD VILLAGE CO 80111 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO HERE LOCATION SUITE (HLS) LICENSE SUPPLEMENT FOR LOCATION MAPPING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KOREM CORPORATION<br>ATTN: GENERAL COUNSEL<br>6312 S FIDDLERS GREEN CIRCLE<br>GREENWOOD VILLAGE CO 80111 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO HERE LOCATION SUITE (HLS) LICENSE SUPPLEMENT FOR LOCATION MAPPING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KOREM CORPORATION<br>ATTN: GENERAL COUNSEL<br>6312 S FIDDLERS GREEN CIRCLE<br>GREENWOOD VILLAGE CO 80111 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO HERE LOCATION SUITE (HLS) LICENSE SUPPLEMENT FOR LOCATION MAPPING | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KOREM CORPORATION ATTN: GENERAL COUNSEL 6312 S FIDDLERS GREEN CIRCLE GREENWOOD VILLAGE CO 80111 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCOVERY SERVICES STATEMENT OF WORK BETWEEN HOOTERS OF AMERICA & ROPES & GRAY LLP | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KROLL ONTRACK C/O CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATOR PRICING AGREEMENT | |
| | **State the term remaining** | 214 DAYS | |
| | **List the contract number of any government contract** | | LAMB WESTON SALES INC ATTN: GENERAL COUNSEL 599 SOUTH RIVERSHORE LN EAGLE ID 83616 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATOR PRICING AGREEMENT | |
| | **State the term remaining** | 214 DAYS | |
| | **List the contract number of any government contract** | | LAMB WESTON SALES INC ATTN: GENERAL COUNSEL 599 SOUTH RIVERSHORE LN EAGLE ID 83616 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATOR PRICING AGREEMENT | |
| | **State the term remaining** | 214 DAYS | |
| | **List the contract number of any government contract** | | LAMB WESTON SALES INC ATTN: GENERAL COUNSEL 599 SOUTH RIVERSHORE LN EAGLE ID 83616 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | OPERATOR PRICING AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 214 DAYS | LAMB WESTON SALES INC ATTN: GENERAL COUNSEL 599 SOUTH RIVERSHORE LN EAGLE ID 83616 |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | MASTER ENGAGEMENT AND FEE AGREEMENT FOR LEGAL SERVICES | |
| | State the term remaining | UNDETERMINED | LAW OFFICE OF PEGGY M ISRAEL ATTN: GENERAL COUNSEL PO BOX 146 BUTLER MD 21023 |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYER AGREEMENT | |
| | State the term remaining | UNDETERMINED | LEGALEASE GROUP ATTN: GENERAL COUNSEL 5151 SAN FELIPE STE 2300 HOUSTON TX 77056 |
| | List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | LEXISNEXIS AGREEMENT FOR LEXIS/LEXIS+, COURTLINK, PRACTICAL GUIDANCE AND/OR NEXIS DILIGENCE AGREEMENT | |
| | State the term remaining | 275 DAYS | LEXISNEXIS ATTN: GENERAL COUNSEL 230 PARK AVE 7TH FLOOR NEW YORK NY 10169 |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT | |
| | State the term remaining | 275 DAYS | LEXISNEXIS ATTN: GENERAL COUNSEL 230 PARK AVE 7TH FLOOR NEW YORK NY 10169 |
| | List the contract number of any government contract | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | LINKEDIN CONTRACT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKEDIN<br>ATTN: GENERAL COUNSEL<br>1000 WEST MAUDE AVE<br>SUNNYVALE CA 94085 |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | 2024 SPECIFIC SERVICE AGREEMENT (NOT COUNTERSIGNED) | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LONESTAR LOGOS MANAGEMENT COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>3701 BEE CAVES RD<br>STE 202<br>AUSTIN TX 78746 |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | USED COOKING OIL ADDENDUM 1 | |
| | State the term remaining | 1,005 DAYS | |
| | List the contract number of any government contract | | MAHONEY ENVIRONMENT SOLUTIONS LLC<br>ATTN: MELISSA MORAN, LEGAL COUNSEL AND CORPORATE SECRETARY<br>712 ESSINGTON RD<br>JOLIET IL 60435 |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | USED COOKING OIL ADDENDUM 1 | |
| | State the term remaining | 1,005 DAYS | |
| | List the contract number of any government contract | | MAHONEY ENVIRONMENT SOLUTIONS LLC<br>ATTN: TIM ZAK, SENIOR VP OF SALES AND MARKETING<br>712 ESSINGTON RD<br>JOLIET IL 60435 |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | USED COOKING OIL ADDENDUM 1 (UCO CUSTOMER AGREEMENT) | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MAHONEY ENVIRONMENTAL SOLUTIONS, LLC<br>ATTN: MELISSA MORAN, LEGAL COUNSEL AND CORPORATE SECRETARY<br>712 ESSINGTON RD<br>JOLIET IL 60435 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|--------|---------------------------|--|------------------------|--------------|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE PREVENTATIVE MAINTENANCE SERVICE AGREEMENT RENEWAL | |
| | **State the term remaining** | 122 DAYS | |
| | **List the contract number of any government contract** | | MALLORY & EVANS SERVICE ATTN: GENERAL COUNSEL 646A KENTUCKY ST SCOTTDALE GA 30079 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | PREVENTATIVE MAINTENANCE SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MALLORY AND EVANS SERVICE CORPORATION INC ATTN: GENERAL COUNSEL 646A KENTUCKY ST SCOTTDALE GA 30079 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 615 - SANFORD | |
| | **State the term remaining** | 1,926 DAYS | |
| | **List the contract number of any government contract** | | MAMOS SANFORD, LLC ATTN: PHILLIP MAMOS PO BOX 1412 FLUSHING NY 11354 |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGMENT LETTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCER HEALTH & BENEFITS LLC ATTN: GENERAL COUNSEL 3031 NORTH ROCKY POINT DR WEST STE 700 TAMPA FL 33607 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE ENROLLMENT PRODUCT SELECTION FORM. PRICE LIST WITH NO COMMITMENTS, SIGNATURES OR IDENTIFIED PARTIES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MICROSOFT ATTN: GENERAL COUNSEL ONE MICROSOFT WAY REDMOND WA 98052 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE UPDATE STATEMENT. | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MICROSOFT<br>ATTN: GENERAL COUNSEL<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | MIMEO FULFILLMENT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MIMEO INC<br>ATTN: GENERAL COUNSEL<br>460 PARK AVE S, 8TH FLOOR<br>NEW YORK NY 10016 |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | MIMEO MARKETPLACE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MIMEOCOM INC<br>ATTN: GENERAL COUNSEL<br>460 PARK AVE S, 8TH FLOOR<br>NEW YORK NY 10016 |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBO SYSTEMS MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOBO SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>26 BROADWAY, 24TH FLOOR<br>NEW YORK NY 10004 |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO. 1 TO MONOTYPE FONTS LICENSE ORDER FORM AND TERMS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MONOTYPE IMAGING INC.<br>ATTN: GENERAL COUNSEL<br>600 UNICORN PARK DRIVE<br>3RD FLOOR<br>WOBURN MA 01801 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC CONSULTING GROUP LLC<br>ATTN: GENERAL COUNSEL<br>718 THOMPSON LN<br>STE 108<br>NASHVILLE TN 37204 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC CONSULTING GROUP LLC<br>ATTN: GENERAL COUNSEL<br>718 THOMPSON LN<br>STE 108<br>NASHVILLE TN 37204 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL OF INSURANCE (PROPERTY, EXCESS PROPERTY, EQUIPMENT BREAKDOWN, TERRORISM) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MT HAWLEY INSURANCE COMPANY<br>C/O RLI INSURANCE<br>ATTN: GENERAL COUNSEL<br>9025 NORTH LINDBERGH DR<br>PEORIA IL 61615 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NCR CORPORATION<br>ATTN: GENERAL COUNSEL/NOTICES<br>864 SPRING ST NW<br>ATLANTA GA 30308 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NUMBER 6 TO THE HOSPITALITY ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NCR VOYIX CORPORATION<br>ATTN: GENERAL COUNSEL<br>864 SPRING ST NW<br>ATLANTA GA 30308 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANT ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | NEIGHBORFAVOR INC |
| | **List the contract number of any government contract** | | CORPORATION TRUST CENTER ATTN: GENERAL COUNSEL 1209 ORANGE ST WILMINGTON DE 19801 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | NEWLY WEDS FOODS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 4849 N MILWAUKEE AVE STE 700 CHICAGO IL 60630 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | NEWLY WEDS FOODS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 4140 W FULLERTON AVE CHICAGO IL 60639 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRADEMARK ADVICE | |
| | **State the term remaining** | UNDETERMINED | NORD BAY CAPITAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 5816 MARINER ST TAMPA FL 33609 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | NSF PROPOSAL FOR SERVICES | |
| | **State the term remaining** | 25 DAYS | NSF INTERNATIONAL FOOD SAFETY LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 789 N DIXBORO RD ANN ARBOR MI 48105 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | HOOTERS OF AMERICA, LLC NUTRITION MADE SIMPLE, LLC AGREEMENT | |
| | **State the term remaining** | 609 DAYS | |
| | **List the contract number of any government contract** | | NUTRITION MADE SIMPLE LLC<br>ATTN: GENERAL COUNSEL<br>163 LUCHASE RDE<br>LINDEN VA 22642 |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 334 DAYS | |
| | **List the contract number of any government contract** | | OLO INC<br>ATTN: GENERAL COUNSEL<br>285 FULTON ST, 82ND FLOOR<br>ONE WORLD TRADE CENTER<br>NEW YORK NY 10007 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO OLO ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | OLO INC<br>ATTN: GENERAL COUNSEL<br>285 FULTON ST, 82ND FLOOR<br>ONE WORLD TRADE CENTER<br>NEW YORK NY 10007 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PACIFIC CORAL SEAFOOD CO INC<br>ATTN: GENERAL COUNSEL<br>2240 NE 2ND AVE<br>MIAMI FL 33137 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PALO ALTO NETWORKS INC<br>C/O PALO ALTO NETWORKS (NETHERLANDS) BV<br>ATTN: GENERAL COUNSEL<br>3000 TANNERY WAY<br>SANTA CLARA CA 95054 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 1 TO MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | 364 DAYS | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: LEGAL DEPARTMENT<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | 364 DAYS | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1. (ADDS PUNCHH TO EXISTING PARTECH AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK PAR BRINK POS PILOT INSTALLATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: GENERAL COUNSEL<br>PAR TECHNOLOGY PARK<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | ACCEPTANCE OF WORK FOR SOW 2023-HOA-002 | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | PARTECH INC ATTN: GENERAL COUNSEL PAR TECHNOLOGY PARK 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | PUNCHH ADDENDUM TO MSA | |
| | State the term remaining | UNDETERMINED | PARTECH INC ATTN: GENERAL COUNSEL 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | PAR ACCEPTANCE OF WORK FOR SOW 2023-HOA-002 | |
| | State the term remaining | UNDETERMINED | PARTECH INC ATTN: GENERAL COUNSEL 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | PAR ACCEPTANCE OF WORK FOR SOW 2023-HOA-002 | |
| | State the term remaining | UNDETERMINED | PARTECH INC ATTN: LEGAL DEPARTMENT PAR TECHNOLOGY PARK 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOLUTIONS AGREEMENT | |
| | State the term remaining | UNDETERMINED | PARTECH INC ATTN: GENERAL COUNSEL 8383 SENECA TPKE NEW HARTFORD NY 13413 |
| | List the contract number of any government contract | | |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTECH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT | |
| | **State the term remaining** | 456 DAYS | |
| | **List the contract number of any government contract** | | PLAYFLY SPORTS PROPERTIES, LLC<br>ATTN: GENERAL COUNSEL<br>22 CASSATT AVE<br>BERWYN PA 19312 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM (MARKETPLACE) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | POSTMATES<br>ATTN: GENERAL COUNSEL<br>950 23RD STREET<br>SAN FRANCISCO CA 94107 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROTIVITI INC<br>ATTN: DAVID J TAYLOR, MANAGING DIRECTOR<br>301 E PINE ST<br>STE 225<br>ORLANDO FL 32801 |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROTIVITI INC<br>ATTN: LEGAL DEPARTMENT<br>2613 CAMINO RAMON<br>SAN RAMON CA 94583 |

| Debtor | Hooters of America, LLC | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1. (ADDS PUNCHH TO EXISTING PARTECH AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>1875 S GRANT ST<br>STE 810<br>SAN MATEO CA 94402 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | PUNCHH ADDENDUM TO MSA | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER | |
| | State the term remaining | 726 DAYS | |
| | List the contract number of any government contract | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER (INCLUDES MASTER SERVICES AGREEMENT) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>1875 S GRANT ST<br>STE 810<br>SAN MATEO CA 94402 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MASTER SOLUTIONS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>1875 S GRANT ST<br>STE 810<br>SAN MATEO CA 94402 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL ORDER | |
| | **State the term remaining** | 724 DAYS | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR MANAGED SERVICES SPECIALIST | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - MOBILE EXPERIENCE PACKAGE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLUTIONS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PUNCHH INC<br>ATTN: GENERAL COUNSEL<br>8383 SENECA TPKE<br>NEW HARTFORD NY 13413 |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | QUICK INTERNET SOFTWARE SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>3206 EARL RUDDER FRWY S<br>COLLEGE STATION TX 77845 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | ATMOSPHERE + HOA & FRANCHISEES MEDIA DETAILS FY24 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RAREFIED ATMOSPHERE INC<br>ATTN: GENERAL COUNSEL<br>2043 S LAMAR BLVD<br>AUSTIN TX 78704 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | ATMOSPHERE ORDER FORM AND AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RAREFIED ATMOSPHERE INC<br>ATTN: GENERAL COUNSEL<br>2043 S LAMAR BLVD<br>AUSTIN TX 78704 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | RED BULL ON-PREMISE AGREEMENT | |
| | **State the term remaining** | 275 DAYS | |
| | **List the contract number of any government contract** | | RED BULL NORTH AMERICA INC<br>ATTN: GENERAL COUNSEL<br>1630 STEWART STREET<br>SANTA MONICA CA 90404 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024-2025 CORPORATE PARTNERSHIP AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RED SKY SPORTS VENTURE, LLC<br>ATTN: GENERAL COUNSEL<br>1201 RIVER DR<br>MOLINE IL 61265-1303 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | OTTER ORDER FORM NO. 1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RESTAURANT TECHNOLOGY SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>633 W 5TH ST, FLOOR 11<br>LOS ANGELES CA 90071 |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT: RECORDS STORAGE AND MANAGEMENT SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RETRIEVEX INC<br>ATTN: GENERAL COUNSEL<br>500 UNICORN PARK DR<br>WOBURN MA 01801 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | ROBERT HALF JOB ORDER #: 00900-0012948367 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROBERT HALF<br>ATTN: GENERAL COUNSEL<br>3343 PEACHTREE RD NE<br>STE 60<br>ATLANTA GA 30326 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | ROBERT HALF JOB ORDER #: 00900-0012819065 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROBERT HALF<br>ATTN: GENERAL COUNSEL<br>3343 PEACHTREE RD NE<br>STE 650<br>ATLANTA GA 30326 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | ROPES & GRAY ENGAGEMENT LETTER FOR RESTRUCTURING | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROPES & GRAY LLP<br>ATTN: MICHAEL R LITTENBERG<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | DISCOVERY SERVICES STATEMENT OF WORK BETWEEN HOOTERS OF AMERICA & ROPES & GRAY LLP | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROPES & GRAY LLP<br>ATTN: MICHAEL R LITTENBERG<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | SAFETYCULTURE ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFETYCULTURE PTY LTD<br>ATTN: GENERAL COUNSEL<br>72 FOVEAUX ST<br>SURRY HILLS  2010<br>AUSTRALIA |
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM (NOT SIGNED BY EITHER PARTY) | |
| | **State the term remaining** | 821 DAYS | |
| | **List the contract number of any government contract** | | SCHOOX LLC<br>ATTN: GENERAL COUNSEL<br>3112 WINDSOR RD<br>AUSTIN TX 78703 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | SEDGWICK CUSTOMIZED DESIGN AND PRICING PROPOSAL | |
| | **State the term remaining** | 320 DAYS | |
| | **List the contract number of any government contract** | | SEDGWICK CLAIMS MANAGEMENT SERVICES INC<br>ATTN: GENERAL COUNSEL<br>8125 SEDGWICK WAY<br>MEMPHIS TN 38125 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE FOR RESTAURANTS, NIGHTCLUBS AND TAVERNS | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SESAC LLC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE E<br>NASHVILLE TN 37203 |

| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | SMARTSHEET TERMS & CONDITIONS FOR ADD-ONS AND PROFESSIONAL SERVICES (DOWNLOADED FROM WEBSITE, APPLICABLE TO SMARTSHEET_HOA ORDER FORM AND SMARTSHEET_HOA SOW | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SMARTSHEET INC<br>ATTN: GENERAL COUNSEL<br>500 108TH AVE NE<br>STE 200<br>BELLEVUE WA 98004 |

| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | ORDER | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SMARTSHEET INC<br>ATTN: GENERAL COUNSEL<br>500 108TH AVE NE<br>STE 200<br>BELLEVUE WA 98004 |

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SMARTSHEET INC<br>ATTN: GENERAL COUNSEL<br>500 108TH AVE NE<br>STE 200<br>BELLEVUE WA 98004 |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOCI INC<br>ATTN: GENERAL COUNSEL<br>14005 LIVE OAK AVE<br>IRWINDALE CA 91706 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOCI INC<br>ATTN: GENERAL COUNSEL<br>DEPT LA 24700<br>PASADENA CA 91185 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOCI INC<br>ATTN: GENERAL COUNSEL<br>350 TENTH AVE SUITE 101<br>SAN DIEGO CA 92101 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ACCOMMODATIONS (ROOMS, F&B AND MEETING SPACE COMBINED) CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPRINGHILL SUITES FORT WORTH HISTORIC STOCKYARDS<br>ATTN: GENERAL COUNSEL<br>2315 N MAIN ST<br>FORT WORTH TX 76164 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SPRINGHILL SUITES MARRIOTT GROUP ACCOMMODATIONS (ROOMS, F&B AND MEETING SPACE COMBINED) CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPRINGHILL SUITES FORT WORTH HISTORIC STOCKYARDS<br>ATTN: GENERAL COUNSEL<br>2315 N MAIN ST<br>FORT WORTH TX 76164 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 526 - PELHAM | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STANLEY SCHWARTZ ALABAMA, LLC<br>ATTN: LEE A SCHWARTZ<br>445 BROAD HOLLOW RD., STE 205<br>MELVILLE NY 11747 |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STORED VALUE SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>101 BULLITT LN<br>STE 305<br>LOUISVILLE KY 40222 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | HOOTERS 2023 ASC 718 VALUATION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STOUT RISIUS ROSS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 71770<br>CHICAGO IL 60694 |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | ITEM PRICING SPREADSHEET | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STRATAS FOODS<br>ATTN: GENERAL COUNSEL<br>7000 GOODLETT FARMS PARKWAY<br>MEMPHIS TN 38016 |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MERCHANT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNTRUST BANK<br>TRUIST FINANCIAL CORP<br>ATTN: GENERAL COUNSEL<br>214 N TRYON ST<br>CHARLOTTE NC 28202 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MERCHANT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SUNTRUST MERCHANT SERVICES LLC, SUCCESSOR TO UNIFIED MERCHANT SERVICES TRUIST FINANCIAL CORP ATTN: GENERAL COUNSEL 214 N TRYON ST CHARLOTTE NC 28202 |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SYNQ3 RESTAURANT SOLUTIONS LLC ATTN: GENERAL COUNSEL 5825 MARK DABLING BLVD COLORADO SPRINGS CO 80919 |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SYSCO CORPORATION INC ATTN: DAVID SIMON, REGION DIRECTOR BUSINESS DEVELOPMENT 12180 KIRKHAM RD SAN DIEGO CA 92064 |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SYSCO CORPORATION INC ATTN: LEGAL DEPARTMENT 1390 ENCLAVE PKWY HOUSTON TX 77077 |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | NDA | |
| | **State the term remaining** | UNDETERMINED | TAGEX BRANDS, INC. ATTN: GENERAL COUNSEL 200 CANAL VIEW BLVD. STE 302 ROCHESTER NY 14623 |
| | **List the contract number of any government contract** | | |

Debtor    **Hooters of America, LLC**                                    Case number (if known)    **25-80078**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO SOFTWARE AS A SERVICE AGREEMENT | |
| | **State the term remaining** | 610 DAYS | |
| | **List the contract number of any government contract** | | TANGO ANALYTICS LLC ATTN: GENERAL COUNSEL 9797 ROMBAUER RD STE 450 DALLAS TX 75019 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO SOFTWARE AS A SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TANGO ANALYTICS LLC ATTN: GENERAL COUNSEL 9797 ROMBAUER RD STE 450 DALLAS TX 75019 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO SOFTWARE AS A SERVICE AGREEMENT | |
| | **State the term remaining** | 610 DAYS | |
| | **List the contract number of any government contract** | | TANGO ANALYTICS LLC ATTN: GENERAL COUNSEL 9797 ROMBAUER RD STE 450 DALLAS TX 75019 |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO EXHIBIT A OF SOFTWARE SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TANGO ANALYTICS LLC ATTN: GENERAL COUNSEL 9797 ROMBAUER RD STE 450 DALLAS TX 75019 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AS A SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TANGO ANALYTICS LLC ATTN: GENERAL COUNSEL 6225 N STATE HWY 16 STE 300 IRVING TX 75038 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL AMENDMENT SCHEDULE (AMENDS AND EXTENDS SOFTWARE LICENSE AND SUPPORT AGREEMENT AND HOSTED SERVICE PROVIDER ADDENDUM, EFFECTIVE 2/7/2013) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TAX COMPLIANCE INC ATTN: GENERAL COUNSEL 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL AMENDMENT SCHEDULE (AMENDS AND EXTENDS SOFTWARE LICENSE AND SUPPORT AGREEMENT AND HOSTED SERVICE PROVIDER ADDENDUM, EFFECTIVE 2/7/2013) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TAX COMPLIANCE, INC. ATTN: GENERAL COUNSEL 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT (AMENDS AND EXTENDS SOFTWARE LICENSE AND SUPPORT AGREEMENT AND HOSTED SERVICE PROVIDER ADDENDUM, EFFECTIVE 2/7/2013) | |
| | **State the term remaining** | 334 DAYS | |
| | **List the contract number of any government contract** | | TAX COMPLIANCE, INC. ATTN: GENERAL COUNSEL 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX COMPLIANCE INC. SOFTWARE LICENSE & SUPPORT AGREEMENT (LICENSEHQ USED BY LICENSING TEAM FOR LICENSE RENEWALS) (SIGNED 2/7/13) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TAX COMPLIANCE, INC. ATTN: GENERAL COUNSEL 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |

| Debtor | Hooters of America, LLC | | Case number (if known) | 25-80078 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TAYLOR ENGLISH DUMA LLP<br>ATTN: RYAN M ARNOLD<br>13925 BALLANTYNE CORPORATE PL<br>STE 200<br>CHARLOTTE NC 28277 |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TAYLOR ENGLISH DUMA LLP<br>ATTN: RYAN M ARNOLD<br>13925 BALLANTYNE CORPORATE PL<br>STE 200<br>CHARLOTTE NC 28277 |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TAYLOR ENGLISH DUMA LLP<br>ATTN: ALISA P CLEEK<br>1600 PARKWOOD CIR<br>STE 400<br>ATLANTA GA 30339 |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | THE BARS PROGRAM SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THE BARS PROGRAM<br>ATTN: DAVID GAUDET, PRESIDENT<br>7112 WEST JEFFERSON AVE # 312<br>LAKEWOOD CO 80235 |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER FOODSERVICE DISTRIBUTION AGREEMENT | |
| | State the term remaining | 1,736 DAYS | |
| | List the contract number of any government contract | | THE DISTRIBUTION GROUP INC D/B/A VAN EERDEN FOOD SERVICE OF GRAND RAPIDS MICHIGAN<br>ATTN: GENERAL COUNSEL<br>650 IONIA SW<br>GRAND RAPIDS MI 49503 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | THE ICEBOX FULFILLMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ICEBOX COOL STUFF LLC<br>ATTN: JORDY GAMSON<br>700 LAKE AVE<br>ATLANTA GA 30307 |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 930953<br>ATLANTA GA 31193 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 930953<br>ATLANTA GA 31193 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 930953<br>ATLANTA GA 31193 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 930953<br>ATLANTA GA 31193 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | E ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | E ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO BENEFITS PRIME SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO EMPLOYEE CASE MANAGEMENT SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO BENEFITS PRIME SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO AFFORDABLE CARE ACT DISTRIBUTION SERVICES SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO EMPLOYEE CASE MANAGEMENT SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | ULTIPRO AFFORDABLE CARE ACT DISTRIBUTION SERVICES SUPPLEMENT TO THE ULTIMATE SOFTWARE GROUP, INC. SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ULTIMATE SOFTWARE GROUP INC ATTN: GENERAL COUNSEL PO BOX 930953 ATLANTA GA 31193 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE SERVICE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMAS & COMPANY<br>ATTN: GENERAL COUNSEL<br>ONE VANTAGE WAY<br>STE A105<br>NASHVILLE TN 37228 |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMAS & THORNGREN INC<br>ATTN: GENERAL COUNSEL<br>ONE VANTAGE WAY<br>STE A105<br>NASHVILLE TN 37228 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - OFFICE - HOA CORP OFFICE 1815 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TITAN VANGUARD EXCHANGE LLC<br>ATTN: JAMES HILL/CASH KERN<br>PO BOX 3127<br>DECATUR GA 30031 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAMMATIC ADVERTISING TECHNOLOGY - STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TMP WORLDWIDE ADVERTISING & COMMUNICATIONS LLC D/B/A RADANCY<br>ATTN: GENERAL COUNSEL<br>10 GLENLAKE PKWY NE<br>ATLANTA GA 30328 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | RADANCY UNIFIED PLATFORM AGREEMENT CLC UPDATE 2.11.2022 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TMP WORLDWIDE ADVERTISING & COMMUNICATIONS LLC D/B/A RADANCY<br>ATTN: GENERAL COUNSEL<br>10 GLENLAKE PKWY NE<br>ATLANTA GA 30328 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFIED PLATFORM AGREEMENT AMENDMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | TMP WORLDWIDE ADVERTISING & COMMUNICATIONS LLC D/B/A RADANCY |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 10 GLENLAKE PKWY NE ATLANTA GA 30328 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MUSIC SERVICES SUPPLEMENT | |
| | **State the term remaining** | UNDETERMINED | TOUCH TUNES MUSIC CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 850 THIRD AVE STE 15C NEW YORK NY 10022 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO MUSIC SERVICES SUPPLEMENT | |
| | **State the term remaining** | UNDETERMINED | TOUCH TUNES MUSIC CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 850 THIRD AVE STE 15C NEW YORK NY 10022 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TOUCHTUNES MUSIC CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 850 THIRD AVE STE 11A NEW YORK NY 10022 |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC SERVICES SUPPLEMENT | |
| | **State the term remaining** | UNDETERMINED | TOUCHTUNES MUSIC CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 850 THIRD AVE STE 11A NEW YORK NY 10022 |

| Debtor | **Hooters of America, LLC** | Case number (if known) | **25-80078** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | NSF TRAQTION SOW FOR SERVICES | |
| | **State the term remaining** | 548 DAYS | |
| | **List the contract number of any government contract** | | TRAQTION LLC ATTN: GENERAL COUNSEL 789 N DIXBORO RD ANN ARBOR MI 48105 |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER #1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRINTECH INC ATTN: GENERAL COUNSEL 5600 GRANITE PKWY STE 10000 PLANO TX 75024 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | ITEM PRICING SPREADSHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TURANO BAKING COMPANY ATTN: GENERAL COUNSEL 6501 W. ROOSEVELT RD. BERWYN IL 60402 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM (MARKETPLACE) (UNSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UBER TECHNOLOGIES INC ATTN: GENERAL COUNSEL 1515 3RD ST SAN FRANCISCO CA 94158 |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | UBER DIRECT API AGREEMENT | |
| | **State the term remaining** | 318 DAYS | |
| | **List the contract number of any government contract** | | UBER TECHNOLOGIES INC ATTN: GENERAL COUNSEL 1515 3RD ST SAN FRANCISCO CA 94158 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM (MARKETPLACE) | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UBER TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>1515 3RD ST<br>SAN FRANCISCO CA 94158 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | FLORIDA DEPARTMENT OF REVENUE POW AND DECLARATION OF REPRESENTATIVE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 28810<br>SANTA ANA CA 92799 |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | FLORIDA DEPARTMENT OF REVENUE POW AND DECLARATION OF REPRESENTATIVE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 28810<br>SANTA ANA CA 92799 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ULTIMATE SOFTWARE GROUP INC<br>ATTN: GENERAL COUNSEL<br>2000 ULTIMATE WAY<br>WESTON FL 33326 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL RENEWAL AND TERMS AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNITED HEALTHCARE SERVICES INC<br>ATTN: GENERAL COUNSEL<br>9900 BREN RD E<br>STE 300W<br>MINNETONKA MN 55343 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL REVIEW AND TERMS AMENDMENT (UNSIGNED) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNITED HEALTHCARE SERVICES INC ATTN: GENERAL COUNSEL 9900 BREN RD E STE 300W MINNETONKA MN 55343 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | UPSHOW MSA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UPSHOW, INC. ATTN: GENERAL COUNSEL PO BOX 70315 NEWARK NJ 07101-0096 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | UPSHOW ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UPSHOW, INC. ATTN: GENERAL COUNSEL 100 WEST KINZIE STREET STE 200 CHICAGO IL 60654 |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | UPSHOW MSA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UPSHOW, INC. ATTN: GENERAL COUNSEL PO BOX 70315 NEWARK NJ 07101-0096 |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | UPSHOW ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UPSHOW, INC. ATTN: GENERAL COUNSEL PO BOX 70315 NEWARK NJ 07101-0096 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | <small>Name</small> | | | |

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX ORDER FORM FOR 2024 | |
| | **State the term remaining** | 0 DAYS | |
| | **List the contract number of any government contract** | | VALLI INFORMATION SYSTEMS<br>ATTN: GENERAL COUNSEL<br>915 MAIN STREET<br>SUITE 1000<br>CALDWELL ID 83605 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | ARISTA RENEWAL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VERINEXT<br>ATTN: GENERAL COUNSEL<br>4850 RIVER GREEN PKWY<br>DULUTH GA 30096 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | ARISTA RENEWAL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VERINEXT<br>ATTN: GENERAL COUNSEL<br>4 SENTRY PKWY<br>STE 300<br>BLUE BELL PA 19422 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VERISTOR SYSTEMS<br>ATTN: GENERAL COUNSEL<br>4850 RIVER GREEN PKWY<br>DULUTH GA 30096 |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | US SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VERIZON BUSINESS NETWORK SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>ONE VERIZON WAY<br>BASKING RIDGE NJ 07920 |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | US SERVICES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VERIZON BUSINESS NETWORK SERVICES LLC<br>VERIZON BUSINESS SERVICES<br>ATTN: GENERAL COUNSEL<br>10000 PARK MEADOWS DR<br>LONE TREE CO 80124 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | VERIZON U.S. SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VERIZON BUSINESS NETWORK SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>ONE VERIZON WAY<br>BASKING RIDGE NJ 07920 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | VERIZON U.S. SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VERIZON BUSINESS NETWORK SERVICES LLC<br>VERIZON BUSINESS SERVICES<br>ATTN: GENERAL COUNSEL<br>10000 PARK MEADOWS DR<br>LONE TREE CO 80124 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | GROUP VISION CARE POLICY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VISION SERVICE PLAN INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>3333 QUALITY DR<br>RANCHO CORDOVA CA 95670 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | ATHLETE ENDORSEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | WASSERMAN MEDIA GROUP<br>ATTN: GENERAL COUNSEL<br>10900 WILSHIRE BLVD<br>STE 1200<br>LOS ANGELES CA 90024 |

**Fill in this information to identify the case:**

Debtor name    **Hooters of America, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80078**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 ALAMO WINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D   2.6<br>☐ E/F<br>☐ G |
| 2.2 DERBY WINGS HOLDINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D   2.6<br>☐ E/F<br>☐ G |
| 2.3 DERBY WINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D   2.6<br>☐ E/F<br>☐ G |
| 2.4 ELF OWL INVESTMENTS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D   2.6<br>☐ E/F<br>☐ G |

| Debtor | **Hooters of America, LLC** | | Case number (if known) | **25-80078** |
|---|---|---|---|---|
| | Name | | | |

| 2.5 | HAWK PARENT, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.6 | HOA HOLDINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.7 | HOA RESTAURANT GROUP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.8 | NIGHT OWL, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.9 | OWL HOLDINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.10 | OWL RESTAURANT HOLDINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.11 | OWL WINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |
| 2.12 | TW LONESTAR WINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. BANK AND TRUST COMPANY, NA, AS COLLATERAL AGENT AND CALCULATION AGENT | ■ D ☐ E/F ☐ G | 2.6 |

**Fill in this information to identify the case:**

Debtor name __**Hooters of America, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS (DALLAS)__

Case number (if known) __**25-80078**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 15, 2025**__    ☒ **/s/ Keith Maib**
_____
Signature of individual signing on behalf of the debtor

**Keith Maib**
_____
Printed name

**Chief Restructuring Officer**
_____
Position or relationship to debtor