| | |
|---|---|
| **ROPES & GRAY LLP** | **FOLEY & LARDNER LLP** |
| Chris L. Dickerson (admitted *pro hac vice*) | Holland N. O'Neil (TX 14864700) |
| Rahmon J. Brown (admitted *pro hac vice*) | Stephen A. Jones (TX 24101270) |
| Michael K. Wheat (admitted *pro hac vice*) | Zachary C. Zahn (TX 24137675) |
| 191 North Wacker Drive, 32nd Floor | 2021 McKinney Avenue, Suite 1600 |
| Chicago, Illinois 60606 | Dallas, TX 75201 |
| Telephone: (312) 845-1200 | Telephone: (214) 999-3000 |
| Facsimile: (312) 845-5500 | Facsimile: (214) 999-4667 |
| chris.dickerson@ropesgray.com | honeil@foley.com |
| rahmon.brown@ropesgray.com | sajones@foley.com |
| michael.wheat@ropesgray.com | zzahn@foley.com |
| *Counsel for the Debtors* | *Co-Counsel for the Debtors* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF COUNSEL REGARDING AMENDED FINAL ORDER
APPROVING DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM
AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN
POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II)
GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY
ADMINISTRATIVE EXPENSE STATUS, (III) MODIFYING THE AUTOMATIC
STAY, (IV) SCHEDULING A FINAL HEARING AND
(V) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

1

Pursuant to the *Procedures for Complex Cases in the Northern District of Texas,* the undersigned proposed counsel for Hooters of America, LLC and its affiliated debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), certifies as follows:

1. On March 31, 2025, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief* [Docket No. 4] (the "DIP Motion").

2. On May 16, 2025, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 299] (the "Final DIP Order").

3. On September 30, 2025, the Court held a hearing (the "Hearing") on final approval of the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization of Hooters of America, LLC and Its Affiliated Debtors* [Docket No. 564] (the "Disclosure Statement") and confirmation of the *Third Amended Joint Chapter 11 Plan of Reorganization of Hooters of America, LLC and Its Affiliated Debtors* [Docket No. 792] (the "Plan").

4. On September 30, 2025, the Court orally approved the Disclosure Statement on a final basis and confirmed the Plan subject to the final version of the Confirmation Order being filed on the docket and being entered. Confirmation Hearing Tr. 50:14-15, September 30, 2025.

5. On October 29, 2025, the Debtors filed the *Debtors' Emergency Motion for Amendment to the Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing*

2

*and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expenses Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 1139] (the "DIP Amendment Motion"), which attached a proposed order granting the DIP Amended Motion (the "Original Proposed Order").

6. Each of the interested parties to the DIP Amendment Motion, including the DIP Lender, the Ad Hoc Group of Securitization Noteholders, Lags, the Committee, and the U.S. Trustee (collectively, the "DIP Interested Parties"), has expressed that they are not opposed to the DIP Amendment Motion.

7. Following the filing of the DIP Amended Motion, the DIP Interested Parties conferred regarding certain amendments to the Original Proposed Order and Exhibit 1 attached thereto. Attached hereto as **Exhibit A** is the DIP Interested Parties' agreed amended version of the Original Proposed Order (the "Amended Proposed Order"). A redline of the Amended Proposed Order against the Original Proposed Order is attached hereto as **Exhibit B**, which includes a redline reflecting certain changes to Exhibit 1.

8. In light of the agreement between the Debtors and the DIP Interested Parties, the Debtors request that the Court enter the attached proposed Amended Proposed Order at its earliest convenience without the need for a hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 30, 2025

Respectfully submitted by:

*/s/ Holland N. O'Neil*
**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

-and-

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
Michael K. Wheat (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on October 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                          */s/ Stephen A. Jones*
                                          Stephen A. Jones