**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Hooters of America, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80078 (SWE)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF**
**FOURTH AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on October 30, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Hooters of America, LLC and its Affiliated Debtors* [Docket No. 1142] (as may be amended, supplemented, or modified, the "Plan")[2] with the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 7, 2025, the Debtors filed the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization of Hooters of America, LLC and its Affiliated Debtors* [Docket No. 564] (as may be amended, supplemented, or modified, the "Disclosure Statement").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTER NOTICE** that on August 5, 2025, the Debtors filed the *Notice of Filing of Plan Supplement* [Docket No. 722].

**PLEASE TAKE FURTHER NOTICE** that on August 15, 2025, the Debtors filed the *Notice of Filing of First Amended Plan Supplement* [Docket No. 770].

**PLEASE TAKE FURTHER NOTICE** that on August 27, 2025, the Debtors filed the *Notice of Filing of Brand Management Agreement* [Docket No. 900].

**PLEASE TAKE FURTHER NOTICE** that on August 27, 2025, the Debtors filed the *Notice of Filing of Second Amended Plan Supplement* [Docket No. 902].

**PLEASE TAKE FURTHER NOTICE** that on September 22, 2025, the Debtors filed the *Notice of Filing of Revised Assumption Schedule* [Docket No. 1018].

**PLEASE TAKE FURTHER NOTICE** that on September 29, 2025, the Debtors filed the *Notice of Filing of Third Amended Plan Supplement* [Docket No. 1045].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Notice of Filing of Fourth Amended Plan Supplement* (the "Fourth Amended Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that attached to the Fourth Amended Plan Supplement as **Exhibits A** through **N** are the following documents:

| | |
|---|---|
| **Exhibit A:** | **Second Amended & Restated Base Indenture** |
| **Exhibit B:** | **Identity of the Members of the New Board** |
| **Exhibit C:** | **New Organizational Documents** |
| **Exhibit D:** | **Assumption Schedule** |
| **Exhibit E:** | **Schedule of Retained Causes of Action** |
| **Exhibit F:** | **Schedule of Litigation Causes of Action** |
| **Exhibit G:** | **Wind-Down Officer Identity** |

| | |
|---|---|
| **Exhibit H:** | **Restructuring Steps Memo** |
| **Exhibit I:** | **Litigation Trust Agreement** |
| **Exhibit J:** | **Brand Management Agreement** |
| **Exhibit K:** | **License Agreement** |
| **Exhibit L:** | **Buyer Group APAs** |
| **Exhibit M:** | **Transition Services Agreement** |
| **Exhibit N:** | **Supplemental Tax Disclosures** |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, or supplement any document contained in this Fourth Amended Plan Supplement in accordance with the Plan (including any consent rights contained therein), at any time before the Effective Date or any other such date as may be provided for by the Plan or by order of the Court.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Fourth Amended Plan Supplement are integral to, part of, and incorporated by reference into the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement, Plan, Fourth Amended Plan Supplement (including any revisions or amendments thereto), and all other documents filed with the Court are available free of charge on the Debtors' case information website maintained by the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC ("Kroll"), located at https://cases.ra.kroll.com/Hooters/ or can be requested by email at Hootersinfo@ra.kroll.com or by calling the toll-free information line (888) 575-4910 (US & Canada toll free) and +1 (646) 844-3894 (International). You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov. The Debtors reserve all rights to amend the documents contained in the Fourth Amended Plan Supplement at any time through and including the Plan Effective Date (as defined in the Plan).

| | |
|---|---|
| Dated: October 31, 2025 | Respectfully submitted by:<br><br>*/s/ Holland N. O'Neil*<br>**FOLEY & LARDNER LLP**<br>Holland N. O'Neil (TX 14864700)<br>Stephen A. Jones (TX 24101270)<br>Zachary C. Zahn (TX 24137675)<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Telephone: (214) 999-3000<br>Facsimile: (214) 999-4667<br>honeil@foley.com<br>sajones@foley.com<br>zzahn@foley.com<br><br>*Co-Counsel to the Debtors*<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>ryan.dahl@ropesgray.com<br><br>**ROPES & GRAY LLP**<br>Chris L. Dickerson (admitted *pro hac*)<br>Rahmon J. Brown (admitted *pro hac*)<br>Michael K. Wheat (admitted *pro hac*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>chris.dickerson@ropesgray.com<br>rahmon.brown@ropesgray.com<br>michael.wheat@ropesgray.com<br><br>*Counsel to the Debtors* |

## **CERTIFICATE OF SERVICE**

      I certify that on October 31, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                       /s/  *Stephen A. Jones*
                                       Stephen A. Jones