# **EXHIBIT H**

**Restructuring Steps Memo**

**Restructuring Steps Memorandum**

This summary of transaction steps to complete the Restructuring Transactions[1] (the "<u>Restructuring Steps Memorandum</u>") sets forth a summary description of certain of the proposed Restructuring Transactions to be effectuated prior to, on, or after the Effective Date in accordance with the Plan. The steps set forth below are subject to modification until the occurrence of the Effective Date.[2] To the extent there is any inconsistency between this Restructuring Steps Memorandum and the Plan, the Plan shall govern. Items in each step should be completed in parallel, unless otherwise noted.[3]

**Step #1. On or immediately prior to the Plan Effective Date:**

A.  Hooters Brand Management LLC ("<u>BMC</u>") is created by the Buyer Group.

B.  HOA Funding, LLC will elect to be treated as a corporation for federal tax purposes (such election to be effective at least one day before the Plan Effective Date).

C.  Independent Manager of proposed Reorganized Debtors is engaged by Debtors. Independent Director forms HOA NewCo LLC as a limited liability company (a new non-debtor entity). HOA NewCo LLC will become the parent entity of reorganized HOA Funding, LLC, HOA Systems, LLC, and HOA Franchise HoldCo LLC (to be formed in a later step).

**Step #2. On the Plan Effective Date:**

A.  HOA Funding, LLC is reorganized (and renamed HOA RoyaltyCo LLC) pursuant to the Plan.

B.  The purchased assets are sold to the Buyer Group pursuant to the Buyer Group APAs.

C.  The Restaurants are added to the respective Buyer License Agreement and Buyer Franchise Agreement.

D.  Holders of Securitization Class A-2 Note Claims exchange those claims for New Class A-2I Notes issued by reorganized HOA Funding, LLC.

E.  Holders of Securitization Class B Note Claims exchange 99.99% of those claims for New Class B Notes issued by reorganized HOA Funding, LLC.

F.  Holders of DIP Claims exchange DIP Claims for New Class A-1 Notes issued by reorganized HOA Funding, LLC.

G.  Holders of Non-Securitization Manager Advance Term Loan Claims exchange 99.99% of those claims for New Class A-2II Notes issued by reorganized HOA Funding, LLC.

---

[1]  Capitalized terms used shall have the meaning ascribed to them in the Plan or Buyer Group APAs, as applicable.

[2]  Without limitation, this Restructuring Steps Memorandum is subject to modification to maximize tax efficiency.

[3]  The Restructuring Steps Memorandum is subject to ongoing review, revision, and modification and may be amended, modified or revised as permitted by the Plan and any order of the Bankruptcy Court.

**Step #3. On the Plan Effective Date (To be completed After Step #2):**

A. The equity of all Debtors (other than HOA Systems, LLC; HOA Franchising, LLC; HOOTS Franchising, LLC) is cancelled and reissued in the applicable Debtor under the Plan (i.e., maintaining the existing corporate structure, except as otherwise set forth below).

B. Holders of Securitization Class B Note Claims exchange 0.01% of their claims in return for 50% of the equity interests in HOA NewCo LLC.

C. HOA Systems, LLC transfers HOA Systems, LLC's equity interest in reorganized HOA Funding, LLC to HOA NewCo LLC.

D. Holders of Non-Securitization Manager Advance Term Loan Claims exchange 0.01% of their claims in return for 50% of the equity interest in HOA NewCo LLC; resulting in HOA NewCo LLC being equally owned by the Holders of Non-Securitization Manager Advance Term Loan Claims and the Holders of the Securitization Class B Note Claims.

E. HOA NewCo LLC forms a wholly owned subsidiary, HOA Franchise HoldCo LLC, as a limited liability company. Independent Manager Agreement is transferred and assumed by HOA NewCo LLC.

F. HOA RoyaltyCo LLC will distribute the BMA Physical Assets to HOA NewCo LLC.

G. HOA NewCo LLC will contribute the BMA Physical Assets to HOA Franchise HoldCo LLC.

**Step #4. On the Plan Effective Date (To be completed After Step #3):**

A. The equity interests of HOA Systems, LLC will be transferred by reorganized Debtor HOA HoldCo, LLC to HOA RoyaltyCo LLC.

B. HOA Future Franchising, LLC is formed as a limited liability company and its equity is owned by/issued to HOA Franchise HoldCo LLC.

C. HOA Franchising, LLC and HOOTS Franchising, LLC are reorganized and 100% of each of their equity interests are issued (or transferred) to HOA Franchise HoldCo LLC under the Plan.

D. HOA Franchising, LLC, HOOTS Franchising, LLC, HOA Systems, LLC, and HOA Future Franchising, LLC execute a license agreement with reorganized debtor HI Limited Partnership.

E. Franchise HoldCo, LLC, HOA Future Franchising, LLC, HOA Franchising, LLC, HOOTS Franchising, LLC, HOA Systems, LLC, and HI Limited Partnership execute the Brand Management Agreement with BMC.

F. The Buyer Franchise Agreement is assigned to HOA Franchising, LLC.

G. The Litigation Trust is created and the Litigation Trust Assets are transferred under the Plan.