| | |
|---|---|
| Maxim Litvak, Esq. (TX Bar No. 24002482) | Bradford J. Sandler, Esq. (Admitted *pro hac vice*) |
| Judith Elkin, Esq. (TX Bar No. 06522200) | Robert J. Feinstein, Esq. (Admitted *pro hac vice*) |
| Theodore S. Heckel, Esq. (Admitted *pro hac vice*) | Shirley S. Cho, Esq. (Admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 700 Louisiana Street, Suite 4500 | 1700 Broadway, 36th Floor |
| Houston, TX 77002 | New York, NY 10019 |
| Telephone: (713) 691-9385 | Telephone: (212) 561-7700 |
| Facsimile: (713) 691-9407 | Facsimile: (212) 561-7777 |
| Email: mlitvak@pszjlaw.com | Email: bsandler@pszjlaw.com |
| jelkin@pszjlaw.com | rfeinstein@pszjlaw.com |
| theckel@pszjlaw.com | scho@pszjlaw.com |

*Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al.*,[1] | Case No. 25-80078 (SWE) |
| Post-Effective Date Debtors. | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION TO FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 17, 2025 THROUGH OCTOBER 31, 2025

(Related Docket No. 1170)

The undersigned hereby certifies as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

1.        On November 19, 2025, the *Final Order Granting First And Final Application Of Pachulski Stang Ziehl & Jones LLP As Co-Counsel To The Official Committee Of Unsecured Creditors For Allowance Of Compensation And Reimbursement Of Expenses Incurred For The Period From April 17, 2025 Through October 31, 2025* [Docket No. 1170] (the "Application") was filed with the Court.

2.        Responses or objections, if any, to the Application were required to have been filed with the Court on or before December 10, 2025 (the "Response Deadline").

3.        The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel.  No party in interest has contacted counsel with any informal response or objection to the Application.  Accordingly, the undersigned respectfully requests that the form of Order sustaining the Application attached hereto be entered at the earliest convenience of the Court.

[*Remainder of the Page Intentionally Left Blank*]

Dated: December 11, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Judith Elkin*
Judith Elkin, Esq. (TX Bar No. 06522200)
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
Theodore S. Heckel, Esq. (Admitted *pro hac vice*)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: jelkin@pszjlaw.com
　　　　mlitvak@pszjlaw.com
　　　　theckel@pszjlaw.com

- and -

Bradford J. Sandler, Esq. (Admitted *pro hac vice*)
Robert J. Feinstein, Esq. (Admitted *pro hac vice*)
Shirley S. Cho, Esq. (Admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
　　　　rfeinstein@pszjlaw.com
　　　　scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2025, a copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

　　　　　　　　　　　　　　　　　*/s/ Judith Elkin*
　　　　　　　　　　　　　　　　　Judith Elkin, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

**FINAL ORDER GRANTING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

THE PERIOD FROM APRIL 17, 2025 THROUGH OCTOBER 31, 2025

Upon consideration of Pachulski Stang Ziehl & Jones LLP's (the "Firm") first and final application for compensation and for reimbursement of expenses [Docket No. 1170] (the "Application")[2] filed by the Firm in its capacity as counsel to the Official Committee of Unsecured Creditors of Hooters of America, LLC, *et al.* (the "Committee") appointed in these Chapter 11 cases of the above-captioned debtors and debtor in possession and having considered the evidence, arguments of counsel, and response, if any, this Court is of the opinion that the Application should be granted on a final basis. It is therefore:

**ORDERED** that the Application is **GRANTED** on a final basis in the total sum of $2,149,924.85 of which: (i) $2,131,257.00 represents fees for services rendered during the First and Final Compensation Period; (ii) $18,667.85 constitutes reimbursable expenses incurred by the Firm during the First and Final Compensation Period; and it is further

**ORDERED** that the Plan Administrator is authorized and directed to pay the Firm $2,149,924.85 no later than five (5) calendar days of entry of this Order, pursuant to the terms set forth in the Plan.

### END OF ORDER ###

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such term in the Application.

4906-5569-9575.2 36905.00002

ORDER SUBMITTED BY:

Judith Elkin, Esq. (TX Bar No. 06522200)
Maxim B. Litvak, Esq.  (TX Bar No. 24002482)
Theodore S. Heckel, Esq. (Admitted *pro hac vice*)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile: (713) 691-9407
Email:   jelkin@pszjlaw.com
              mlitvak@pszjlaw.com
              theckel@pszjlaw.com

- and -

Bradford J. Sandler, Esq. (Admitted *pro hac vice*)
Robert J. Feinstein, Esq. (Admitted *pro hac vice*)
Shirley S. Cho, Esq. (Admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   bsandler@pszjlaw.com
              rfeinstein@pszjlaw.com
              scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*