

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 28, 2026**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America, LLC, *et al*.,[1] | Case No. 25-80078 (SWE) |
| Post-Effective Date Debtors. | (Jointly Administered) |

### ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) MODIFYING CASE CAPTION; (III) DIRECTING ADMINISTRATION IN THE REMAINING CASES; AND (III) GRANTING RELATED RELIEF

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

Upon consideration of Drivetrain LLC's ("Drivetrain"), in its capacity as Wind-Down Officer ("WDO") of each Wind-Down Entity and sole managing member of each Reorganized Debtor, motion (the "Motion")[2] seeking entry of an order (this "Order"), pursuant to sections 105(a), 342, and 350 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3022, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (a) closing certain of the Chapter 11 Cases; and (b) granting related relief, all as more fully set forth in the Motion; and the United States Bankruptcy Court for the Northern District of Texas having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the WDO, the Debtors, the estates, their creditors, and other parties in interest; and the Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The following Chapter 11 Cases are hereby closed, effective as of December 31, 2025 (the "Closing Cases"):

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

| Debtor | Case No. |
|---|---|
| Owl Holdings, LLC | 25-80079 |
| HOA Holdings, LLC | 25-80081 |
| Night Owl, LLC | 25-80082 |
| Owl Wings, LLC | 25-80083 |
| Owl Restaurant Holdings, LLC | 25-80084 |
| HOA Restaurant Group, LLC | 25-80085 |
| Derby Wings Holdings, LLC | 25-80086 |
| Derby Wings, LLC | 25-80087 |
| Elf Owl Investments, LLC | 25-80089 |
| TW Lonestar Wings, LLC | 25-80090 |
| Alamo Wings, LLC | 25-80091 |

3.　　The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases, and thereafter such dockets shall be marked as "Closed." In addition, a notation shall be put on the docket in each of the Closing Cases as follows: "This case is closed. For any post-confirmation matters pertaining to this case, please refer to the docket of the remaining open cases of Hooters of America, LLC, Case No. 25-80078."

4.　　The case caption shall be amended to reflect the name of the Post-Effective Date Debtors, in the remaining open case of Hooters of America, LLC, Case No. 25-80078 as follows:

| In re: | Chapter 11 |
|---|---|
| HOOTERS OF AMERICA, LLC, et al., | Case No. 25-80078 (SWE) |
| Post-Effective Date Debtors.[1] | |

---

[1] The Post-Effective Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Hawk Parent, LLC (2323); HOA Gift Cards, LLC (3684); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

5.  Claims asserted in the Closing Cases shall hereby remain unaffected by entry of this Final Decree. Any remaining matters in the Chapter 11 Cases of the Closing Cases, including Retained causes of Action, shall be administered under the Lease Case, including any objections to claims or interests asserted in the closing Cases.

6.  With respect to the Closing Cases, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a) shall be paid by the Post-Effective Date Debtor as and when due.

7.  This Order is without prejudice to the Trust, the U.S. Trustee, or any other party's right to file a motion to re-open any of the Closing Cases.

8.  Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.  The WDO is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###END OF ORDER###