BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Hooters of America, LLC<br>Wind−Down Entities<br><br>          Debtor(s)<br><br>Lags Equipment, LLC<br>          Appellant(s)<br>   vs.<br>Hooters of America, LLC (5288), et al<br>          Appellee(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:   25−80078−swe11<br>Chapter No.:   11<br>Civil Case No.:        3:25−cv−03204−D |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

   Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 11/13/25 regarding [1146] Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization (RE: related document(s)1142 Chapter 11 plan filed by Debtor Hooters of America, LLC). Entered on 10/30/2025 by Lags Equipment, LLC in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

   This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

   All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

   The above referenced record was delivered to the U.S. District Clerk's Office on February 10, 2026.


DATED:  2/10/26                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/J. Blanco, Deputy Clerk